# UNITED STATES DISTRICT COURT

for the

Middle District of North Carolina

| | | |
|---|---|---|
| DEMOCRACY NORTH CAROLINA, THE LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA, et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:20CV457 |
| THE NORTH CAROLINA STATE BOARD OF ELECTIONS; DAMON CIRCOSTA, in his official capacity as CHAIR OF THE STATE BOARD OF ELECTIONS; et al. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   DAMON CIRCOSTA, in his official capacity as CHAIR OF THE STATE BOARD OF ELECTIONS
ATTN: Katelyn Love, Acting General Counsel
P.O. Box 27255
Raleigh, NC 27611-7255
Alternative Address:
430 N. Salisbury Street (3rd Floor), Raleigh, NC 27603

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Allison J. Riggs (State Bar #40028)
Jeffrey Loperfido (State Bar #52939)
Southern Coalition for Social Justice
1415 West Highway 54, Suite 101
Durham, NC  27707
Tel: 919-323-3380     Fax: 919-323-3942

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



John S. Brubaker
Clerk

/s/ Jamie L. Sheets
Deputy Clerk

May 26, 2020
Date

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* DAMON CIRCOSTA, in his official capacity as CHAIR OF THE STATE BOARD OF ELECTIONS

was received by me on *(date)*  May 26, 2020.                    .

❑ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*  I served the summons by electronic mail to Alec Peters, Chief Deputy Attorney General for the State of North Carolina, on May 28, 2020, upon representation from counsel that he is authorized to accept service on behalf of Mr. Circosta and that electronic service of the summons is acceptable.

My fees are $  0         for travel and $   0        for services, for a total of $   0.00    .

I declare under penalty of perjury that this information is true.

Date:  5.29.2020

_____
*Server's signature*

Jeff Loperfido, Senior Counsel
*Printed name and title*

Southern Coalition for Social Justice
1415 W. Highway 54, Ste. 101
Durham, NC 27707
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Middle District of North Carolina

| | |
|---|---|
| DEMOCRACY NORTH CAROLINA, THE LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA, et al. <br><br> *Plaintiff(s)* <br><br> v. <br><br> THE NORTH CAROLINA STATE BOARD OF ELECTIONS; DAMON CIRCOSTA, in his official capacity as CHAIR OF THE STATE BOARD OF ELECTIONS; et al. <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )  Civil Action No. 1:20CV457 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   DAVID C. BLACK, in his official capacity as MEMBER OF THE STATE BOARD OF ELECTIONS
ATTN: Katelyn Love, Acting General Counsel
P.O. Box 27255
Raleigh, NC 27611-7255
Alternative Address:
430 N. Salisbury Street (3rd Floor), Raleigh, NC 27603

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Allison J. Riggs (State Bar #40028)
Jeffrey Loperfido (State Bar #52939)
Southern Coalition for Social Justice
1415 West Highway 54, Suite 101
Durham, NC  27707
Tel: 919-323-3380      Fax: 919-323-3942

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



John S. Brubaker
Clerk

/s/ Jamie L. Sheets
Deputy Clerk

May 26, 2020
Date

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    DAVID C. BLACK, in his official capacity as MEMBER OF THE STATE BOARD OF ELECTIONS

was received by me on *(date)*   May 26, 2020   .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*    I served the summons by electronic mail to Alec Peters, Chief Deputy Attorney General for the State of North Carolina, on May 28, 2020, upon representation from counsel that he is authorized to accept service on behalf of Mr. Black and that electronic service of the summons is acceptable.

My fees are $   0   for travel and $   0   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   5.29.2020

_____
*Server's signature*

Jeff Loperfido, Senior Counsel
_____
*Printed name and title*

Southern Coalition for Social Justice
1415 W. Highway 54, Ste. 101
Durham, NC 27707
_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Middle District of North Carolina

<table>
<tr><td>DEMOCRACY NORTH CAROLINA, THE LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA, et al.<br><br>_____<br><i>Plaintiff(s)</i><br>v.<br>THE NORTH CAROLINA STATE BOARD OF ELECTIONS; DAMON CIRCOSTA, in his official capacity as chair of the North Carolina State Board of Elections; et al.<br>_____<br><i>Defendant(s)</i></td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No. 1:20CV457</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  J. ERIC BOYETTE, in his official capacity as TRANSPORTATION SECRETARY
ATTN: Beth Smith
Transportation Building
1 S. Wilmington Street
1501 Mail Service Center
Raleigh, NC 27699-1501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Allison J. Riggs (State Bar #40028)
Jeffrey Loperfido (State Bar #52939)
Southern Coalition for Social Justice
1415 West Highway 54, Suite 101
Durham, NC  27707
Tel: 919-323-3380     Fax: 919-323-3942

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



John S. Brubaker
Clerk

/s/ Jamie L. Sheets
Deputy Clerk

May 26, 2020
Date

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* J. ERIC BOYETTE, in his official capacity as TRANSPORTATION SECRETARY

was received by me on *(date)* May 26, 2020 .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I served the summons by electronic mail to Alec Peters, Chief Deputy Attorney General for the State of North Carolina, on May 28, 2020, upon representation from counsel that he is authorized to accept service on behalf of Mr. Boyette and that electronic service of the summons is acceptable.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5.29.2020 _____

_____
*Server's signature*

Jeff Loperfido, Senior Counsel
_____
*Printed name and title*

Southern Coalition for Social Justice
1415 W. Highway 54, Ste. 101
Durham, NC 27707
_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Middle District of North Carolina

<table>
<tr><td>DEMOCRACY NORTH CAROLINA, THE LEAGUE<br>OF WOMEN VOTERS OF NORTH CAROLINA, et al.<br><br>_____<br><i>Plaintiff(s)</i><br><br>v.<br><br>THE NORTH CAROLINA STATE BOARD OF<br>ELECTIONS; DAMON CIRCOSTA, in his official<br>capacity as CHAIR OF THE STATE BOARD OF<br>ELECTIONS; et al.<br>_____<br><i>Defendant(s)</i></td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No. 1:20CV457</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   JEFF CARMON III, in his official capacity as MEMBER OF THE STATE BOARD OF
ELECTIONS
ATTN: Katelyn Love, Acting General Counsel
P.O. Box 27255
Raleigh, NC 27611-7255
Alternative Address:
430 N. Salisbury Street (3rd Floor), Raleigh, NC 27603

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:     Allison J. Riggs (State Bar #40028)
Jeffrey Loperfido (State Bar #52939)
Southern Coalition for Social Justice
1415 West Highway 54, Suite 101
Durham, NC  27707
Tel: 919-323-3380     Fax: 919-323-3942

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.



John S. Brubaker
Clerk

/s/ Jamie L. Sheets
Deputy Clerk

May 26, 2020
Date

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  JEFF CARMON III, in his official capacity as MEMBER OF THE STATE BOARD OF ELECTIONS

was received by me on *(date)*  May 26, 2020  .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*   I served the summons by electronic mail to Alec Peters, Chief Deputy Attorney General for the State of North Carolina, on May 28, 2020, upon representation from counsel that he is authorized to accept service on behalf of Mr. Carmon and that electronic service of the summons is acceptable.

My fees are $ ___0___ for travel and $ ___0___ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date:  5.29.2020

_____
*Server's signature*

Jeff Loperfido, Senior Counsel
_____
*Printed name and title*

Southern Coalition for Social Justice
1415 W. Highway 54, Ste. 101
Durham, NC 27707
_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Middle District of North Carolina

| | |
|---|---|
| DEMOCRACY NORTH CAROLINA, THE LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA, et al. | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:20CV457 |
| THE NORTH CAROLINA STATE BOARD OF ELECTIONS; DAMON CIRCOSTA, in his official capacity as CHAIR OF THE STATE BOARD OF ELECTIONS; et al. | ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   KAREN BRINSON BELL, in her official capacity as EXECUTIVE DIRECTOR OF THE
STATE BOARD OF ELECTIONS
ATTN: Katelyn Love, Acting General Counsel
P.O. Box 27255
Raleigh, NC 27611-7255
Alternative Address:
430 N. Salisbury Street (3rd Floor), Raleigh, NC 27603

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Allison J. Riggs (State Bar #40028)
Jeffrey Loperfido (State Bar #52939)
Southern Coalition for Social Justice
1415 West Highway 54, Suite 101
Durham, NC  27707
Tel: 919-323-3380     Fax: 919-323-3942

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.



John S. Brubaker
Clerk

/s/ Jamie L. Sheets
Deputy Clerk

May 26, 2020
Date

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    KAREN BRINSON BELL, in her official capacity as EXECUTIVE DIRECTOR OF THE STATE BOARD OF ELECTIONS

was received by me on *(date)*   May 26, 2020  .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*   I served the summons by electronic mail to Alec Peters, Chief Deputy Attorney General for the State of North Carolina, on May 28, 2020, upon representation from counsel that he is authorized to accept service on behalf of Ms. Bell and that electronic service of the summons is acceptable.

My fees are $   0   for travel and $   0   for services, for a total of $   0.00  .

I declare under penalty of perjury that this information is true.

Date:   5.29.2020

                                 *Server's signature*

                             Jeff Loperfido, Senior Counsel

                                  *Printed name and title*

                      Southern Coalition for Social Justice
                          1415 W. Highway 54, Ste. 101
                              Durham, NC 27707

                                  *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Middle District of North Carolina

| | | |
|---|---|---|
| DEMOCRACY NORTH CAROLINA, THE LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA, et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. 1:20CV457 |
| THE NORTH CAROLINA STATE BOARD OF ELECTIONS; DAMON CIRCOSTA, in his official capacity as CHAIR OF THE STATE BOARD OF ELECTIONS; et al. | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   KEN RAYMOND, in his official capacity as MEMBER OF THE STATE BOARD OF ELECTIONS
ATTN: Katelyn Love, Acting General Counsel
P.O. Box 27255
Raleigh, NC 27611-7255
Alternative Address:
430 N. Salisbury Street (3rd Floor), Raleigh, NC 27603

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Allison J. Riggs (State Bar #40028)
Jeffrey Loperfido (State Bar #52939)
Southern Coalition for Social Justice
1415 West Highway 54, Suite 101
Durham, NC  27707
Tel: 919-323-3380     Fax: 919-323-3942

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



John S. Brubaker
Clerk

/s/ Jamie L. Sheets
Deputy Clerk

May 26, 2020
Date

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* KEN RAYMOND, in his official capacity as MEMBER OF THE STATE BOARD OF ELECTIONS

was received by me on *(date)*     May 26, 2020     .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*    I served the summons by electronic mail to Alec Peters, Chief Deputy Attorney General for the State of North Carolina, on May 28, 2020, upon representation from counsel that he is authorized to accept service on behalf of Mr. Raymond and that electronic service of the summons is acceptable.

My fees are $     0     for travel and $     0     for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date:   5.29.2020

_____
*Server's signature*

Jeff Loperfido, Senior Counsel
*Printed name and title*

Southern Coalition for Social Justice
1415 W. Highway 54, Ste. 101
Durham, NC 27707
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Middle District of North Carolina

<table>
<tr><td>

DEMOCRACY NORTH CAROLINA, THE LEAGUE
OF WOMEN VOTERS OF NORTH CAROLINA, et al.

_____

*Plaintiff(s)*

v.

THE NORTH CAROLINA STATE BOARD OF
ELECTIONS; DAMON CIRCOSTA, in his official
capacity as chair of the North Carolina State Board of
Elections; et al.

_____

*Defendant(s)*

</td><td>

)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)

</td><td>

Civil Action No. 1:20CV457

</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MANDY COHEN, in her office capacity as SECRETARY OF HEALTH AND
HUMAN SERVICES
ATTN: Lisa G. Corbett, General Counsel
Office of Legal Affairs
2001 Mail Service Center
Raleigh, NC 27699-2001
Alternative Address:101 Blair Drive, Raleigh, NC 27603

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:    Allison J. Riggs (State Bar #40028)
Jeffrey Loperfido (State Bar #52939)
Southern Coalition for Social Justice
1415 West Highway 54, Suite 101
Durham, NC  27707
Tel: 919-323-3380     Fax: 919-323-3942

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.



John S. Brubaker
_____
Clerk


/s/ Jamie L. Sheets
_____
Deputy Clerk

May 26, 2020
_____
Date

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    MANDY COHEN, in her office capacity as SECRETARY OF HEALTH AND HUMAN SERVICES

was received by me on *(date)*    May 26, 2020    .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*    I served the summons by electronic mail to Alec Peters, Chief Deputy Attorney General for the State of North Carolina, on May 28, 2020, upon representation from counsel that he is authorized to accept service on behalf of Ms. Cohen and that electronic service of the summons is acceptable.

My fees are $    0    for travel and $    0    for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:  5.29.2020

_____
*Server's signature*

Jeff Loperfido, Senior Counsel
*Printed name and title*

Southern Coalition for Social Justice
1415 W. Highway 54, Ste. 101
Durham, NC 27707
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Middle District of North Carolina

| | |
|---|---|
| DEMOCRACY NORTH CAROLINA, THE LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA, et al. <br><br> *Plaintiff(s)* <br><br> v. <br><br> THE NORTH CAROLINA STATE BOARD OF ELECTIONS; DAMON CIRCOSTA, in his official capacity as chair of the North Carolina State Board of Elections; et al. <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:20CV457 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  THE NORTH CAROLINA STATE BOARD OF ELECTIONS
ATTN: Katelyn Love, Acting General Counsel
P.O. Box 27255
Raleigh, NC 27611-7255
Alternative Address:
430 N. Salisbury Street, Suite 3128, Raleigh, NC 27603

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Allison J. Riggs (State Bar #40028)
Jeffrey Loperfido (State Bar #52939)
Southern Coalition for Social Justice
1415 West Highway 54, Suite 101
Durham, NC  27707
Tel: 919-323-3380     Fax: 919-323-3942

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



John S. Brubaker
Clerk

/s/ Jamie L. Sheets
Deputy Clerk

May 26, 2020
Date

Civil Action No.

# PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  THE NORTH CAROLINA STATE BOARD OF ELECTIONS

was received by me on *(date)*  May 26, 2020  .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*  I served the summons by electronic mail to Alec Peters, Chief Deputy Attorney General for the State of
North Carolina, on May 28, 2020, upon representation from counsel that he is authorized to accept service
on behalf of the N.C. State Board of Elections and that electronic service of the summons is acceptable.

My fees are $ _____0_____ for travel and $ _____0_____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: 5.29.2020

_____
*Server's signature*

Jeff Loperfido, Senior Counsel
_____
*Printed name and title*

Southern Coalition for Social Justice
1415 W. Highway 54, Ste. 101
Durham, NC 27707
_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Middle District of North Carolina

|  |  |  |
|---|---|---|
| DEMOCRACY NORTH CAROLINA, THE LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA, et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. 1:20CV457 |
| THE NORTH CAROLINA STATE BOARD OF ELECTIONS; DAMON CIRCOSTA, in his official capacity as chair of the North Carolina State Board of Elections; et al. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  THE NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES
ATTN: Lisa G. Corbett, General Counsel
Office of Legal Affairs
2001 Mail Service Center
Raleigh, NC 27699-2001
Alternative Address:101 Blair Drive, Raleigh, NC 27603

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Allison J. Riggs (State Bar #40028)
Jeffrey Loperfido (State Bar #52939)
Southern Coalition for Social Justice
1415 West Highway 54, Suite 101
Durham, NC  27707
Tel: 919-323-3380     Fax: 919-323-3942

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



John S. Brubaker

Clerk

/s/ Jamie L. Sheets

Deputy Clerk

May 26, 2020

Date

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)*   THE NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES

was received by me on *(date)*   May 26, 2020   .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*   I served the summons by electronic mail to Alec Peters, Chief Deputy Attorney General for the State of North Carolina, on May 28, 2020, upon representation from counsel that he is authorized to accept service on behalf of the N.C. Department of Health and Human Services and that electronic service of the summons is acceptable.

My fees are $   0   for travel and $   0   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   5.29.2020 _____

_____
*Server's signature*

Jeff Loperfido, Senior Counsel
_____
*Printed name and title*

Southern Coalition for Social Justice
1415 W. Highway 54, Ste. 101
Durham, NC 27707
_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Middle District of North Carolina

| | |
|---|---|
| DEMOCRACY NORTH CAROLINA, THE LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA, et al. | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:20CV457 ) |
| THE NORTH CAROLINA STATE BOARD OF ELECTIONS; DAMON CIRCOSTA, in his official capacity as chair of the North Carolina State Board of Elections; et al. | ) ) ) ) |
| *Defendant(s)* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    THE NORTH CAROLINA DEPARTMENT OF TRANSPORTATION
ATTN: Beth Smith
Transportation Building
1 S. Wilmington Street
1501 Mail Service Center
Raleigh, NC 27699-1501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Allison J. Riggs (State Bar #40028)
Jeffrey Loperfido (State Bar #52939)
Southern Coalition for Social Justice
1415 West Highway 54, Suite 101
Durham, NC  27707
Tel: 919-323-3380     Fax: 919-323-3942

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



John S. Brubaker
Clerk

/s/ Jamie L. Sheets
Deputy Clerk

May 26, 2020
Date

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    THE NORTH CAROLINA DEPARTMENT OF TRANSPORTATION

was received by me on *(date)*    May 26, 2020    .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*    I served the summons by electronic mail to Alec Peters, Chief Deputy Attorney General for the State
of North Carolina, on May 28, 2020, upon representation from counsel that he is authorized to accept
service on behalf of the N.C. Department of Transportation and that electronic service of the
summons is acceptable.

My fees are $    0    for travel and $    0    for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:  5.29.2020

_____
*Server's signature*

Jeff Loperfido, Senior Counsel
_____
*Printed name and title*

Southern Coalition for Social Justice
1415 W. Highway 54, Ste. 101
Durham, NC 27707
_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the

Middle District of North Carolina

<table>
<tr><td>

DEMOCRACY NORTH CAROLINA, THE LEAGUE
OF WOMEN VOTERS OF NORTH CAROLINA, et al.

_____
*Plaintiff(s)*

v.

THE NORTH CAROLINA STATE BOARD OF
ELECTIONS; DAMON CIRCOSTA, in his official
capacity as CHAIR OF THE STATE BOARD OF
ELECTIONS; et al.
_____
*Defendant(s)*

</td><td>

)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)

</td><td>

Civil Action No. 1:20CV457

</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   STELLA ANDERSON, in her official capacity as SECRETARY OF THE STATE
BOARD OF ELECTIONS
ATTN: Katelyn Love, Acting General Counsel
P.O. Box 27255
Raleigh, NC 27611-7255
Alternative Address:
430 N. Salisbury Street (3rd Floor), Raleigh, NC 27603

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:   Allison J. Riggs (State Bar #40028)
Jeffrey Loperfido (State Bar #52939)
Southern Coalition for Social Justice
1415 West Highway 54, Suite 101
Durham, NC  27707
Tel: 919-323-3380     Fax: 919-323-3942

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.



John S. Brubaker
Clerk

/s/ Jamie L. Sheets
Deputy Clerk

May 26, 2020
Date

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ___STELLA ANDERSON, in her official capacity as SECRETARY OF THE STATE BOARD OF ELECTIONS___

was received by me on *(date)* ___May 26, 2020___.

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* ___I served the summons by electronic mail to Alec Peters, Chief Deputy Attorney General for the State of North Carolina, on May 28, 2020, upon representation from counsel that he is authorized to accept service on behalf of Ms. Anderson and that electronic service of the summons is acceptable.___

My fees are $ ___0___ for travel and $ ___0___ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: ___5.29.2020___

_____
*Server's signature*

Jeff Loperfido, Senior Counsel
*Printed name and title*

Southern Coalition for Social Justice
1415 W. Highway 54, Ste. 101
Durham, NC 27707
*Server's address*

Additional information regarding attempted service, etc: