## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DEMOCRACY NORTH CAROLINA, THE LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA, DONNA PERMAR, JOHN P. CLARK, MARGARET B. CATES, LELIA BENTLEY, REGINA WHITNEY EDWARDS, ROBERT K. PRIDDY II, WALTER HUTCHINS, AND SUSAN SCHAFFER. | Civil Action No. 20-cv-457 |
| *Plaintiffs,* | |
| *vs.* | |
| THE NORTH CAROLINA STATE BOARD OF ELECTIONS; DAMON CIRCOSTA, in his official capacity as CHAIR OF THE STATE BOARD OF ELECTIONS; STELLA ANDERSON, in her official capacity as SECRETARY OF THE STATE BOARD OF ELECTIONS; KEN RAYMOND, in his official capacity as MEMBER OF THE STATE BOARD OF ELECTIONS; JEFF CARMON III, in his official capacity as MEMBER OF THE STATE BOARD OF ELECTIONS; DAVID C. BLACK, in his official capacity as MEMBER OF THE STATE BOARD OF ELECTIONS; THE NORTH CAROLINA DEPARTMENT OF TRANSPORTATION; J. ERIC BOYETTE, in his official capacity as TRANSPORTATION SECRETARY; THE NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES; MANDY COHEN, in her official capacity as SECRETARY OF HEALTH AND HUMAN SERVICES, | |
| *Defendants.* | |

## DECLARATION OF MEGHAN MURRAY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

1

1. I am the Ronda Stryker and William Johnston Professor of Global Health in the Department of Global Health and Social Medicine at the Harvard Medical School, a Professor of Epidemiology at the Harvard Chan School of Public Health, a faculty member of the Center for Communicable Disease Dynamics at the Harvard Chan School of Public Health and an associate Professor of Medicine at the Harvard Medical School and the Brigham and Women's Hospital. I obtained my BA from Dartmouth College in 1980, after which I worked for the Intergovernmental Committee for Migration (now IOM) heading up a public health screening program for refugees being resettled from refugee camps in Thailand. I obtained my MD from Harvard Medical School in 1990 and my ScD (doctorate in science) in Epidemiology from the Harvard School of Public Health in 2001. I completed a residency in internal medicine in 1993 and a fellowship in the sub-specialty of Infectious Diseases in 1995, both at the Massachusetts General Hospital in Boston.

2. Over the past 20 years, I have worked in the field of infectious disease dynamics and epidemiology, teaching and conducting research in emerging infectious diseases and in tuberculosis epidemiology and control. At the Harvard Chan SPH, I taught the basic epidemiology course *Infectious Disease Dynamics* between 2000 and 2016, and I have directly supervised the research of over 40 graduate students and post-doctoral fellows in these fields. Attached here as Exhibit A and incorporated by reference to this declaration is a copy of my curriculum vitae.

3. I have conducted research and have published on the transmission dynamics of SARS-CoV-1 in 2003, the 2010 cholera epidemic in Haiti, and on the 2015 Ebola

Case 1:20-cv-00457-WO-JLW   Document 12-1   Filed 06/05/20   Page 2 of 100

outbreak, although most of my research is in the field of tuberculosis. I have published over 200 research articles. My work includes dynamic modeling of epidemics (TB, Cholera, Ebola, SARS-CoV-1, SARS-CoV-2); cohort studies on host and pathogen specific determinants of disease transmission and the development of novel diagnostic tools for the diagnosis of infectious diseases. I have been funded by the National Institute of Infectious Disease and Allergy since 1995 and have led, and currently lead, several major consortium projects on tuberculosis funded by this agency.

4.      At the Harvard Medical School, I lead the Global Health Research Core of the Harvard Medical School, which conducts research in more than ten countries on a range of topics including emerging infectious diseases. I head up research at the Division of Global Health Equity at the Brigham and Women's Hospital and also direct research at the non-governmental organization, Partners in Health. I have served as an associate editor of the European Journal of Epidemiology, the Journal of the International Union against TB and Lung Disease and of PLoS (Public Library of Science) Medicine. I am the co-lead of the Epidemiology working group of the Massachusetts Consortium for Pathogen Readiness.

5.      I am currently collaborating on research concerning SARS-CoV-2 and its incidence, as well as serving on Covid-19 advisory groups for multiple organizations, including the State of Massachusetts and Harvard University. My research in this area includes, but is not limited to, modeling and estimating the number of hospital beds that will be required in the US and elsewhere, developing methods on syndromic surveillance

3

for Covid-19 for low and middle-income countries, identification of risk factors for poor outcomes and the use of the vaccine, BCG, to prevent Covid-19 disease. To date (May 11, 2020), I have published two papers in this area and have three others under review.

## OVERVIEW

6. **SARS-CoV-2 is a newly identified coronavirus that is the causative agent involved in Coronavirus Disease 2019 (Covid-19). SARS-CoV-2 infection can result in an asymptomatic infection or in symptomatic disease which ranges from mild to severe.** Most people who develop symptomatic Covid-19 have a flu-like illness that starts out with fever, cough, sore throat and shortness of breath. A subset of people who are infected will go on to develop much more serious illness, characterized by respiratory compromise and acute respiratory distress syndrome (ARDS). Other serious manifestations of Covid-19 have included cardiac problems: arrhythmias, acute cardiac injury, and shock.

7. Because Covid-19 is a new disease, it is too early to know the full extent of long-term medical consequences of the infection. However, some information can be inferred from the courses of diseases with similar manifestations. Patients who develop ARDS and/or are mechanically ventilated are likely to develop lung scarring that may permanently impair their pulmonary function [1]. Patients who end up in ICUs or on mechanical ventilation for extended periods often develop post-ICU syndrome which prolonged physical debilitation, muscle atrophy, neurocognitive impairments and emotional/psychiatric responses that are similar to post-traumatic stress syndrome.

4

Although Covid-19 has been reported in people of all ages, older people and those with co-morbidities (concurrent illnesses) are most likely to develop severe disease.

8.   **Covid-19 is a respiratory virus which is spread by symptomatic and asymptomatic people through respiratory droplets, meaning drops of fluid from the nose or mouth that are emitted during coughs, sneezes or even talking.** Some of the viral particles emitted this way end up on surfaces (door handles, coins) where they can remain viable. It has also been shown that Covid-19 can be transmitted as an aerosol – in other words, through the airborne route, *i.e.*, direct inhalation of virus suspended in the air.

9.   **Control of SARS-CoV-2 spread is particularly difficult relative to some other viral infections because people can transmit the infection even when they do not have symptoms of the disease.** This means that the practice of isolating patients with symptomatic disease will not be enough by itself to control epidemic spread. In contrast, infections like smallpox and SARS-CoV-1 were not infectious until symptoms had developed so isolation of ill people had a substantial impact on epidemic control. In the absence of a vaccine or pharmaceutical interventions that interrupt transmission, infection control can only be achieved by reducing the number of contacts between infectious individuals (including those who are asymptomatic) and susceptible people.

10.   Infectious disease epidemiologists have developed projections of the future trajectory of Covid-19 incidence based on modeling the epidemic and possible interventions. Although these models differ in terms of specifics, they consistently show that it is highly likely that the relaxation of social distancing measures that will occur with

5

the end of "lock-down" will increase the number of social contacts that people make and that the incidence of infection will increase accordingly  In particular, these models predict that transmission of SARS-CoV-2 will continue or increase in the fall and winter, leading to further morbidity and mortality from this disease.

11.     There is a substantial risk that an infection with Covid-19 acquired during voting at a poll booth in North Carolina in the fall of 2020 could result in symptomatic disease, hospitalization or death. The risk of an individual being infected during voting at a polling booth in fall 2020 depends on the number of infectious people in that community at that time point and the number of physical, fomite-mediated and near contacts one makes during that process.   To the extent that polling places are crowded, require people to wait in lines, involve interacting with polling staff or other voters at a close distance, move people through the process slowly, are poorly ventilated, and/or involve people touching objects like pens, paper, or surfaces within the voting booth, they constitute a risk to voters. Similarly, if voters or poll workers use toilets that are also used by others, they can be put at risk. North Carolina has relatively high rates of the co-morbidities that predispose people to poor outcomes from Covid-19.

12.     ***I was asked to describe the novel coronavirus that causes Covid-19.*** SARS-CoV-2 is a newly identified coronavirus that is the causative agent involved in Coronavirus Disease 2019 (Covid-19) [1]. It is a single-stranded RNA virus of the Coronavirus family. Previously identified coronaviruses are known to infect a wide range of hosts including wild and domestic animals and birds as well as humans. Six human coronaviruses have

Case 1:20-cv-00457-WO-JLW   Document 12-1   Filed 06/05/20   Page 6 of 100

been identified over the past 60 years; four of them (OC43, 229E, NL63, and HKU1) cause mild cold-like symptoms and/or gastrointestinal tract infections. Two that have caused more serious illness include the severe acute respiratory syndrome coronavirus (SARS-CoV-1) that emerged in China in 2003 and the Middle East respiratory syndrome coronavirus (MERS-CoV) that was first identified in humans in Saudi Arabia in 2012. SARS- and MERS-CoVs are believed to have originated in bats and transferred to humans through intermediary hosts, possibly palm civets for SARS or dromedary camels for MERS. The coronaviruses that are most similar to SARS-CoV-2 are those identified in horseshoe bats – these share 96 percent of their genetic material with SARS-CoV-2 while the earlier SARS virus shared 80 percent and cold viruses mentioned above share about 50 percent [2].

13.     Like SARS-CoV-1, SARS-CoV-2 infiltrates human cells by binding to the receptor for ACE2 (angiotensin converting enzyme) and then being taken up by these cells, where it directs the production of new virus particles (virions) using the host's genetic machinery [3]. Like other viruses, SARS-CoV-2 virions consist of a "core" which contains the genetic material, a "capsid" which is a protein coat and a lipid envelope. Upon assembly in the host cell, newly-produced virions are released from the host cell and go on to infect new host cells. To some extent, the clinical manifestations of the disease are related to the types of cells that have the receptor to which the virus binds and to the inflammatory responses that are induced by the host immune response to the infection. While ACE2 receptors were well-known to be present on vascular endothelial cells (blood vessels) and

7

renal tubular cells (kidney), they have also been found to be abundant on alveolar epithelial cells (lung), enterocytes (gut), heart cells, brain cells and in cells in the inner lining of the nose [4]. This diverse distribution helps explain the wide constellation of symptoms and syndromes that are increasingly being recognized as part of Covid-19 disease.

14.     *I was asked to characterize clinical features of Covid-19.* SARS-CoV-2 infection can result in an asymptomatic infection or in symptomatic disease which ranges from mild to severe. The term Covid-19 refers to the illness that is caused by SARS-CoV-2. Most people who develop symptomatic Covid-19 have a flu-like illness that starts out with fever, cough, sore throat and shortness of breath. As clinicians have gained more experience with the disease, it is now becoming clear that the initial presentation of the disease can also include a variety of other symptoms including gastrointestinal issues such as nausea, vomiting and diarrhea, loss of a sense of taste and/or smell, headache and muscle pain and in some cases, particularly in the elderly, altered neurological states such as confusion, lethargy and reduced responsiveness. The Centers for Disease Control and Prevention (CDC) have recently expanded their list of symptoms associated with Covid-19 from fever, shortness of breath and cough to include chills, muscle pain, headache, sore throat and new loss of taste or smell [5]. On average, among those who present with these symptoms, fever persists for around 12 days, shortness of breath for 13 days and cough for about 19 days. According to the World Health Organization (WHO), recovery time appears to be around two weeks for mild infections and three to six weeks for severe disease [6].

8

15.     A subset of people who are infected will go on to develop much more serious illness, characterized by respiratory compromise due to pneumonia that can be gradual or sudden. Some patients who initially reported only mild symptoms may progress to severe disease over the course of a week. In one study of 138 patients hospitalized in Wuhan, China, for pneumonia due to SARS-CoV-2, dyspnea (severe shortness of breath) developed approximately five days after the onset of symptoms, and hospital admission occurred after around seven days after the onset of symptoms [7].

16.     Acute respiratory distress syndrome (ARDS) is the major complication in patients with severe disease. In the study cited above, ARDS developed in 20 percent of hospitalized patients around eight days after the onset of symptoms and 12.3 percent of this group required mechanical ventilation [7]. In another study of 201 hospitalized patients with Covid-19 in Wuhan, 41 percent developed ARDS [8]. Some patients with severe Covid-19 have an overactive inflammatory response, sometimes termed a "cytokine storm," which is characterized by persistent fevers and laboratory abnormalities including high levels of inflammatory markers and elevated proinflammatory cytokines. People with these types of laboratory abnormalities are those most likely to have critical or fatal illness.

17.     Other serious manifestations of Covid-19 have included cardiac problems: arrhythmias, acute cardiac injury, and shock [9-11] which occurred in 17, 7, and 9 percent of hospitalized patients, respectively [7]. In a case series of 21 severely ill patients admitted to a US ICU, one-third developed cardiomyopathy (injury to the heart muscle) [12]. An alarming recent finding has been the association of Covid-19 with thromboembolic

9

complications (pulmonary embolism and stroke) that have been reported among patients in younger age groups and without known risk factors [13-15]. In one US-based case series, a single health facility reported on five Covid-19 patients with acute stroke who were seen over a two-week period; all of these people were under 50 years of age [14]. This incidence is more than seven times the rate reported in that age group prior to the pandemic. In one series of ICU patients, ischemic stroke was also noted observed in 3.7 percent of the patients [15].

18.     Other rarer manifestations of Covid-19 include Guillain-Barré syndrome which can occur five to ten days after initial symptoms [16]. Guillain-Barré syndrome is a rare neurological syndrome characterized by an inflammation of nerve cells outside the brain. In serious cases, it can lead to paralysis which usually resolves after six months but which can be permanent in some cases. Another rare inflammatory syndrome that has been reported in Covid-19 occurs in children who have developed symptoms consistent with toxic shock syndrome and Kawasaki disease [17].

19.     Because Covid-19 is a new disease, it is too early to know the full extent of long-term medical consequences of the infection. However, some information is already available, and some can be inferred from the courses of diseases with similar manifestations. Patients who develop ARDS and/or are mechanically ventilated are likely to develop lung scarring that may permanently impair their pulmonary function. [18]. In addition, patients who end up in ICUs or on mechanical ventilation for extended periods often develop post-ICU syndrome which includes a constellation of findings such as

prolonged physical debilitation, muscle atrophy, neurocognitive impairments and emotional/psychiatric responses that are similar to post-traumatic stress syndrome [19]. Patients that suffer strokes in the context of Covid-19 are very likely to experience long-term neurological deficits from these events.

20.     Although Covid-19 has been reported in people of all ages, older people and those with co-morbidities (concurrent illnesses) are most likely to develop severe disease. Accurate case fatality rates are hard to obtain in the context of limited testing since we do not always know who actually has the infection. However, a compilation of the death rates across countries shows that older people are consistently more likely to die if they have detectable Covid-19 disease than are younger people [20].  The table below shows that the risk of death rises with each additional decade after age 50.

**Table 1. Case Fatality rate by age groups. From** Onder G, Rezza G, Brusaferro S. Case-Fatality Rate and Characteristics of Patients Dying in Relation to Covid-19 in Italy. *JAMA.* 2020;323 [18].

| Table. Case-Fatality Rate by Age Group in Italy and China[a] | | | | |
|---|---|---|---|---|
| | Italy as of March 17, 2020 | | China as of February 11, 2020 | |
| | No. of deaths (% of total) | Case-fatality rate, %[b] | No. of deaths (% of total) | Case-fatality rate, %[b] |
| All | 1625 (100) | 7.2 | 1023 (100) | 2.3 |
| Age groups, y | | | | |
| 0-9 | 0 | 0 | 0 | 0 |
| 10-19 | 0 | 0 | 1 (0.1) | 0.2 |
| 20-29 | 0 | 0 | 7 (0.7) | 0.2 |
| 30-39 | 4 (0.3) | 0.3 | 18 (1.8) | 0.2 |
| 40-49 | 10 (0.6) | 0.4 | 38 (3.7) | 0.4 |
| 50-59 | 43 (2.7) | 1.0 | 130 (12.7) | 1.3 |
| 60-69 | 139 (8.6) | 3.5 | 309 (30.2) | 3.6 |
| 70-79 | 578 (35.6) | 12.8 | 312 (30.5) | 8.0 |
| ≥80 | 850 (52.3) | 20.2 | 208 (20.3) | 14.8 |

[a] Data from China are from Chinese Center for Disease Control and Prevention.[a] Age was not available for 1 patient.

[b] Case-fatality rate calculated as number of deaths/number of cases.

21.     In addition to age, other risk factors for severe disease and death include hypertension, heart disease, lung diseases (e.g., asthma, chronic obstructive pulmonary

11

disease (COPD)), diabetes mellitus, obesity, and chronic kidney disease. In one recent study of 5700 Covid-19 patients identified in New York City, 56.6 percent had pre-existing hypertension, 41.7 percent were obese (body mass index > 30) and 33.8 percent had diabetes mellitus [21]. Risk factors for death among patients with Covid-19 were recently ascertained in another study of 5,683 Covid-19 deaths in the United Kingdom [22]. In this report, men were twice as likely to die as women; people with obesity 2.3 times as likely to die as those of normal weight; people with uncontrolled diabetes 2.36 times than non-diabetics, people with organ transplants 4.3 times than their healthy counterparts. In both Britain and the US, there are marked disparities in deaths by race: 33 to 42 percent of deaths in the US have reportedly occurred in African Americans, while only 12 to 13 percent of the total US population is African American [23]. Figure 2 provides comparative death rates from Covid-19 from the APM research lab (https://www.apmresearchlab.org/).

**Table 2 Covid-19 Death Rate by ethnic group. (From APM Research Lab)**
https://www.apmresearchlab.org/

COVID-19 DEATHS PER 100,000 PEOPLE OF EACH GROUP, REPORTED THROUGH MAY 11, 2020



*Includes data from Washington, D.C., and the 39 states of Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Delaware, Florida, Georgia, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maryland, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, New Hampshire, New Jersey, New York, North Carolina, Ohio, Oklahoma, Oregon, Pennsylvania, Rhode Island, South Carolina, Tennessee, Texas, Vermont, Virginia, Washington and Wisconsin. States employ varying collection methods regarding ethnicity data. Denominator is built from data aggregated from each state, aligned with their method.*

12

22.     Although the Covid-19 case fatality rates are low in young individuals, it is important to note that multiple seroprevalence studies (studies that detect previous infection in people) in several countries show that infection (as distinct from severe disease) is more common in people younger than 50, probably because they have more frequent social contacts than older people. Furthermore, the proportion of people in the US population under 50 years of age is 66%, meaning that even though the absolute risk for a young person is lower than for someone over 50, deaths among people under 50 will not be uncommon as the epidemic progresses over time.

23.     *I was asked to explain how Covid-19 is transmitted and to describe interventions that could interrupt transmission.* SARS-CoV-2 can be transmitted in multiple ways, through respiratory droplets emitted during talking, singing, sneezing and coughing, via objects on which viral particles have been deposited, and through air. Importantly, the virus can be transmitted by people who are asymptomatic as well as by those who are demonstrably ill.

24.     Covid-19 is a respiratory virus which is spread through respiratory droplets, meaning drops of fluid from the nose or mouth that are emitted during coughs, sneezes or even talking [52]. Some of the viral particles emitted this way end up on surfaces (door handles, coins) where they can remain viable. These objects then become "fomites," defined as inanimate objects that can transfer infection between people. A recent study documented the stability of SARS-CoV-2 on a series of different surfaces over time [24]. The virus was found to be more stable on plastic and stainless steel than on copper and

13

cardboard with viable virus detectable for up to 72 hours after application to these surfaces although the virus titer was steadily reduced over those periods. On cardboard, viable SARS-CoV-2 was measured for 24 hours. Notably, this study also evaluated the stability of SARS-CoV-1 – the causative virus of the 2003 SARS epidemic – and found that it was very similar to SARS-CoV-2 despite the fact that SARS-CoV-2 has much more capacity to spread widely than SARS-CoV-1. The authors conclude that the "differences in the epidemiologic characteristics of these viruses probably arise from other factors, including high viral loads in the upper respiratory tract and the potential for persons infected with SARS-CoV-2 to shed and transmit the virus while asymptomatic." [24]

25.     It is also possible that Covid-19 is transmitted as an aerosol – in other words, through the airborne route, *i.e.*, direct inhalation of virus suspended in the air. The study cited above also assessed the stability of aerosolized SARS-CoV-2 over time. To do this, they used a nebulizer to generate aerosols that would be similar to those observed in samples obtained from the upper and lower respiratory tract in humans. SARS-CoV-2 remained viable in aerosols throughout the duration of the three-hour experiment, suggesting that aerosol spread of SARS-CoV-2 is indeed possible. These findings are consistent with case reports of Covid-19 patients who were infected in settings in which they did not have direct contact with others. In one case, 45 people were diagnosed with Covid-19 after attending a choir practice in Washington State in early March although they had no direct physical contact with each other [25]. The findings are also consistent with a report in the journal, *Nature*, where researchers found viral RNA in aerosols sampled in

14

February and March at two hospitals in Wuhan, China. The levels of airborne viral RNA in well-ventilated patient rooms were relatively low but there were higher levels in some of the patients' toilet areas, presumably aerosolized by the flushing mechanism.

26.     High levels of viral RNA were also found in areas where medical workers remove their protective equipment and in locations near the hospitals where people tended to congregate. The authors concluded: "Our study and several other studies proved the existence of SARS-CoV-2 aerosols and implied that SARS-CoV-2 aerosol transmission might be a non-negligible route from infected carriers to someone nearby."

27.     The transmissibility of any infectious agent depends on several things: the probability of an infection event given a contact between a susceptible person and an infectious person; the duration of infectiousness – or number of days that a person can transmit – and the number of contacts that an infectious person has per unit time. This means that the transmissibility can vary in different settings and will depend on things like crowding, which increases the number of contacts. Based on a summary of multiple studies, each infectious person with Covid-19 is expected to infect between 2 and 3 people on average [26]. But this term – "on average" – obscures the substantial variability observed in different people. Some people are much more infectious than others and other people do not transmit at all. Like many other respiratory infections, SARS-CoV-2 follows the 20/80 rule – meaning that most transmission is associated with 20 percent of the infectious people while the other 80 percent infect relatively few people. The factors that

15

lead to this kind of "super-spreading" are not clear and it is thus not possible to identify in advance those people who are likely to infect a large number of other people.

28.     Control of SARS-CoV-2 spread is also made more difficult because people can transmit the infection even when they do not have symptoms of the disease. This can happen in two ways. Many people with SARS-CoV-2 infection have few if any symptoms – as more and more seroprevalence studies are being conducted to identify who has been infected, it is estimated that 50-60 percent of infected people never develop symptoms of the disease. Seroprevalence surveys are studies that look for the presence of antibodies to an infection in a blood sample; these are only present in people who have been exposed to the infection and have mounted an immune response. Secondly, people who develop Covid-19 disease experience a "pre-symptomatic" period during which they are infected but do not yet have symptoms. A recent study in the *New England Journal of Medicine* found that quantitative SARS-CoV-2 viral loads were similarly high in four different symptom groups; people with typical symptoms of Covid-19, people with atypical symptoms, people who were pre-symptomatic, and those who remained asymptomatic [27]. Notably, 71 percent of the samples taken from pre-symptomatic persons had viable virus for one to six days before the development of symptoms. Because viral load is an accepted proxy for infectiousness, these data imply that a significant proportion of transmission events originate from persons who do not have detectable infection.

29.     ***What kinds of interventions are currently available that could interrupt or reduce transmission of SARS-CoV-2?*** In the absence of a vaccine or pharmaceutical

16

interventions that reduce the probability of transmission, there are a limited number of approaches to infection control, all of which involve restricting people's physical and social interactions. One can isolate people with symptomatic disease to try to prevent them from infecting others, but this will only be completely effective if people are diagnosed with the disease at or before the time that they become infectious. As noted above, in people who are infectious before they have symptoms or in infectious people who never develop symptoms at all, transmission can take place in the absence of symptoms. For diseases like this one, with significant asymptomatic spread, quarantine is used to separate and restrict the movements of people without signs of illness who may have been exposed to an infectious case so that they do not infect others during that period. Another approach is social distancing – this can range from asking people to stay at home or to avoid congregate settings such as schools, workplaces, or large gatherings. The purpose of social distancing is to reduce the number of person-to-person contacts one makes so that one is less likely to encounter an infectious person. Polls show that US adults practicing social distancing have 90% fewer contacts per day than those who are not social distancing. Those who completely or mostly isolate themselves generate about five contacts per day, compared with an average of 52 for those not attempting to isolate themselves [28].

30. It is challenging to directly measure the actual efficacy of the non-pharmacological interventions to reduce the spread of an infection because these interventions are not randomly assigned to individuals and then evaluated in a head-to-head comparison of what happens to people in intervention and non-intervention groups.

17

One approach to estimating the impact of social distancing measures is to conduct studies that screen entire communities to determine who is actively infected at the time of screening. The researchers then correlate various characteristics of the people screened with the likelihood that they have been infected. Few such studies have been conducted to date but one that is informative was conducted in the Mission District of San Francisco. The research team offered free Covid-19 testing to all persons ages four years and older in an area that includes approximately 5,700 people (29). Of nearly 3,000 residents and workers in a Mission District census tract who were tested in late April for active infection with the novel coronavirus, 62 individuals (2.1 percent) have tested positive.

**Table 3 Viral test positivity in Mission District of San Francisco [29]**

Figure 3. Number of ascertained coronavirus disease (cases over time calculated by mathematical model with adults reducing their contact by 25% (A, B); 75% (C, D); and 95% (E, F). We used parameter values of $R_0 = 2.26$, $\gamma = 1/5.02$, $\sigma = 1/5.16$. Dotted lines represent the beginning and end of the 6-week social distancing interventions, after which contact rates return to normal. For panels A, C, and E, intervention starts at day 50 after identification of first case; for panels B, D, and F, intervention starts at day 80 after identification of first case.



31.      The question of the efficacy of quarantine, isolation and social distancing depends on when in the course of the infection most transmission is taking place. If most transmission occurs during the asymptomatic period – as it does, say, for HIV – isolation

18

of patients with disease will have little impact. If on the other hand, most transmission takes place when people have identified themselves as ill (as it did for SARS-CoV-1 in 2002), isolation can be a very effective way to reduce spread. The benefits of quarantine – restricting the movements of people who are known to be in contact with an infectious case – depend on how effectively one can identify all contacts and prevent them from mixing with the general public. For obvious reasons, this can be very challenging and can have unintended consequences if quarantined people are housed together and become infected in that setting. Social distancing cannot prevent all transmission but could have a substantial impact on delaying transmission since contact rates are often much higher in congregate settings such as schools, prisons and other residential facilities. None of these measures is likely to lead to complete control of an epidemic since transmission is expected to resume once these are discontinued. But they may delay spread and give health systems time to develop better responses to the disease, whether those are new drugs, vaccines or simply improved efficiency of supportive care.

32.     *I was asked to address the likelihood that voting at polling stations could lead to SARS-CoV-2 transmission and Covid-19 disease.* Because voting takes place in public buildings where people congregate and because the risks of infection and disease in the North Carolina population are high due to the high prevalence of comorbidities, voting at a polling station in November entails a substantial risk of infection with Covid-19 that could result in symptomatic disease, hospitalization or death. The risk of an individual being infected during a community event in a public place depends on the number of

19

infectious people in that community at any particular time point and the number of physical, fomite-mediated and near contacts one makes during that process. To the extent that polling places are crowded, require people to wait in lines, involve interacting with polling staff or other voters at a close distance, move people through the process slowly, are poorly ventilated and/or involve people touching objects like pens, paper, or surfaces within the voting booth, they constitute a risk to voters. Similarly, if voters or poll workers use toilets that are also used by others, they can be put at risk. The data supporting some aerosol transmission of Covid-19 provides evidence that poorly ventilated areas where crowding may take place pose risk to those using these facilities. The probability that a person who is exposed to Covid-19 in this setting will go on to develop severe Covid-19 disease or to die depends on the age of that person and his/her underlying health status. Given the relatively high prevalence of relevant co-morbidities (obesity, hypertension, diabetes), the proportion of the population over 60, and the fact that older people are more likely to vote than younger people (on a nationwide basis, 66 percent of over 65 years compared to 35.6 percent of 18-29 years in the 2018 national mid-term elections [54]), there is a substantial risk that an infection with Covid-19 in North Carolina could result in symptomatic disease, hospitalization or death.

33.     *I was asked to address the likelihood of a persistent or increased risk of transmission of Covid-19 in the fall in the weeks/months leading up to November 3, 2020.* Epidemiologists have projected a number of future Covid-19 epidemic trajectories based on a range of different possible scenarios but all of these scenarios are similar in that they

predict that it is highly likely that Covid-19 will continue to circulate at its current level or at an even higher level than currently in October and November of 2020. The likelihood of continued transmission of Covid-19 in the fall 2020 can be estimated by modeling the epidemic process. Mathematical models simulate epidemics under a variety of scenarios using "parameters" obtained from empirical (data-driven) studies. Typically, a model uses estimates of the relative transmissibility of an infectious agent, the average number of contacts people in different age groups make and the duration of infectiousness of the virus to reproduce the epidemic trajectory that has been observed. Then modelers introduce assumptions about the impact of interventions, for example, the number of social contacts that occur when social distancing measures are in place and re-run the model with these hypothetical parameters to determine what effect these changes will have. Over the past several months, multiple modeling teams have developed these kinds of models, and while they often obtain different results depending on various differences in the assumptions made, all show that reducing the number of social contacts, especially in the presence of asymptomatic infection, will "flatten" or reduce the epidemic curve. For example, one such model, reported in *Emerging Infectious Diseases* this week, investigated the effectiveness of social distancing interventions in a mid-sized city. Modeled interventions included reducing the number of contacts made by adults greater than 60 years of age, adults 20–59 years of age, and children under 19 years of age for six weeks. The modelers found that these interventions delay or flatten the epidemic curve and that even modest reductions of

Case 1:20-cv-00457-WO-JLW   Document 12-1   Filed 06/05/20   Page 21 of 100

contacts could reduce the number of new cases and deaths by 20 percent. Notably, however, when interventions ended, the epidemic rebounded [53].

34.     The expected future trajectory of Covid-19 depends on a number of factors including the level of "herd immunity" that has already been achieved by the circulating of the infection, the extent of social mixing that occurs, and the possibility that SARS-CoV-2 will be more transmissible in cooler, drier weather.

35.     First, herd immunity is achieved when enough people in a population have been infected and developed immunity so that the likelihood that an infectious person will come into contact with a susceptible person is low. This concept is illustrated in the graphic below. When an infectious person encounters only susceptible people, he or she can infect all of them but when most of the people an infectious person encounters are immune, relatively few people will be infected by that infectious case.

**Table 4 Herd Immunity (From**
[https://www.technologyreview.com/2020/03/17/905244/what-is-herd-immunity-and-can-it-stop-the-coronavirus/](https://www.technologyreview.com/2020/03/17/905244/what-is-herd-immunity-and-can-it-stop-the-coronavirus/))



In a simple model of an outbreak, each case infects two more, creating an exponential increase in disease. But once half the population is immune, an outbreak no longer grows in size.

36.     A general rule of thumb is that herd immunity can only be achieved when the proportion of people in a population who are immune is equal to $1-(1/R_0)$, where $R_0$

22

refers to the basic reproductive number of an infectious disease. This term is defined as the number of people who, on average, will be infected by a single infectious person in an entirely susceptible population. The basic reproductive number of SARS-CoV-2 is estimated between two and three, with an average of about 2.6. This means that about 60 percent of the population would need to be immune before we see Covid-19 cases level out (in the absence of interventions such as social distancing). At present, it is unclear what proportion of the US population is seropositive (in other words, has evidence of an immune response to the infection), but no study conducted in the US to date has suggested that more than 20-30 percent of any specific community is immune and most studies suggest that the number is closer to 2-3 percent. A recent study from Spain, one of the countries that has been most affected by the epidemic, found that only 2 percent of the population was immune [30]. Therefore, it is highly unlikely that, short of a catastrophic increase in circulating virus, herd immunity will be achieved by November 2020. Furthermore, the lack of herd immunity is in part due to social distancing that has taken place to date and this means that as a population, we remain highly vulnerable to epidemic spread.

37. Secondly, it is highly likely that with the relaxation of social distancing measures and the end of "lock-down" the number of social contacts that people make will increase and that, therefore, the incidence of infection will increase accordingly. There is a linear relationship between the average number of social contacts individuals make and the reproductive number of the infection; as social contacts increase, the incidence of infection will increase proportionately.

23

38.     Third, epidemic spread in the fall and winter could be driven by potential worsening of the epidemic due to changes in temperature or humidity that may be associated with higher viral stability with cooler and drier conditions, seasonal changes in host immunity and/or changes in human behavior (e.g., spending more time indoors).   In the fall and winter, the outdoor air is colder, and the air is drier both indoors and out. For influenza, laboratory experiments have shown that absolute humidity — the amount of water vapor in the air — strongly affects viral transmission, with drier conditions being more favorable [31]. Lab studies on SAR-CoV-1 have also confirmed that viruses are stable for longer periods in cooler, drier environments [32]. However, multiple recent studies have suggested that SARS-CoV-2 transmission is possible in many different climates [33, 34].

39.     Seasonal differences in transmission are also affected by differences in the ways people congregate in different seasons. In the fall and winter, people tend to spend more time indoors with less ventilation and less personal space than they do in the summer. Schools have been identified as the sites of much transmission of respiratory viruses including those that cause measles, chicken pox and influenza. [35, 36]. However, to date, the role of children in the transmission of SARS-CoV-2 is not clear and the relevance of the timing of school openings is not known. Finally, it is likely that host immunity is affected by seasonal changes. One hypothesis has focused on melatonin which has some immune effects and is modulated by the photoperiod [37], which varies seasonally. Vitamin D levels have also been associated with improved human immune responses -

24

these levels depend in part on ultraviolet light exposure which is higher in summer. There is strong evidence for the possible role of vitamin D supplementation in reducing the incidence of acute respiratory infection, as documented in a meta-analysis of randomized trials [38]. To summarize the evidence for seasonal trends in SARS-CoV-2, it is reasonable to expect that, like other beta-coronaviruses (a family of viruses with shared genetic characteristics), it may transmit somewhat more efficiently in fall and winter than summer.

**Table 5 Possible Covid-19 scenarios [38]**



Case 1:20-cv-00457-WO-JLW   Document 12-1   Filed 06/05/20   Page 25 of 100

40.    These considerations have guided most of the modeling projections on the expected future trajectory of SARS-CoV-2 spread.   The Center for Infectious Disease Research and Policy (CIDRAP) recently published a document where they drew lessons from previous influenza pandemics to predict the future trajectory of Covid-19 [39]. They summarize three different possible scenarios as illustrated in the above figure. In the first scenario, the first spring wave of Covid-19 that is currently underway will be followed by a series of repetitive smaller waves that occur through the summer and then consistently over a one- to two-year period, gradually diminishing sometime in 2021. These waves would be expected to vary geographically depending on what interventions are in place and how and when they are relaxed. Depending on the height of the peaks, this could lead to periodic re-implementation and interruption of social distancing measures over the next one to two years.

41.    In the second and most likely scenario, the current first wave of Covid-19 will be followed by a larger wave in the fall or winter of 2020 and one or more smaller subsequent waves in 2021.

42.    This pattern is what was seen with the 1918-19 influenza pandemic in which a small wave began in March 1918 but transmission leveled off during the summer months. This was followed by a much larger peak which occurred in the fall of 1918 and a third peak which occurred during the winter and spring of 1919. The 1957-58 and 2009-2010 influenza pandemics followed a similar pattern, with a smaller spring wave followed by a much larger fall wave [40]. Given the many similarities between how SARS-CoV-2 and

26

influenza are spread, it is expected that Covid-19 will behave in a similar way, and most epidemiologists expect that incidence will increase in the fall and winter months of 2020-2021.

43.     In the third scenario proposed by the CIDRAP team, the first wave of Covid-19 in spring 2020 would be followed by persistent ongoing transmission and disease incidence without a clear wave pattern. This third scenario might not lead to the reinstitution of mitigation measures, although cases and deaths will continue to occur especially in areas where risk factors for disease and death are common.

44.     Whichever scenario the pandemic follows, it is highly likely that Covid-19 activity will continue for at least another 18 to 24 months, with hot spots arising periodically in diverse geographic areas. In the period prior to the widespread use of an effective vaccine, this spread will continue to lead to serious disease and death in at-risk groups  As the pandemic wanes, it is likely that SARS-CoV-2 will continue to circulate at lower levels in the human population and will synchronize to a seasonal pattern with diminished severity over time, as other coronaviruses, such as the beta-coronaviruses OC43 and HKU1, [41] and past pandemic influenza viruses have done.

27

45. ***I was asked to describe the Covid-19 situation in North Carolina.***

**Table 6** County-specific Covid-19 prevalence for North Carolina by May 21, 2020. (from https://covid19.ncdhhs.gov/)



46. To assess the risk of serious disease given a Covid-19 infection, we can turn to the existing data on the prevalence of specific risk factors in the state. The CDC has documented that 33 percent of North Carolinians are obese and an additional 35 percent are overweight; 35 percent have a diagnosis of high blood pressure and 13.1 percent have diagnosed diabetes mellitus [45, 46, 47]. 16.3 percent of the state's population is 65 years old or over [48]. It is useful to compare the prevalence of different co-morbidities associated with poor outcomes in North Carolina to other states. The figures below give county-level rates of hospitalizations for coronary heart disease and hypertension demonstrating that North Carolina has comparatively high rates of these diseases and the age distribution of the population**.**

47. It is useful to compare the prevalence of different co-morbidities associated with poor outcomes in North Carolina to other states. The figures below give county-level rates of hospitalizations for coronary heart disease and hypertension demonstrating that

28

North Carolina has comparatively high rates of these diseases and the age distribution of the population.

**Table 7. Rates of hypertension and Coronary Heart Disease Nationally. From** (https://www.medrxiv.org/content/10.1101/2020.04.08.20058248v1)



48.     The Kaiser Family Foundation has developed a method to estimate the proportion of a state's population at elevated risk for serious Covid-19 illness [49]. Using data from the CDC's 2018 Behavioral Risk Factor Surveillance System (BRFSS), they estimated the total number of at-risk adults by state—based on the revised definition from the CDC—of adults who are at higher risk of serious illness if they get infected with coronavirus. The relevant factors include ages 65 or older, heart disease, chronic obstructive pulmonary disease (COPD), uncontrolled asthma, diabetes, or a BMI greater than 40. Based on this analysis, 39% of adults over age 18 in North Carolina are at risk for serious disease with older adults making up 54.2% of those at high risk.

29

**Table 8 CCVI Score components [48]**



49.    In another nation-wide assessment of risk, the Surgo Foundation has developed a Covid-19 community vulnerability index (the CCVI) to identify communities at especially high risk of being affected by Covid-19 [50]. The CCVI combines indicators specific to Covid-19 with the CDC's social vulnerability index, which measures the expected negative impact of any type of disaster. The indicators are based on the themes listed below.

50.    On this scale, North Carolina scored a 98 out of 100 with 100 being the most vulnerable. It ranked second among the states on this measure, mostly because its high (poor) score in the area of healthcare system factors. These data suggest that in the event of further spread of Covid-19, North Carolina may experience higher levels of disease, disability and death than other states experiencing the same amount of transmission.

51.    *I was asked if herd immunity, progress in vaccine development or the development of drugs to treat Covid-19 will alter the expected course of the Covid-19*

30

***pandemic in the United States and specifically North Carolina.*** To date, the proportion of the population that is likely to be immune is far less than that that required to achieve herd immunity. This is unlikely to change significantly before November. Although recent studies of the temporal trajectories of the appearance of SARS-CoV-2 antibodies show that most people who are infected with the virus do develop an antibody-mediated immune response, it is not yet clear whether this response is adequate to protect people from future infection or for how long it might be protective. Other coronaviruses, such as those that cause colds, are known to provide protection for periods of approximately one year and this experience has led most Covid-19 experts to accept the "educated guess" that after being infected with SARS-CoV-2, most individuals will have an immune response which will offer some protection over the medium term — at least a year — and then its effectiveness might decline. Until there is empirical evidence of how well-protected previously infected people are in the future, there is no way to confirm or deny the existence of long-term immunity.

52.     An effective vaccine is extremely unlikely to have been developed, tested and widely distributed before November. Vaccine development has proceeded at an unprecedented pace. More than 110 candidate vaccines are under development.  A number of companies and research teams already have candidate vaccines that are either in human trials (eight have started) or close to ready to trial in humans. The most advanced of these seems to be the ChAdOx1 nCoV-19 vaccine being developed by a group in Oxford, England. The speed with which these vaccines are being developed is partly due to the fact

31

that a great deal of work was done on a SARS-CoV-1 vaccine after the 2002 epidemic and some of that work can be applied to this organism.

53. Despite this extraordinarily rapid progress, it is important to realize that the usual time frame from development to widespread use of a vaccine is over ten years. New vaccines require a complex set of trials to establish safety, immunogenicity, optimal dosing, etc. Phase 1 trials are usually conducted in small groups of healthy volunteers and are designed to establish whether serious adverse effects occur with escalating doses of the agent and whether the vaccine produces the expected immune response. Phase 2 trials are designed to replicate Phase 1 results in a more diverse population of volunteers, to assess whether the expected immune response is generated, and to test different vaccine schedules. Once safety, immunogenicity and optimal dosing are established, Phase 3 studies are conducted to determine vaccine efficacy. Phase 3 studies are usually much larger than phase 1 or 2 studies and are conducted in people at risk for the infection in question. So the time frame of these trials depends on the actual incidence of infection and is expected to be shorter in regions with very high rates of disease. The completion of all three steps is required for a vaccine to be approved by the FDA. Once a vaccine is approved, it must then be manufactured at a scale that will provide adequate coverage for a large population.

54. The White House has recently announced an initiative, "Operation Warp Speed," to expedite the development of a vaccine that will be available to the US population. Although many scientists question the timeline proposed by the project, the

goal is to speed up the development and production of a vaccine so that 100 million doses are available in November of 2020 and the remaining 200 million doses needed to vaccinate the US population are ready by early 2021. Thus, even in the most optimistic scenario, it is highly unlikely that a vaccine will have been distributed and had time to induce an immune response in a significant number of Americans by November 3, 2020.

55.     Although new and repurposed drugs are being tested and some may be found to be helpful in treating severe Covid-19, this is unlikely to have a major impact on the transmission of the virus and the risk of severe disease or death by November 2020. A number of antiviral drugs are currently being developed and other existing drugs are being "repurposed" as potential therapies for Covid-19. The hope is that these drugs will reduce the rate of death and severe disease in people who are treated with them. As of mid-April, the FDA website had listed 72 active and 211 planned Covid-19 drug trials and almost 1000 drug-development proposals have been submitted to the agency. To date, only Remdesivir has been shown in a major, randomized control trial to reduce the duration of illness in Covid-19 patients. In that study, Remdesivir reduced the median time to recovery in hospitalized patients with advanced Covid-19 disease and lung involvement from 15 days for those who received placebo to 11 days for patients treated with Remdesivir [51]. The researchers also noted a survival benefit (which was not "statistically significant") with the Remdesivir group experiencing an 8.0 percent mortality rate compared to 11.6 percent for the placebo group. This suggests that even with the approval of the drugs that have been

33

found to be effective in clinical trials, people with severe Covid-19 are at risk for death as well as the long-term effects of lung damage and other sequelae of infection detailed above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of June, 2020.

Megan Murray, MD, MPH, ScD

34

# REFERENCES

1. Coronaviridae Study Group of the International Committee on Taxonomy of Viruses. The species Severe acute respiratory syndrome-related coronavirus: classifying 2019-nCoV and naming it SARS-CoV-2. *Nat Microbiol*. 2020;5(4):536-544. doi:10.1038/s41564-020-0695-z

2. Andersen, K.G., Rambaut, A., Lipkin, W.I. *et al.* The proximal origin of SARS-CoV-2. *Nat Med* 26, 450–452 (2020). https://doi.org/10.1038/s41591-020-0820-9

3. Zhang, H., Penninger, J.M., Li, Y. *et al.* Angiotensin-converting enzyme 2 (ACE2) as a SARS-CoV-2 receptor: molecular mechanisms and potential therapeutic target. *Intensive Care Med* 46, 586–590 (2020). https://doi.org/10.1007/s00134-020-05985-9

4. https://doi.org/10.1002//path.5471.

5. https://www.cdc.gov/coronavirus/2019-ncov/symptoms-testing/symptoms.html

6. https://www.who.int/health-topics/coronavirus#tab=tab_1

7. Wang D, Hu B, Hu C, et al. Clinical Characteristics of 138 Hospitalized Patients With 2019 Novel Coronavirus–Infected Pneumonia in Wuhan, China. *JAMA*. 2020;323(11):1061–1069. doi:10.1001/jama.2020.1585

8. Wu C, Chen X, Cai Y, et al. Risk Factors Associated With Acute Respiratory Distress Syndrome and Death in Patients With Coronavirus Disease 2019 Pneumonia in Wuhan, China [published online ahead of print, 2020 Mar 13]. *JAMA Intern Med*. 2020;e200994. doi:10.1001/jamainternmed.2020.0994

9. Chen T, Wu D, Chen H, et al. Clinical characteristics of 113 deceased patients with coronavirus disease 2019: retrospective study [published correction appears in BMJ. 2020 Mar 31;368:m1295]. *BMJ*. 2020;368:m1091. Published 2020 Mar 26. doi:10.1136/bmj.m1091

10. Arentz M, Yim E, Klaff L, et al. Characteristics and Outcomes of 21 Critically Ill Patients With COVID-19 in Washington State [published online ahead of print, 2020 Mar 19]. *JAMA*. 2020;323(16):1612-1614. doi:10.1001/jama.2020.4326

11. Cao J, Tu WJ, Cheng W, et al. Clinical Features and Short-term Outcomes of 102 Patients with Corona Virus Disease 2019 in Wuhan, China [published online ahead of print, 2020 Apr 2]. *Clin Infect Dis*. 2020;ciaa243. doi:10.1093/cid/ciaa243

12. Basu-Ray I, Soos MP. Cardiac Manifestations Of Coronavirus (COVID-19) [Updated 2020 Apr 12]. In: StatPearls [Internet]. Treasure Island (FL): StatPearls Publishing; 2020 Jan. https://www.ncbi.nlm.nih.gov/books/NBK556152/

13. Danzi GB, Loffi M, Galeazzi G, Gherbesi E. Acute pulmonary embolism and COVID-19 pneumonia: a random association?. *Eur Heart J*. 2020;41(19):1858. doi:10.1093/eurheartj/ehaa254

14. Zhang Y, Xiao M, Zhang S, et al. Coagulopathy and Antiphospholipid Antibodies in Patients with Covid-19. *N Engl J Med*. 2020;382(17):e38. doi:10.1056/NEJMc2007575

35

15. Klok FA, Kruip MJHA, van der Meer NJM, et al. Incidence of thrombotic complications in critically ill ICU patients with COVID-19 [published online ahead of print, 2020 Apr 10]. *Thromb Res*. 2020;S0049-3848(20)30120-1. doi:10.1016/j.thromres.2020.04.013

16. Bridwell R, Long B, Gottlieb M. Neurologic complications of COVID-19 [published online ahead of print, 2020 May 16]. *Am J Emerg Med*. 2020;10.1016/j.ajem.2020.05.024. doi:10.1016/j.ajem.2020.05.024

17. Alunno A, Carubbi F, Rodríguez-Carrio J. Storm, typhoon, cyclone or hurricane in patients with COVID-19? Beware of the same storm that has a different origin. *RMD Open*. 2020;6(1):e001295. doi:10.1136/rmdopen-2020-001295

18. Salehi S, Abedi A, Balakrishnan S, Gholamrezanezhad A. Coronavirus Disease 2019 (COVID-19): A Systematic Review of Imaging Findings in 919 Patients [published online ahead of print, 2020 Mar 14]. *AJR Am J Roentgenol*. 2020;1-7. doi:10.2214/AJR.20.23034

19. Stam HJ, Stucki G, Bickenbach J. Covid-19 and Post Intensive Care Syndrome: A Call for Action. *J Rehabil Med*. 2020;52(4):jrm00044. Published 2020 Apr 15. doi:10.2340/16501977-2677

20. Onder G, Rezza G, Brusaferro S. Case-Fatality Rate and Characteristics of Patients Dying in Relation to COVID-19 in Italy. *JAMA*. 2020;323(18):1775–1776. doi:10.1001/jama.2020.4683

21. Richardson S, Hirsch JS, Narasimhan M, et al. Presenting Characteristics, Comorbidities, and Outcomes Among 5700 Patients Hospitalized With COVID-19 in the New York City Area. *JAMA*. Published online April 22, 2020. doi:10.1001/jama.2020.6775

22. The OpenSafely Collaborative. https://www.medrxiv.org/content/10.1101/2020.05.06.20092999v1

23. https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/racial-ethnic-minorities.html

24. van Doremalen N, Bushmaker T, Morris DH, et al. Aerosol and Surface Stability of SARS-CoV-2 as Compared with SARS-CoV-1. *N Engl J Med*. 2020;382(16):1564-1567. doi:10.1056/NEJMc2004973

25. Hamner L, Dubbel P, Capron I, et al. High SARS-CoV-2 Attack Rate Following Exposure at a Choir Practice - Skagit County, Washington, March 2020. *MMWR Morb Mortal Wkly Rep*. 2020;69(19):606-610. Published 2020 May 15. doi:10.15585/mmwr.mm6919e6

26. Park M, Cook AR, Lim JT, Sun Y, Dickens BL. A Systematic Review of COVID-19 Epidemiology Based on Current Evidence. *J Clin Med*. 2020;9(4):967. Published 2020 Mar 31. doi:10.3390/jcm9040967

27. Arons MM, Hatfield KM, Reddy SC, et al. Presymptomatic SARS-CoV-2 Infections and Transmission in a Skilled Nursing Facility [published online ahead of print, 2020 Apr 24]. *N Engl J Med*. 2020;NEJMoa2008457. doi:10.1056/NEJMoa2008457

Case 1:20-cv-00457-WO-JLW   Document 12-1   Filed 06/05/20   Page 36 of 100

28. https://news.gallup.com/opinion/gallup/308444/americans-social-contacts-during-covid-pandemic.aspx

29. https://www.ucsf.edu/news/2020/05/417356/initial-results-mission-district-covid-19-testing-announced

30. Personal communication from Miguel Hernan of the Epicos study.

31. Eriko Kudo, Eric Song, Laura J. Yockey, Tasfia Rakib, Patrick W. Wong, Robert J. Homer, Akiko Iwasaki. Low ambient humidity impairs barrier function and innate resistance against influenza infection. *Proceedings of the National Academy of Sciences*, May 13, 2019; DOI: 10.1073/pnas.1902840116

32. Miyu Moriyama, Walter J. Hugentobler, Akiko Iwasaki, Seasonality of Respiratory Viral Infections. Annual Review of Virology 2020 7:1

33. Luo w, Majumder MS, Liu D, Poirier C, ] Mandl KD, Lipsitch M, Mauricio Santillana, The role of absolute humidity on transmission rates of the COVID-19 outbreak, https://www.medrxiv.org/content/10.1101/2020.02.12.20022467v1

34. Xie J, Zhu Y. Association between ambient temperature and COVID-19 infection in 122 cities from China. *Sci Total Environ*. 2020;724:138201. doi:10.1016/j.scitotenv.2020.138201

35. Jackson C, Vynnycky E, Mangtani P. The Relationship Between School Holidays and Transmission of Influenza in England and Wales. *Am J Epidemiol*. 2016;184(9):644-651. doi:10.1093/aje/kww083

36. Luca, G.D., Kerckhove, K.V., Coletti, P. *et al.* The impact of regular school closure on seasonal influenza epidemics: a data-driven spatial transmission model for Belgium. *BMC Infect Dis* 18, 29 (2018). https://doi.org/10.1186/s12879-017-2934-3

37. Silvestri, M., Rossi, G.A. Melatonin: its possible role in the management of viral infections-a brief review. *Ital J Pediatr* 39, 61 (2013). https://doi.org/10.1186/1824-7288-39-61

38. Martineau AR, Jolliffe DA, Hooper RL, et al. Vitamin D supplementation to prevent acute respiratory tract infections: systematic review and meta-analysis of individual participant data. *BMJ*. 2017;356:i6583. Published 2017 Feb 15. doi:10.1136/bmj.i6583

39. Covid-19. The Cidrap View. https://www.cidrap.umn.edu/sites/default/files/public/downloads/cidrap-covid19-viewpoint-part1_0.pdf

40. Saunders-Hastings PR, Krewski D. Reviewing the History of Pandemic Influenza: Understanding Patterns of Emergence and Transmission. *Pathogens*. 2016;5(4):66. Published 2016 Dec 6. doi:10.3390/pathogens5040066

41. Kissler SM, Tedijanto C, Goldstein E, Grad YH, Lipsitch M. Projecting the transmission dynamics of SARS-CoV-2 through the postpandemic period. *Science*. 2020;368(6493):860-868. doi:10.1126/science.abb5793

42. https://covid19.ncdhhs.gov/dashboard

Case 1:20-cv-00457-WO-JLW   Document 12-1   Filed 06/05/20   Page 37 of 100

43. https://www.tysonfoods.com/news/news-releases/2020/5/tyson-foods-inc-releases-results-covid-19-testing-wilkesboro-nc-plant

44. https://www.ncdps.gov/our-organization/adult-correction/prisons/prisons-info-covid-19#data

45. https://www.cdc.gov/obesity/data/index.html

46. https://www.cdc.gov/bloodpressure/maps_data.htm

47. http://main.diabetes.org/dorg/PDFs/Advocacy/burden-of-diabetes/north-carolina.pdf

48. https://www.census.gov/quickfacts/geo/chart/US/AGE775218

49. https://www.kff.org/coronavirus-covid-19/issue-brief/state-data-and-policy-actions-to-address-coronavirus/

50. https://precisionforcovid.org/ccvi

51. Beigel JH, Tomashek KM, Dodd LE, et al. Remdesivir for the Treatment of Covid-19 - Preliminary Report [published online ahead of print, 2020 May 22]. *N Engl J Med*. 2020;10.1056/NEJMoa2007764. doi:10.1056/NEJMoa2007764

52. The airborne lifetime of small speech droplets and their potential importance in SARS-CoV-2 transmission. Valentyn Stadnytskyi, Christina E. Bax, Adriaan Bax, Philip Anfinrud. Proceedings of the National Academy of Sciences May 2020, 202006874; DOI: 10.1073/pnas.2006874117

53. Matrajt L, Leung T. Evaluating the effectiveness of social distancing interventions to delay or flatten the epidemic curve of coronavirus disease. Emerg. Infect. Dis. 2020 Aug. https://doi.org/10.3201/eid2608.201093

54. https://www.census.gov/library/stories/2019/04/behind-2018-united-states-midterm-election-turnout.html

Case 1:20-cv-00457-WO-JLW   Document 12-1   Filed 06/05/20   Page 38 of 100

**Harvard Medical School/Harvard School of Dental Medicine**
**Curriculum Vitae**

| | |
|---|---|
| **Date Prepared:** | **May 2020** |
| **Name:** | **MEGAN MURRAY** |
| **Office Address:** | **Harvard Medical School** |
| | **641 Huntington Avenue, 4A07** |
| | **Boston, MA 02115** |
| **Home Address:** | **21 Prince Street** |
| | **Cambridge, MA 02139** |
| **Work Phone:** | **(617) 432-2781** |
| **Work Email:** | **megan_murray@hms.harvard.edu** |
| **Work FAX:** | (617) 432-2565 |
| **Place of Birth:** | Minnesota |

## Education

| | | | |
|---|---|---|---|
| 1980 | AB<br>Magna cum laude | Philosophy | Dartmouth College, Dartmouth, NH |
| 1990 | MD | Medicine | Harvard Medical School, Boston, MA |
| 1997 | MPH | Public Health | Harvard School of Public Health, Boston, MA |
| 2001 | ScD | Epidemiology (James Robins) | Harvard School of Public Health, Boston, MA |

## Postdoctoral Training

| | | | |
|---|---|---|---|
| 1990-1991 | Internship | Internal Medicine | Massachusetts General Hospital, Harvard Medical School, Boston, MA |
| 1991-1993 | Residency | Internal Medicine | Massachusetts General Hospital, Harvard Medical School, Boston, MA |

39

| 1993-1997 | Fellowship | Infectious Disease | Massachusetts General Hospital, Harvard Medical School, Boston, MA |

## Faculty Academic Appointments

| 1997-2006 | Instructor in Medicine | Medicine | Harvard Medical School |
| 1999-2000 | Research Associate | Epidemiology | Harvard School of Public Health |
| 2001-2007 | Assistant Professor | Epidemiology | Harvard School of Public Health |
| 2004- | Associate | | Broad Institute, Cambridge, MA |
| 2006-2009 | Assistant Professor | Medicine | Harvard Medical School |
| 2007-2013 | Associate Professor | Epidemiology | Harvard School of Public Health |
| 2009-2012 | Associate Professor | Medicine | Harvard Medical School |
| 2012- | Professor | Global Health and Social Medicine | Harvard Medical School |
| 2013- | Professor | Epidemiology | Harvard T.H. Chan School of Public Health |
| 2017- | Ronda Stryker and William Johnston Professor of Global Health | Global Health and Social Medicine | Harvard Medical School |

## Appointments at Hospitals/Affiliated Institutions

| 01/98-09/02 | Clinical Assistant in Medicine | Dept. of Internal Medicine | Massachusetts General Hospital |
| 09/02-09/06 | Assistant in Medicine | Dept. of Internal Medicine | Massachusetts General Hospital |

40

| | | | |
|---|---|---|---|
| 09/06-02/08 | Assistant Physician | Dept. of Internal Medicine | Massachusetts General Hospital |
| 02/08-09/10 | Consultant (Medicine Services) | Dept. of Internal Medicine | Massachusetts General Hospital |

Case 1:20-cv-00457-WO-JLW   Document 12-1   Filed 06/05/20   Page 41 of 100

## Other Professional Positions

| Year | Position Title | Institution | Level of effort |
|------|----------------|-------------|-----------------|
| 1980-1984 | Refugee Camp Coordinator | Intergovernmental Committee for Migration, Phanat Nikhom, Thailand | |
| 1984 | Public Health Educator | Matanyok Rural Training Project, Rift Valley, Kenya | |
| 2004- | Research Director | Partners In Health, Boston | 36 days per year |

## Major Administrative Leadership Positions

**Local**

| Year | Position Title | Institution |
|------|----------------|-------------|
| 2007- | Director of Research | Division of Global Health Equity, Brigham and Women's Hospital and Partners In Health, Boston, MA |
| 2010- | Director | Research Core, Department of Global Health and Social Medicine, Harvard Medical School, Boston, MA |
| 2012-2013 | Member | Executive Leadership Team, Global Health Delivery Partnership, Harvard Medical School, Brigham and Women's Hospital and Partners In Health, Boston, MA |

## Committee Service

**Local**

| Year | Position Title | Institution |
|------|----------------|-------------|
| 1986-1990 | Curriculum Committee | Harvard Medical School Member |
| 2001- | Infectious Disease-Epidemiology Graduate Admissions Committee | Harvard School of Public Health Member |
| 2003-2005 | Faculty Council | Harvard School of Public Health Member |
| 2004- | Steering Committee for the Residency in Global Health | Brigham and Women's Hospital Member |
| 2005- | Human Subjects Committee | Harvard School of Public Health Member |
| 2005 | Task Force on Women in Sciences and Engineering | Harvard University, Cambridge, MA Member |

42

| | | |
|---|---|---|
| 2006 | President's Task Force on Avian Influenza | Harvard University<br>Member |
| 2006 | Search Committee for Dean of Educational Programs | Harvard School of Public Health<br>Member |
| 2007 | Epidemiology Curriculum Committee | Harvard School of Public Health<br>Member |
| 2007 | Search Committee for Compliance Officer | Harvard School of Public Health<br>Member |
| 2007 | Search Committee for Assistant Professor in the Division of Social Medicine and Health Inequalities | Brigham and Women's Hospital<br>Member |
| 2008 | Search Committee for Assistant Professor in Infectious Disease Epidemiology | Harvard School of Public Health<br>Member |
| 2009 | Search Committee for Assistant Professor in Infectious Disease Epidemiology | Harvard School of Public Health<br>Chair |
| 2010 | Global Health Epidemiology Committee | Harvard School of Public Health<br>Member |
| 2010-2011 | Strategic Leadership Team | Brigham and Women's Hospital<br>Member (Co-Chair Community Engagement Mission Area) |
| 2012 | Ad Hoc Committee to Evaluate Professorial Candidate | Harvard Medical School<br>Member |
| 2012-2016 | Professor of Population Medicine Search Committee | Harvard Pilgrim Health Care Institute<br>Member |
| 2012 | Ad Hoc Evaluation of Professorial Appointment Committee | Harvard Medical School<br>Member |
| 2012 | Global Health Instructor Search Committee | Harvard Medical School<br>Co-chair |
| 2014-2016 | Pershing Square Professorship in Global Health Search Committee | Harvard Medical School<br>Chair |
| 2015 | Search Committee for Professor of Biomedical Informatics | Harvard Medical School<br>Member |

43

| | | |
|---|---|---|
| 2016- | Department of Biomedical Informatics Executive Committee | Harvard Medical School Member |
| 2016- | Committee on Promotions, Reappointments, and Appointments (P&R) | Harvard Medical School Member |
| 2018-2019 | Dean's Innovation Grants Review Committee | Harvard Medical School Member |
| 2018-2019 | Therapeutics Planning Foundry Committee | Harvard Medical School Member |
| 2019- | Center for Computational Biomedicine (CCB) Advisory Committee | Harvard Medical School Member |
| 2019- | Faculty Council | Harvard Medical School/Harvard School of Dental Medicine Member |
| 2020- | Ariadne Spark Grant Review Committee | Harvard Medical School Member |
| 2020- | Massachusetts Consortium on Pathogen Readiness (MassCPR) Working Group on Epidemiology | Harvard Medical School Co-Lead |

**National and International**

| | | |
|---|---|---|
| 2005-2007 | Committee on Infectious Diseases among Gulf War Veterans | Institute of Medicine, Washington, DC Member |
| 2006-2010 | IHR Roster of Experts in Modeling Analytical Epidemiology | World Health Organization, Geneva, Switzerland |
| 2007-2009 | Global Task on XDR Tuberculosis | World Health Organization |
| 2007 | External Review Committee for TB Program | Montreal Chest Institute, McGill University Montreal, Canada Member |
| 2008-2011 | STAG (Strategic and technical advisory group) TB | World Health Organization Member |

Case 1:20-cv-00457-WO-JLW   Document 12-1   Filed 06/05/20   Page 44 of 100

| | | |
|---|---|---|
| 2008 | 39th Union World Conference 2008<br>Drug Resistance /MDR-TB management II | International Union TB and Lung Disease<br>Paris, France, Coordinator |
| 2009 | Panel to Review the DST/NRF Centre of<br>Excellence for Biomedical TB Research | National Research Foundation, Pretoria,<br>South Africa, Convener |
| 2009-2010 | Expert Panel on Tuberculosis and Diabetes | Union of TB and Lung Disease and World<br>Diabetes Federation<br>Member |
| 2010-2015 | Advisory Group to Fogarty Grant | Member<br>Public Health Research Institute<br>New Jersey |
| 2010- | Working Group on New Diagnostics | Member,<br>Stop TB Partnership<br>Geneva, Switzerland |
| 2013-2014 | Millennium Villages Project Independent<br>Expert Group Meetings | Member<br>Earth Institute, Columbia University<br>Millennium Development Goals Centre<br>West and Central Africa<br>Dakar, Senegal |
| 2013-2014 | External Advisory Committee on<br>Tuberculosis | Member<br>Gates Foundation<br>New York City, NY |
| 2016- | Critical Path to TB Drug Regimens (CPTR)<br>Initiative | Member |

**Professional Societies**

| | | |
|---|---|---|
| 1995- | Infectious Disease Society of America | Member |
| 1997- | Society for Epidemiologic Research | Member |
| 2007- | International Union of TB and Lung<br>Disease | Member |
| 2007- | Global Health Council | Member |
| 2009- | American Society for Tropical Medicine | Member |

Case 1:20-cv-00457-WO-JLW   Document 12-1   Filed 06/05/20   Page 45 of 100

## Grant Review Activities

| | | |
|---|---|---|
| 2004 | Fogarty International Center/NIH Study Section ZRG1 ICP-3(03) | NIH, Bethesda, MD<br>Member |
| 2005 | Improving Tuberculosis Control in Africa; Mathematical Modeling of Intervention Trials | Wellcome Trust Review<br>London, England<br>Member |
| 2008 | Postdoctoral Program Review for Indonesian PhDs | Royal Netherlands Academy of Arts and Sciences (KNAW), Amsterdam, Holland<br>Referee |
| 2008 | Center for AIDS Research Scholar and Feasibility Scientific Reviewer Committee | Harvard School of Public Health<br>Member |
| 2009, 2010 | Center for Scientific Review/NIH study section l ZRG1 IDM-P 50 R | NIH<br>Ad hoc Member |
| 2009-2016 | Center for Scientific Review/NIH Study Section on Clinical Research and Field Studies of Infectious Diseases (CRFS) | NIH<br>Permanent Member |
| 2009 | Wellcome Trust<br>London, England | Ad hoc Reviewer |
| 2010 | National Science Foundation<br>South Africa | Ad hoc Reviewer |
| 2012 | Center for Scientific Review/NIH Study Section ZRG1 AARR-K (52) | NIH<br>Ad-hoc Member |
| 2015 | Center for Scientific Review/NIH Study Section ZRG1 IMST-K (50)S | NIH<br>Ad-hoc Member |
| 2017 | Center for Scientific Review/NIH Study Section ZAI1 LG-M (M1)<br>NIAID Clinical Trial Implementation Cooperative Agreement (U01/R01) | NIH<br>Ad-hoc Member |
| 2018 | Center for Scientific Review/NIH Clinical Research and Field Studies of Infectious Diseases [CRFS] Study Section ZRG1 IDM-R (02) | NIH<br>Ad-hoc Member |

46

| 2019 | Center for Scientific Review/NIH Study Section ZRG1 IDM-R (50) | NIH Ad-hoc Member |

## **Editorial Activities**

Ad hoc Reviewer

Science
Nature Medicine
New England Journal Medicine
Lancet
Lancet Infectious Diseases
Lancet Pulmonary Medicine
Epidemiology
American Journal of Epidemiology
International Journal of Tuberculosis and Lung Diseases
British Medical Journal
British Medical Journal, Global Health
Emerging Infectious Diseases
PLoS Medicine
PLoS Pathogens
PLoS One
Scandinavian Journal of Infectious Disease
Journal of the American Medical Association
American Journal Respiratory and Critical Care Medicine
Journal of Clinical Microbiology
Antimicrobial Agents and Chemotherapy
PNAS (Proceedings of the National Academy of Sciences)
Bulletin of the World Health Organization
Clinical Infectious Disease
Journal Infectious Disease
Annals of Internal Medicine
American Journal of Tropical Medicine and Hygiene
Royal Society Proceedings B
BMC Medicine
BMC Genomics
BMC Public Health
BMC Biology
BMC Health Services
Interface
Epidemics
Royal Society Open Science

47

mBio

**Other Editorial Roles**

| | | |
|---|---|---|
| 2004- | Member of Editorial Board | European Journal of Epidemiology |
| 2005-2012 | Associate Editor | International Journal of TB and Lung Disease |
| 2009- | Associate Editor | PLOS Medicine |

**Honors and Prizes**

| | | |
|---|---|---|
| 1980 | Dartmouth General Fellowship | Dartmouth College |
| 1990 | Aesculupian Society | Harvard Medical School |
| 1990 | Paul Dudley White Fellowship | Harvard Medical School |
| 1996 | Howard Hughes Post-Doctoral Research Fellowship | Howard Hughes Medical Institute |
| 1997 | Tapplin Fellowship Award | Harvard School of Public Health |
| 2001 | Teaching Award | School of Public Health, Boston University |
| 2002 | Teaching Award | Harvard School of Public Health |
| 2004 | Ellison Senior Scholar | Ellison Medical Foundation |
| 2008 | Recognition Award | Harvard School of Public Health |
| 2010 | Nominated for Mentorship Award | Harvard Medical School |
| 2010-11 | Landolt Chair | Ecole Polytechnique Federale de Lausanne |

**Report of Funded and Unfunded Projects**

48

## Funding Information

**Past**

1997-2003     Molecular epidemiology of tuberculosis
NIH/NIAID 1K08AI001430-01
PI
This study explored the use of molecular epidemiologic data for epidemiologic inference and evolutionary studies of *M. tuberculosis*.

2000-2003     Population-based investigations of tuberculosis
NIH R01AI046669
Co-investigator
In this project, population-based genetic studies of human specimens were used to determine the clinical consequences of mutations in genes associated with bacterial antibiotic resistance and virulence.

2002-2005     Transmissibility and fitness of drug-resistant TB, Sverdlovsk
WHO T9-181-270
PI
This project assessed epidemiologic risk factors for TB drug resistance, identified locally prevalent drug-resistance profiles, used molecular epidemiological analyses to measure association between clustering and specific drug-resistance mutations, and assessed demographic distribution of drug resistance in prison and local community, evaluating extent of transmission between the two groups.

2003-2005     INH resistance in Beijing/W Isolates of *M. tuberculosis*
NIH R21 AI055800
Co-investigator
This project sought to identify risk factors associated with Isoniazid resistance which may be pathogen and/or host- specific and which may lead to acquisition of MDR-TB, after controlling for compliance.

2003-2005     Decision analysis for TB control
Bill Melinda Gates Foundation
Co-investigator
This project developed a decision-analytic model that could be used with data from different countries to assess the potential benefits, costs, and cost-effectiveness of the full range of policy options for dealing with MDR-TB, including preventive therapy, active case finding, diagnostic testing and treatment.

2004-2009     Curriculum in Emerging Infectious Diseases
NIH/NIGMS K073000-04
PI ($363,933)

49

This project aimed to develop and implement a core course in transmission dynamics of emerging infectious diseases, taking an interdisciplinary approach that incorporates case-based seminars and short courses.

2005-2007     Evaluation of a community based HIV-TB adherence support program in a government ARV-rollout site in KwaZulu-Natal, South Africa
Harvard University Center for AIDS Research
Co-investigator
This study evaluated the feasibility of community-based adherence support program designed to improve HIV/AIDS and TB outcomes among a cohort of HIV patients in a government ARV treatment program.

2006-2007     Ferroportin Polymorphisms and Tuberculosis Susceptibility
William F. Milton Fund/Harvard Medical School
PI
This study assessed the association between Ferroportin (FPN1) mutations, iron intake and TB susceptibility in South Africa.

2006-2010     Macrophage Iron Metabolism and Tuberculosis Infection
NIH/NIAID R21 AI068077-01
PI ($271,375)
We elucidated the role of host macrophage iron status on the growth of *M. tuberculosis* and explored the impact of iron and ferroportin status on cellular immune function.

2006-2011     Epidemiology of Multidrug-Resistant Tuberculosis in Peru
NIH/NIAID R01 A1057786-01A2
Co-investigator
The goal of this project is to provide new knowledge about the transmission dynamics of multidrug-resistant tuberculosis in a high TB-burden area in Peru and will measure within-household transmission of various strains of TB, assess the impact of socio-demographic and clinical confounders and risk modifiers, and measure associations between specific resistance mutations and phenotypes.

2007-2009     A Postmortem Study of the Burden of MDR and XDR Tuberculosis Among Adult Inpatient in KZN Deaths Occurring at Edendale Hospital Kwazulu-Natal South Africa
Massachusetts General Hospital
PI ($60,050)
This study estimated the burden of tuberculosis among seriously ill individuals in KZN and measured the proportion of TB among these patients which is drug-resistant by conducting postmortem tests at Edendale Hospital KZN.

2007-2014     Epidemiology and Transmission Dynamics of MDR/XDR Tuberculosis
NIH/NIAID U19 A1076217
PI ($13,422,751)
We conducted a series of linked interdisciplinary research projects focused on the emergence and transmission of multidrug and extensively drug resistant TB:  a cohort

50

study of host and microbial factors associated with MDR and XDR TB in Lima, Peru; a study characterizing *M. tuberculosis* strain diversity and its contribution to the emergence and spread of MDR; and a study using epidemic and individual predictive models to support public health policy and clinical decision-making for MDR and XDR TB.

2009   Systematic Reviews of Diabetes and Tuberculosis Interactions
PI ($25,000)
International Union of TB and Lung Disease
We evaluated the links between TB and diabetes by conducting a series of systematic reviews and meta-analyses.

2009-2012  Bioaerosols Production and Influenza Study
Pulmatrix Inc.
PI ($348,393)
The project measured the particle production in persons diagnosed with active influenza, measured the quantity and size distribution of influenza virus particles generated and exhaled by persons infected with influenza during normal tidal breathing, and measured the secondary attack rate of influenza within their households.

2009-2013  Treat TB: Technology, Research, Education and Technical Assistance for TB
USAID (subcontract through International Union against TB and Lung Disease)
Co-investigator
The subproject aims were to develop a modeling tool to assist national policy-makers in selecting the appropriate tests and strategies for the diagnosis of tuberculosis in specific types of epidemiological settings, with an emphasis on low- and middle-income countries, taking into account a variety of modifying factors including drug resistance and HIV.

2009-2014  Strengthening and Studying Community Based Integrated Primary Health Care Systems in Rural Rwanda
Doris Duke Foundation
Co-investigator
The PHIT Partnership strengthened integrated primary health care delivery in Rwanda. The Partnership deployed a care-based intervention, conduct implementation research to generate data for ongoing monitoring, evaluation, and quality improvement of the intervention.

2009-2014  MIDAS Center for Communicable Disease Dynamics
NIH/NIGMS U54 GM088558-01
Co-investigator
This project advanced the quantitative study of communicable diseases through training/education, transdisciplinary research, and public health policy and will develop statistical and novel modeling methods, train mathematical modelers, perform outreach, and develop software for the analysis of communicable disease data.

2012-2013  Identification of GyrA/B Mutations that Predict Fluoroquinolone Resistant TB

51

Harvard University Center for AIDS Research
Co-investigator
This project evaluated the correlation between newly-developed molecular genetic probes that can detect mutations in the gryA and gryB genes of tuberculosis which may render them more resistant to first and later generation quinolones.

2013-2014    African Health Facility Capacity to Roll Out Technological Interventions
Gates Foundation
PI ($17,232)
This project summarized the following outcomes across Rwanda health facilities: the percent and number of health facilities with electricity currently; estimate percent of health clinics with electricity within five years; percent and number of facilities with rapid HIV testing available; and the distribution of HIV testing staffing.

**Current**

2014-2020    Integrated discovery and development of innovative TB Diagnostics
NIH/NIAID CETR U19AI109755
PI ($29,218,333)
This multi-disciplinary collaboration is designed to enable the discovery of new biomarkers of *Mycobacterium tuberculosis* drug resistance, identify optimal clinical sampling strategies directed toward detection of *Mtb* DNA and develop and test a sensitive micro-array based rapid diagnostic. Our long-term goal is to develop a diagnostic strategy that will improve the diagnosis of childhood and DR TB and stem the further spread of the disease. *This grant is in a no cost extension phase.*

2015-2022    Metabolic Factors that Control the Spectrum of Human Tuberculosis
NIH/NIAID TBRU U19AI111224
Co-PI ($19,815,180)
This consortium project focuses on the link between host immune and metabolic factors and their impact on progression and persistence of tuberculosis. Teams focusing on human subjects, bio-informatics, and metabolomics work in parallel to identify targets including pathways linking human metabolism and immune response, T cells involved in *Mtb* response, pathogen determinants of drug resistance and pathogen-shed markers of clinical TB phenotypes. Each project includes validation of these targets in the guinea pig model.

2018-    Metabolic Factors that Control the Spectrum of Human Tuberculosis
NIH/NIAID TBRU U19AI111224-04 Supplement
Co-PI ($200,000)
This supplement to the TBRU consortium project is a new collaborative, multi-disciplinary effort that conducted a genome-to-genome approach aimed at the identification of

52

interacting molecular patterns in *Mtb* and the human host. The same approach and new methods will be adaptable and easily applicable to other populations being studied within the TBRU program.

2019-2024   Bacterial Determinants of Treatment Response in Mycobacteria Tuberculosis
NIH/NIAID U19AI142793-01
PI ($14,633,712)
This study will focus on the discovery of the genetic determinants of drug tolerance and resistance in mycobacteria tuberculosis both through mechanistic bench studies and through a genome wide association study of treatment failure in TB patients.

2019-2021   Randomised trial of an intervention to increase tuberculosis notifications by private practitioners in Indonesia, plus sequencing and susceptibility sub studies
CRDF Global u/d USDA (59-0210-06-004) DAA3-19-64909-2
United States Research Leader ($99,917)
This study will evaluate whether a tailored intervention package increases notifications of tuberculosis (TB) by private practitioners in Bandung, Indonesia.

2020-2023   Are TB neighbourhoods a high risk population for active intervention?
CRDF Global u/d NIAID
United States Research Leader ($99,999)
This study will confirm whether neighborhoods around known, routinely diagnosed TB index cases are high risk sub-populations which may warrant active intervention to enhance TB control.

## Unfunded Projects

2003   Transmission dynamics of SARS (Co-leader)
I co-led a team that developed a mathematical model of the transmission dynamics of SARS. (Lipsitch et al. Science 2003)

2005-2011   TB Genome Project (Collaborator)
Whole genome sequencing of sets of drug resistant *M. tuberculosis* isolates.
I led a collaboration with the Broad Institute to identify, sequence and analyze progressively resistant isolates of *M. tuberculosis* to identify drug resistance mutations and to characterize compensatory or enabling mutations. We currently have one manuscript under review and several in preparation.

2006   Cost-effectiveness of testing the blood supply for West Nile Virus (Supervisor)
I supervised a doctoral student in the development of a combined transmission/cost-effectiveness model on West Nile Virus. (Korves et al. PLoS Med 2006; Korves et al. Clin Infect Dis 2006)

Case 1:20-cv-00457-WO-JLW   Document 12-1   Filed 06/05/20   Page 53 of 100

2006-2010  Determinants of tuberculosis (Advisor)
      I supervised two doctoral students to carry out epidemiologic studies and meta-analyses of
      the associations between determinants (smoking and diabetes mellitus) and tuberculosis
      and to use the parameters thus obtained to construct mathematical models assessing the
      impact interventions directed at these determinants. (Jeon et al. PLoS Med 2008; Jeon et al,
      Trop Med and Int Health 2010; Lin et al. Lancet 2008; Lin et al. Am J Respir Crit Care
      Med 2009, Murray M et al, IJTLD 2010, Baker M et al. BMC Medicine 2011, Lin et al.
      IJTLD 2011). I supervised Dr. Olivia Oxlade on work that is a further extension of this
      project.

2007-2009  Timing of ART in patients co-infected with HIV and TB in Rwanda: an observational
      approach (Initiator)
      I initiated this project and supervised a doctoral student in the collection and analysis of the
      data. This work led to a paper published in PLoS Medicine (Franke M et al. PLoS Med
      2011).

2007-2009  Metabolic modeling of *M. tuberculosis* (Collaborator)
      I collaborated with a team of bio-informaticists on a project to fit a metabolic flux model to
      *M. tuberculosis* expression data to mycolic acid production. (Colijn et al. PLoS
      Computational Biology, 2009)

2008-2009  Structural analysis of *M. tuberculosis* "resistome" (Collaborator)
      I collaborated with George Church on a project to define the structural basis of drug
      resistance in *M. tuberculosis* using sequence data. We published one paper together
      (Sandgren et al. PLoS Med 2009).

2008-2010  *M. tuberculosis* isoniazid and quinolone mono-resistance in South Africa (Mentor)
      I supervised two trainees who are investigating the frequency and outcomes of mono-
      resistance in *M. tuberculosis* in South Africa. We published two papers in this area. (Jeon
      C et al, 2010, Jacobson K et al, 2011).

2008-2010  ART Outcomes in Rwanda for 1000 HIV patients (Co-investigator)
      I provided technical support and supervised the data collection and analysis team. We have
      published a paper on this topic (Rich et al, 2011).

2009-2010  Within host dynamics of TB and the evolution of drug resistance. (Initiator)
      I collaborated with my former trainees, Ted Cohen and Caroline Colijn, on a project to
      model the within-host evolution of drug resistance (Colijn C et al, PLoS One, 2011).

2009-2011  Sex trafficking and HIV transmission in India (Advisor)
      I supervised a doctoral student in the analysis of data and construction of a mathematical
      model of HIV transmission among trafficked sex workers in India. We published several
      papers together.

| 2010-2012 | Cholera transmission in the Democratic Republic of the Congo and Haiti. (Collaborator and Adviser). I worked with a team including hydraulogists and infectious disease modelers on the transmission routes by which cholera spreads. We published three papers (Rinaldo et al, Proc Natl Acad Sci, 2012; Bompangue et al, PLoS Curr 2012; Bompangue et al, Lancet, 2012). |
|---|---|
| 2012- | Poverty traps in under-resourced settings (Collaborator)<br>I collaborate with Matthew Bonds on a range of studies to understand the role of infectious diseases in creating poverty traps in Rwanda and other under-resourced settings. |
| 2014-2015 | MDR TB in India<br>I worked with a Fulbright fellow to assess the burden of MDR TB in India. |
| 2013-2016 | Ebola Diagnostics, Asymptomatic Infection and Modeling (Initiator and Collaborator)<br>I worked with the Partners in Health clinical teams in Sierra Leone to evaluate two point of care diagnostic tests and supervised Gene Richardson in a study of asymptomatic Ebola infections and Ibrahim Diakite on a study of dynamic modeling of Ebola vaccination strategies. |
| 2012- | Impact of Health Research Capacity Building (Team Leader)<br>I lead a team focused on the implementation and assessment of Health Research Capacity Building in Africa. |
| 2014- | Yaws epidemiology and impact of mass drug administration (Collaborator)<br>I work with my former student, Eric Mooring, on the evaluation of data collected during a mass drug administration campaign in Papua, New Guinea. |
| 2014- | Health System Strengthening in Madagascar (Collaborator)<br>I work on developing methods to evaluate the impact of health system strengthening in Madagascar and other implementation sites. |
| 2018-2019 | Investigation of Services delivered for TB by External care system – especially the Private sector (INSTEP) (Collaborator)<br>I worked on quantitative measure of health seeking pathways and delays, diagnostic and treatment behaviors of private providers and qualitative (or mixed methods) analysis of provider behaviors and the reasons behind them as assessed via direct interviews. |

**Training Grants and Mentored Trainee Grants**

| 1990-2011 | Multidisciplinary AIDS Training Grant<br>NIH NIAID T32AI007387<br>Mentor (PI: Martin Hirsch) |
|---|---|

The major goal was to provide in depth laboratory experience in a specific research area of virology, immunology, molecular biology, oncology, epidemiology molecular genetics, or molecular therapeutics to selected postdoctoral candidates.

1992-2022    Program for AIDS Clinical Research Training (PACRT)
NIH NIAID T32 AI007433
Mentor (PI: Kenneth Freedberg)
The major goal is to provide training in quantitative research methodologies with a focus on HIV clinical research to pre-doctoral PhD students and physicians at formative stages in their careers.

1998-2020    Epidemiology of Infectious Diseases
NIH NIAID T32 AI007535
Mentor (PI: George Seage)
The major goal is to increase the number of graduates who will be capable of drawing on diverse tools – including sophisticated approaches to causal inference, transmission-dynamic modeling, model fitting, population genomics and phylogenetics – in a knowledgeable way to meet the infectious disease threats of a new generation.

2004-2009    Molecular Approaches for Understanding TB Dynamics
NIH NIAID K08 5K08AI055985
Co-Mentor to Ted Cohen
The major goal of this five-year training program K award focused on the development of new analytic tools to evaluate molecular data from tuberculosis patients.

2009    AMSTH Postdoctoral Fellowship in Tropical Infectious Diseases
Mentor to Karen Jacobson
The major goal was to fund to conduct research focused on infectious diseases of low and low-middle income countries.

2010-2013    Predicting the impact and cost-effectiveness of technical and non-technical approaches to TB control in low and middle income countries
CIHR (Canadian Institute for Health Research) Fellowship MFE106987
Mentor to Olivia Oxlade
The goal was to predict, in 3 low and middle income countries, the epidemiologic impact and cost effectiveness of a technical approach to TB control (using improved diagnostic tests for earlier diagnosis of active TB disease) versus a non-technical population level intervention designed to reduce tobacco use and alcohol consumption.

2010-2014    The Economic Impacts of Community-Based Integrated Health Care Systems in Rural Rwanda
NIH Fogarty K01 TW008773
Mentor to Matthew Bonds

56

The major goal of this K award was to measure the specific economic consequences of expanded community-based integrated primary healthcare in Rwanda by measuring the partial effects of malnutrition, disease, schooling and socioeconomic status on each other.

2011        Modifiable risk factors for tuberculosis disease in children
            Parker B. Francis Fellowship in Pulmonary Research
            Mentor to Molly Franke
            The major goal was to identify modifiable risk factors for TB in children.

2011-2016   Geospatial Clustering and Molecular and Social Epidemiology of Drug Resistant TB
            NIH Fogarty K01 5K01TW009213
            Co-Mentor to Karen Jacobson
            The major goal of this K award was to estimate the burden of drug resistant TB and assess the heterogeneity of disease burden in different geographic locations, to examine the association of host risk factors and population determinants with regions of high drug resistant TB burden, and to describe the spatial and molecular clustering of strains of drug resistant TB in this province. My role was to mentor Karen Jacobson in research in molecular and social epidemiology of TB.

2012-2013   US-Italy Fulbright Scholarship
            Mentor to Anna Odone

2012-2016   The Role of Development Assistance for Health in Reducing Child Mortality
            NIH NICHD 4K01HD071929-05
            Epidemiology mentor to Chunling Lu
            The major goal of this K award was to obtain background knowledge of epidemiology so as to understand the disease profiles of under-five children of different age groups in developing countries.

2013-2014   Controlling Drug Resistant Tuberculosis (TB): A Review of Literature and an Attempt for Designing Innovative Approaches in Indian Setting
            Core Fulbright Visiting Scholar Research Grant
            Mentor to Sachin Atre

2013-2015   Gene Mutations and Tuberculosis Resistance
            American Lung Association Research Award
            Mentor to Maha Farhat
            The major goal was to investigate the genetic sequences of known and candidate resistant genes for a large panel of TB drugs, to determine which mutations predict the extent of resistance, and if specific combinations of mutations interact to affect this resistance level. The information will be used to guide the development of a much needed rapid diagnostic test for drug resistant TB.

57

| 2014 | Genetic determinants of drug resistance in mycobacterium tuberculosis |
|---|---|
| | Parker B. Francis Fellowship in Pulmonary Research |
| | Mentor to Maha Farhat |
| | The major goal was to investigate the genetic sequences of known and candidate resistance genes for a large panel of TB drugs to determine which mutations predict the extent of resistance and use this information to guide the development of improved diagnostic tests for resistance. |

| 2014-2017 | Integrating Pediatric Care Delivery in Rural Healthcare Systems |
|---|---|
| | NIH NICHD 5DP5OD019894 |
| | Mentor (PI: Duncan Maru) |
| | The major goal was to increase the timely engagement in acute care for children to receive evidence-based World Health Organization protocols aimed at reducing child mortality and to implement a Chronic Care Model for pediatric patients under the age of twenty suffering from a chronic disease. |

| 2014-2019 | Infectious Disease and Basic Microbiological Mechanisms |
|---|---|
| | NIH NIAID T32 2T32AI007061 |
| | Mentor (PI: Marcia Goldberg) |
| | The major goal is to train scientists who have a career goal of solving medically relevant problems and who elect rigorous laboratory or epidemiologic training in any of the Harvard adult infectious disease programs or other Harvard-based institutions participating in this program. |

| 2015-2017 | New Tools for the Interpretation of Pathogen Genomic Data with a Focus on Mycobacterium Tuberculosis |
|---|---|
| | NIH Fogarty K01 5K01ES026835 |
| | Principal Mentor to Maha Farhat |
| | The major goal of this K award was to develop a web-based public interface to several analysis tools, to develop and study an MTB gene-gene network, and to study the performance of methods in current use for the association of genotype and phenotype in pathogens, and develop a generalizable power calculator for the best performing method. |

| 2016-2017 | Genetic Determinants of Drug Resistance in Mycobacterium Tuberculosis |
|---|---|
| | NIH URM Supplement U19AI109755-03S1 |
| | PI & Mentor to Ibrahim Diakite (Total direct costs $82,633) |
| | The major goal of this supplement was to develop and validate a prediction model that will define the optimal set of mutations to be assessed to improve the performance of rapid molecular diagnostics. |

**<u>Report of Local Teaching and Training</u>**

58

## Teaching of Students in Courses

**Boston University**

| | | |
|---|---|---|
| 1998-2001 | SPH EB755: Infectious Disease Epidemiology<br>34 students of public health | Boston University School of Public Health<br>2.5-hr sessions per week for 15 weeks |

**Harvard School of Public Health**

| | | |
|---|---|---|
| 2001-2003 | ID293: Inference in Infectious Disease Epidemiology<br>15 students of public health | Harvard School of Public Health<br>4-hr sessions per week for 8 weeks |
| 2001-2004 | EPI225: Infectious Disease Dynamics<br>5 medical students, 50 students of public health | Harvard School of Public Health<br>4-hr sessions per week for 8 weeks |
| 2002 | ID267: Infectious Disease Epidemiology Seminar<br>2 medical students, 8 students of public health | Harvard School of Public Health<br>2-hr sessions per week for 16 weeks |
| 2002-2003 | ID229: Epidemiology of Infectious Disease Developing Countries<br>50 students of public health | Harvard School of Public Health<br>2-hr session |
| 2002 | EPI269: Epidemiological Research in Obstetrics and Gynecology<br>30 advanced students of public health | Harvard School of Public Health<br>1-hr session |
| 2003-2006 | IMI202: Tuberculosis<br>10 medical students, 10 students of public health | Harvard School of Public Health<br>2-hr sessions |
| 2003-2004 | ID287: Bioterrorism: Public Health Preparedness and Response<br>30 students of public health | Harvard School of Public Health<br>1-hr session |
| 2004-2007 | EPI285: Infectious Disease Dynamics<br>50 graduate students of public health | Harvard School of Public Health<br>5-hr per week for 16 weeks |
| 2008-2015 | EPI501: Dynamics of Infectious Diseases<br>50 graduate students of public health | Harvard School of Public Health<br>4-hr sessions per week for 8 weeks |

59

| | | |
|---|---|---|
| 2008-2010 | GHP539: The Social, Political and Economic Dimensions of Infectious Diseases in Developing Countries 20 medical and graduate students of public health | Harvard School of Public Health 2-hr session |
| 2008 | IMI 227: Genetics and Genomics of Infectious Diseases: Tuberculosis, Malaria 25 graduate students of public health | Harvard School of Public Health 2-hr session |
| 2008-2015 | ID269: Respiratory Epidemiology 18 medical and graduate students of public health | Harvard School of Public 2-hr sessions |
| 2009-2011 | IMI202: Tuberculosis the Host, the Organism and the Global 9 graduate students of public health | Harvard School of Public Health 2-hr session |
| 2015, 2017, 2019 | Epi225 Epidemiology of HIV 30 graduate students of public health | Harvard School of Public Health 2-hr session |
| 2016 - | Epi502: Biology and Epidemiology of Antibiotic Resistance 20 graduate students of public health | Harvard School of Public Health 2-hr session |

**Harvard University/FAS**

| | | |
|---|---|---|
| 2004 | FAS Freshman Seminar 24p: How Epidemics Happen 12 undergraduate students | Harvard College, Cambridge, MA 3-hr sessions per week for 16 weeks |
| 2005-2006 | FAS Freshman Seminar 25m: Epidemics as a Metaphor 12 undergraduate students | Harvard College 2-hr sessions per week for 16 weeks |
| 2006-2007 | FAS Freshman Seminar 25m: What Epidemics Mean: Infectious Disease in a Social Context 12 undergraduate students | Harvard College 2-hr sessions per week for 16 weeks |

**Formal Teaching of Residents, Clinical Fellows and Research Fellows (post-docs)**

| | | |
|---|---|---|
| 2003 | The Transmission Dynamics of *M. tuberculosis*: Models and Molecular Epidemiology | Research Seminar Department of Epidemiology Harvard School of Public Health |

60

|      |                                              | One-hour lecture |
|------|----------------------------------------------|------------------|
| 2004 | Transmission of TB in the Community<br>Invited Lecture | Infectious Disease Society of America<br>Boston, MA<br>One-hour lecture |
| 2007 | Genetic Heterogeneity in *M. tuberculosis*   | Department of Genetics and Complex<br>Diseases<br>Harvard School of Public Health<br>One-hour lecture |

## Clinical Supervisory and Training Responsibilities

| 1996-2007 | Attending and supervision of clinical infectious disease fellows/Massachusetts General Hospital | Daily supervision for 6 weeks per year |
|-----------|--------------------------------------------------------------------------------------------------|----------------------------------------|

## Laboratory and Other Research Supervisory and Training Responsibilities

| 2002-2004 | Supervision of Julia E. Aledort, doctoral research fellow/Harvard School of Public Health | Weekly mentorship for 18 months |
|-----------|--------------------------------------------------------------------------------------------|---------------------------------|
| 2002-2006 | Supervision of Stephen Resch, doctoral research fellow/Harvard School of Public Health | Weekly mentorship for 18 months |
| 2004-2006 | Supervision of Johanna Daily, Master's student /Harvard School of Public Health | Monthly mentorship for 24 months |
| 2007-2008 | Supervision of Preetika Muthukrishnan, Master's student/Harvard School of Public Health | Weekly mentorship for 24 months |
| 2009 | Supervision of Daniel Pletzer, Undergraduate intern/Upper Austria University of Applied Sciences, Hagenberg, Austria | Daily laboratory mentorship for 3 months |
| 2010 | Supervision of Matsie Mphahlele, doctoral candidate at Stellenbosch University, Visiting Fogarty scholar | Weekly mentorship for 3 months |

61

| | | |
|---|---|---|
| 2010 | Supervision of Laurence Laser, visiting Master's student from Ecole Polytechnique Federale de Lausanne | Weekly mentorship for 9 months |
| 2018 | Supervision of Junkun Ren, Master's student in epidemiology, Harvard T.H. Chan School of Public Health | Mentorship for 3 months |

## **Formally Supervised Trainees and Faculty**

1999-2004    Caroline Korves, ScD / Epidemiologist, Analysis Group, Inc.
I was Dr. Korves's doctoral supervisor at the Harvard School of Public Health. Published two research papers together, one in PLoS Medicine and Clinical Infectious Disease.

2001-2006    Theodore Cohen, MD, MPH, DPH / Professor, Department of Epidemiology, School of Public Health, Yale University
I was Dr. Cohen's DPH advisor at the Harvard School of Public Health and his primary mentor on his NIH K08 grant. Published 36 research papers together, including one in Science, one in Nature Medicine, and one in PNAS.

2003-2005    Anson Wright, MSc / WASH Advisor, Millennium Villages Project
I supervised Ms. Wright's master's thesis on preparedness for a *Yersinia pestis* bioterrorism attack.

2004-2006    Kristina Wallengren, PhD, MPH / Executive Director and Founder, THINK (Tuberculosis and HIV Investigative Network)
I was Dr. Wallengren's post-doctoral advisor at Harvard School of Public Health. We published three papers together.

2004-2010    Molly Franke, ScD / Assistant Professor, Department of Global Health and Social Medicine, Harvard Medical School
I was Dr. Franke's doctoral advisor at Harvard School of Public Health and continue to mentor her in her role at HMS. We have published 18 research papers together.

2005-2010    Erin Johnson, PhD / Associate Professor, Department of Biology, John Carroll University
I was Dr. Johnson's post-doctoral advisor at Harvard School of Public Health. Published two papers together in FEMS Immunology and Medical Microbiology and Infection and Immunity.

2005-2009    Hsien-Ho Lin, MD, MPH, ScD / Associate Professor in Epidemiology, Institute of Epidemiology and Preventive Medicine, National Taiwan University College of Public Health

Case 1:20-cv-00457-WO-JLW   Document 12-1   Filed 06/05/20   Page 62 of 100

I was Dr. Lin's advisor at Harvard School of Public Health. Published nine research papers together, including in PLoS Medicine, the Lancet, and American Journal Respiratory Critical Care Medicine.

2005-2011     Meghan Baker, MD / Instructor, Department of Population Medicine, Harvard Medical School and Harvard Pilgrim Health Care Institute
I was Dr. Baker's advisor at the Harvard School of Public Health, Boston, MA. We have published five papers together.

2006-2009     Andreas Sandgren, MSc, PhD / Deputy Head, ReAct Europe
I was Dr. Sandgren's post-doctoral research advisor at Harvard School of Public Health. We published three research papers together, including one in PLoS Medicine.

2006-2010     Christie Jeon, MSc, ScD / Assistant Professor, Cedars-Sinai Division of Hematology/Oncology and Department of Epidemiology, UCLA Fielding School of Public Health
I was Dr. Jeon's doctoral advisor at the Harvard School of Public Health. We published ten research papers together including one in PLoS Medicine.

2006-2011     Kathleen Wirth, ScD / Research Scientist, Department of Biostatistics, Harvard School of Public Health
I was Dr. Wirth's doctoral advisor at the Harvard School of Public Health. We published two papers together, including one in Epidemiology.

2006-2008     Caroline Colijn, PhD / Professor, Department of Mathematics, Simon Fraser University
I was Dr. Colijn's post-doctoral advisor at Harvard School of Public Health. Published twelve research papers together, including one in American Journal Respiratory Critical Care Medicine and one in PLoS Computational Biology.

2007-2009     Gape Machao, MSc / Monitoring and Evaluation Officer, UNICEF Botswana
I supervised Mr. Machao's master's thesis on rapid diagnostic testing for TB in Botswana.

2008-2010     Ellen Brooks-Pollock, MSc, PhD / Lecturer, Veterinary Public Health, Bristol Veterinary School
I was Dr. Pollock's post-doctoral research advisor at Harvard School of Public Health. We published two papers together.

2008-2013     Karen Jacobson, MD / Assistant Professor of Medicine, Section of Infectious Diseases, Boston University School of Medicine
I was Dr. Jacobson's research mentor for her infectious disease post-doctoral research fellowship. We published nine papers together.

2008-2010     Tsering Pema Lama, MSc. Postdoctoral Fellow / Consultant, The George Washington University Milken Institute School of Public Health

63

I supervised Ms. Lama's master's thesis.

2009-2015    Matthew Bonds, PhD / Assistant Professor, Department of Global Health and Social Medicine, Harvard Medical School
I was Dr. Bonds' mentor on his K award on poverty traps and currently mentor him in his role in my department. We have published five papers and two book chapters together.

2009-2012    Razvan Sultana, MD, PhD / Computational Biologist, University of Hawaii John A. Burns School of Medicine
I co-supervised Dr. Sultana's doctoral thesis in Bio-informatics at Boston University on genomic analysis of drug resistant TB. We have published three papers together.

2010-2016    Hanna Guimaraes, MA, PhD / Postdoctoral Researcher, RIVM National Institute for Public Health and the Environment
I was Ms. Guimaraes' doctoral adviser while she conducted research for her degree from Portugal. We published four papers together.

2010-2016    Maha Farhat, MD, MSc / Assistant Professor of Biomedical Informatics, Harvard Medical School
I was Dr. Farhat's postdoctoral mentor and supervised her analysis of whole genome sequence data on *M. tuberculosis* for the identification of novel mutations associated with drug resistance. We have published 12 papers together.

2010    Joanne Salmon, MD, MPH / Clinical Instructor, Division of Infectious Diseases, Department of Medicine, The University of British Columbia
I supervised Dr. Salmon's master's thesis on community health workers and impact on TB treatment outcomes: a multi-country proposal.

2010-2014    Chuan-Chin Huang, MS, ScD / Instructor in Medicine, Harvard Medical School
I was Dr. Huang's doctoral adviser. We have published eight papers together.

2010-2014    Olivia Oxlade, PhD / Epidemiologist and Modeler, McGill International TB Centre
I was Dr. Oxlade's postdoctoral research supervisor in her work on modeling the determinants of TB. We published three papers together.

2010-2016    MaryCatherine Arbour, MD / Assistant Professor of Medicine, Department of Global Health and Social Medicine, Harvard Medical School
I mentored this junior faculty member at the Division of Global Health Equity, Brigham and Women's Hospital in her work on education and health outcomes in a cluster randomized trial of school-based interventions in Santiago, Chile. We published two papers together.

64

2011        **Devra Barter, MS / Emerging Infections Epidemiologist, Colorado Department of Public Health & Environment**
I co-supervised Ms. Barter's master's thesis on out-of-pocket expenses during TB treatment which is published in BMC Public Health.

2011-2013   Silvan Vesenbeckh, MD / Senior Registrar, Infectious Diseases, Groote Schuur Hospital
I supervised Dr. Vesenbeckh's postdoctoral work on cholera transmission in the DRC and Haiti. We published three papers together.

2011-2015   Philips Loh, MS / Doctoral candidate, Department of Epidemiology, Harvard School of Public Health
I supervised Mr. Loh's master's thesis and served as his doctoral adviser.

2012-2013   Alexis Krumme, MS, ScD / Research Specialist, Division of Pharmacoepidemiology and Pharmacoeconomics, Brigham and Women's Hospital
I supervised Ms. Krumme's master's thesis. We published one paper together.

2012-2015   Xeno Acharya, MPH / Senior Consultant, Healthcare AI, PA Consulting
I was Mr. Acharya's doctoral adviser. We have published one paper.

2013-2014   **Anna Odone, MD, MPH, PhD / Associate Professor of Public Health, Università Vita-Salute San Raffaele**

I was Ms. Odone's postdoctoral research supervisor for her work on socioeconomic risk factors for acquired and primary MDR-TB in Lima, Peru. We published one paper together.

2013-2014   Sachin Atre, PhD / Study Coordinator, Johns Hopkins Center for Clinical Global Health Education
I supervised Dr. Atre's work on MDR-TB management and policy in India, and the effective use of information technology in TB control. We published one paper together.

2013-2015   Emilia Ling, MS / Medical Student, Stanford University
I supervised Ms. Ling's master's thesis at HSPH. We published one paper together.

2013-2016   Assumpta Mukabutera, PhD / Instructor, University of Rwanda School of Public Health
I supervised Dr. Mukabutera's doctoral thesis on rainfall and child health outcomes. We published three papers together.

2014-2016   Rebecca Butler, MS / Biostatistician, Kaiser Permanente
I supervised Ms. Butler's master's thesis.

2014-2016   Gustavo Velasquez, MD, MPH / Research Associate, Department of Global Health and Social Medicine, Harvard Medical School

65

I supervised Dr. Velasquez's postdoctoral work examining the relationship between phenotypic pyrazinamide resistance and multidrug-resistant tuberculosis (MDR-TB) treatment outcomes. We published four papers together.

2014-2017    Ibrahim Diakite, PhD / Associate Scientist in Modeling & Meta-Analysis, Pharmerit International
I supervised Dr. Diakite's postdoctoral project that aimed to advance the quantitative study of communicable diseases especially the Mycobacterium Tuberculosis by using a combination of different mathematical techniques such as differential equations, stochastic process, branching process, and mathematical game theory. We published two papers together.

2014-2018    Omowunmi Aibana, MD, MPH / Assistant Professor, General Internal Medicine, University of Texas McGovern Medical School
I supervised Dr. Aibana's work on Tuberculosis in Ukraine through a T32 mechanism based at Brown Medical School. We published five papers together.

2014-2019    Eric Mooring, MPhil, ScD / Epidemic Intelligence Service, Centers for Disease Control and Prevention
I was Dr. Mooring's doctoral adviser. We have published three papers together.

2014-2020    Ruoran Li, MPhil / Doctoral Student, Department of Epidemiology, Harvard T.H. Chan School of Public Health. I was Dr. Li's doctoral adviser.  We have published one paper together.

2016-2018    Silvia Chiang, MD / Assistant Professor of Pediatrics, Brown Alpert Medical School
I supervised Dr. Chiang in her postdoctoral study of adolescent tuberculosis. We have published two papers together and have one under review.

2017-2018    Katrin Sadigh, MD / Fogarty Global Health Fellow, Harvard T.H. Chan School of Public Health
I supervised Dr. Sadigh in her clinical research as part of the Department of Infectious Disease, Brigham and Women's Hospital/Massachusetts General Hospital combined program.

2017-2019    Taylor Chin, BA / Master's student, Department of Epidemiology, Harvard T.H. Chan School of Public Health
I supervised Ms. Chin's master's thesis.

2017-2019    Tori Cowger, MPH / Doctoral Student, Department of Epidemiology, Harvard T.H. Chan School of Public Health
I was Ms. Cowger's doctoral adviser.

Case 1:20-cv-00457-WO-JLW   Document 12-1   Filed 06/05/20   Page 66 of 100

| | |
|---|---|
| 2017- | Alexander Chu, MPH / Post-baccalaureate premedical candidate, Harvard Extension School. |
| 2017- | Annelies Mesman, PhD / Postdoctoral Research fellow, Department of Global Health and Social Medicine, Harvard Medical School. I supervised Annelies Mesman in her postdoctoral study of tuberculosis. We have published two papers together. |
| 2019 | Gerson Galdos Cardenas, PhD / Postdoctoral Research fellow, Department of Global Health and Social Medicine, Harvard Medical School. |
| 2019- | Kamela Ng, PhD / Postdoctoral Research fellow, Department of Global Health and Social Medicine, Harvard Medical School. |
| 2019- | Qi Tan, MD, PhD / Postdoctoral Research fellow, Department of Global Health and Social Medicine, Harvard Medical School. |

## Presentations

### Invited Presentations and Courses
**Local, Regional, National, and International Invited Presentations and Courses**

### Local Invited Presentations
No presentations below were sponsored by outside entities

| | |
|---|---|
| 2001 | Styblo's Rule revisited<br>Freeman Symposium Research Seminar<br>Department of Epidemiology<br>Harvard School of Public Health |
| 2002-2003 | Molecular epidemiology of tuberculosis<br>Invited Lecture<br>Hot Topics Series<br>Harvard School of Public Health |
| 2003 | The transmission dynamics of *M. Tuberculosis*: Models and Molecular Epidemiology<br>Research Seminar<br>Department of Epidemiology<br>Harvard School of Public Health |
| 2003 | Inferring the evolution of *M. Tuberculosis* from comparative genomics<br>Research Seminar<br>Infectious Disease Unit<br>Harvard Medical School |
| 2003 | The epidemiology of Severe Acute Respiratory Syndrome (SARS)<br>Invited lecture |

Kennedy School of Government
Harvard University

2003      Transmission dynamics, epidemiology and SARS
          Research Seminar
          Department of Epidemiology
          Harvard School of Public Health

2003      Modeling the molecular epidemiology of TB
          Freeman Symposium Research Seminar
          Department of Epidemiology
          Harvard School of Public Health

2003      Molecular epidemiology and the transmission dynamics of tuberculosis
          Research Seminar
          The Broad Institute

2004      The epidemiology of SARS
          Hot Topic Series
          Harvard School of Public Health

2005      Epidemiology of multi-drug resistant tuberculosis
          Grand Rounds
          Massachusetts General Hospital

2006      Iron metabolism and *M. Tuberculosis*
          Research Seminar
          The Broad Institute

2006      Natural variation in *M. Tuberculosis*
          Research Seminar
          The Broad Institute

2006      Avian influenza
          Department of Environmental Health
          Harvard School of Public Health

2006      Three epidemics and how they happened
          Department of Epidemiology Seminar
          Harvard School of Public Health

2006      Transmission dynamics of drug sensitive and resistant tuberculosis infectious disease
          Research Seminar
          Partners Infectious Disease
          Boston, MA

2007        Genetic heterogeneity in *M. Tuberculosis*
            Department of Genetics and Complex Diseases
            Harvard School of Public Health

2007        Epidemiology of HIV and tuberculosis
            Department of Epidemiology Seminar
            Harvard School of Public Health

2008        A multi-disciplinary approach to MDR and XDR tuberculosis
            Department of Epidemiology Seminar Series
            Harvard School of Public Health

2008        Making multidisciplinary research work: the example of MDR tuberculosis
            Seminar Series
            Department of Social Medicine and Health Inequalities
            Brigham and Women's Hospital

2008        Conducting research in international settings
            Best Practices in International Scientific Collaboration (Panel discussion)
            2nd annual New England Tuberculosis Retreat
            Harvard Initiative for Global Health
            Harvard Medical School

2009        Genomic epidemiology of MDR and XDR tuberculosis
            The Broad Institute

2009        A multi-disciplinary approach to XDR tuberculosis
            Grand Rounds
            Department of Medicine
            Brigham and Women's Hospital

2009        Social justice and the effort to address MDR TB
            Symposium on an Idea of Justice
            Harvard University and the China Research Council

2010        The evolution of drug resistant tuberculosis
            Grand Rounds
            Department of Medicine
            Massachusetts General Hospital

2010        Overview of Murray research team
            Freeman Symposium Research Seminar
            Department of Epidemiology
            Harvard School of Public Health

69

2011            Deans' Research Update
                Harvard School of Public Health

2011            Innovation in global health
                Massachusetts General Hospital Department of Medicine Bicentennial Reunion
                Department of Medicine
                Massachusetts General Hospital

2013            TB in the 21st century: the convergence of the infectious and metabolic diseases
                Seventh Annual New England Tuberculosis Symposium
                The Broad Institute

2014            Ebola and the research equity agenda
                Global Health Advisory Council
                Harvard Medical School
                Boston, MA

2015            Ebola Update
                Global Health Advisory Council
                Harvard Medical School
                Boston, MA

2015            HIV and TB co-infection
                Harvard T.H. Chan School of Public Health
                Boston, MA

2015            Burke Global Health Fellowship Symposium
                Harvard Global Health Institute
                Cambridge, MA

2017            Host and bacterial determinants of TB infection and disease: a longitudinal cohort study
                Spring Seminar
                Center for Communicable Disease Dynamics
                Harvard T.H. Chan School of Public Health, Boston, MA

2017            Host and bacterial determinants of TB infection and disease: insights from a large cohort
                study
                IDMP Seminar
                Broad Institute of MIT and Harvard, Cambridge, MA

2017            Tuberculosis and the vitamin A connection
                Talks at 12
                Harvard Medical School

2018            How to write an NIH grant
                Training to Teachers Mongolia

                                70

Harvard Medical School

2020  SARS-CoV-2: Assessing the risks
    Environmental Health Risk:  Analysis and Applications (RISK0320)
    Harvard T.H. Chan School of Public Health

2020  The epidemiology of COVID-19:  Evaluation of Treatment and Response
    GHSM Seminar - Social Medicine:  Response to COVID-19
    Harvard Medical School

2020  The Epidemiology of COVID-19
    MassCPR webinar

2020  BCG and innate immune responses
    Pathogenesis Working group
    MassCPR webinar

2020  The transmission dynamics of COVID-19
    BCMP Seminar
    Harvard Medical School

**Regional**

No presentations below were sponsored by outside entities

2001  Genetics and phenotypic variability within *M. Tuberculosis*
    Invited lecture
    Boston University

2001  Problems in the molecular epidemiology of tuberculosis
    Research Seminar
    Massachusetts State Laboratory Institute (MSLI), Boston, MA

2006  Three epidemics
    Kay Stratton Lecture
    Massachusetts Institute of Technology, Cambridge, MA

2015  Converging epidemics:  tuberculosis and diabetes
    Oxford Immunotec
    Marlborough, MA

**National**

No presentations below were sponsored by outside entities

2004  Transmission of TB in the community
    Infectious Disease Society of America, Boston, MA

71

| | |
|---|---|
| 2006 | Modeling MDR tuberculosis |
| | National Partners Meeting on MDR Tuberculosis, Atlanta, GA |
| | |
| 2006 | Transmission dynamics of Drug Resistant tuberculosis |
| | Interscience Conference on Antimicrobial Agents and Chemotherapy, San Francisco, CA |
| | |
| 2008 | Host iron metabolism genes |
| | Workshop on Biofilms, Iron and Drug Refractory TB |
| | Colorado State University, Fort Collins, CO |
| | |
| 2008 | The impact of strains diversity and mechanisms of strains competition |
| | on the Potential Performance of New TB Vaccines |
| | Microbial Diseases Lecture Series |
| | Yale School of Public Health, Hartford, CT |
| | |
| 2008 | The role of mathematical modeling in evaluating interventions to control epidemics: the example of tuberculosis |
| | Howard Hughes Medical Institute |
| | California Institute of Technology, Pasadena, CA |
| | |
| 2008 | An interdisciplinary approach to extensively drug resistant tuberculosis |
| | Howard Hughes Medical Institute |
| | California Institute of Technology, Pasadena, CA |
| | |
| 2008 | Number of MDR-TB and XDR-TB patients receiving treatment today: Successes/Failures/Consequences |
| | Forum on Drug Discovery, Development and Translation |
| | Institute of Medicine of the National Academies, Washington, DC |
| | |
| 2009 | The evolution of XDR-TB in *M. tuberculosis* |
| | Seminar Series Biology Department |
| | Williams College, Williamstown, MA |
| | |
| 2009 | The evolution of XDR-TB in *M. tuberculosis*: a multidisciplinary approach |
| | Grand Rounds Presentation |
| | Division of Infectious Diseases |
| | Hennepin County Medical Center, Minneapolis, MN |
| | |
| 2009 | Mathematical modeling |
| | Infectious Diseases Clinical Cases Conference |
| | Division of Infectious Diseases |
| | Hennepin County Medical Center, Minneapolis, MN |
| | |
| 2009 | The evolution of XDR-TB: a multidisciplinary approach |
| | 2009 National TB Conference-TB Elimination-"It Takes a Village" |
| | Centers for Disease Control and Prevention, Atlanta, GA |

| | |
|---|---|
| 2009 | The Gates Project overview |
| | Mycobacteriology Laboratory Branch (MLB) |
| | Division of Tuberculosis Elimination Seminar |
| | Centers for Disease Control and Prevention, Atlanta, GA |
| | |
| 2010 | Social, economic and biological determinants of tuberculosis |
| | Taskforce for Disease Eradication |
| | Carter Center |
| | Atlanta, Georgia |
| | |
| 2010 | Estimating the impact of social and biological determinants on TB and modeling their modification |
| | Texas School of Public Health |
| | Brownsville, Texas |
| | |
| 2010 | The evolution of XDR tuberculosis |
| | Mary Hitchcock Hospital |
| | Hanover, New Hampshire |
| | |
| 2011 | Molecular methods to detect drug resistance in *M. tuberculosis* |
| | Workshop on TB and HIV Diagnostics in Adult and Pediatric Populations |
| | National Institutes of Health |
| | Washington, DC |
| | |
| 2011 | Understanding the transmission dynamics of drug resistant tuberculosis: a multidisciplinary approach |
| | Annual Biomedical Research Conference for Minority Students |
| | St. Louis, Missouri |
| | |
| 2012 | Evolution of drug resistance |
| | World TB Day Symposium |
| | Boston University |
| | Boston, Massachusetts |
| | |
| 2012 | High throughput sequencing of drug resistance targets for Mycobacterium tuberculosis |
| | National Institute of Allergy and Infectious Diseases |
| | Sponsored meeting |
| | Washington, DC |
| | |
| 2013 | Genetic determinants of drug resistance in *Mtb* |
| | World TB Day Symposium |
| | Weill Cornell Medical College |
| | New York City, New York |

Case 1:20-cv-00457-WO-JLW   Document 12-1   Filed 06/05/20   Page 73 of 100

2015    Tuberculosis and diabetes
       The Comstock Lecture
       Johns Hopkins School of Public Health
       Baltimore, Maryland

2016    Tuberculosis and diabetes
       20th Annual Conference of Union-North America Region/National TB Controllers
       Association Joint Meeting
       Denver, Colorado

2017    Risk factors for TB disease progression:  evidence from a cohort study in Peru
       9th Annual CEND (Center for Emerging and Neglected Diseases) Symposium:
       Deconstructing TB: Insights from Fundamental Research
       University of California, Berkeley, California

2017    Public health and the environment: interdisciplinary research and emerging infectious
       disease
       Ecology & Evolution of Infectious Diseases
       UC Santa Barbara, California

2018    Women in science
       2018 Women in Science Symposium
       Colorado State University
       Fort Collins, Colorado

2019    Who gets TB infection and disease in Lima, Peru
       Epidemiology Grand Rounds
       Columbia University Mailman School of Public Health
       New York, New York

2019    Who gets TB infection and disease in Lima, Peru
       UPGG Tuesday Seminar Series
       Duke University
       Durham, North Carolina


**International**

No presentations below were sponsored by outside entities


2001    Determinants of cluster distribution in *M. tuberculosis*
       Research Seminar
       University of Warwick, Coventry, United Kingdom

2002             Pathogenesis of tuberculosis
Invited Lecture
Peruvian Thoracic Society, Lima, Peru

2002             Problems in the molecular epidemiology of tuberculosis
Research Seminar
Karolinski Institutet, Stockholm, Sweden

2003             The fitness of MDR-TB: what do we know
Invited Lecture
World Health Organization, Tallin, Estonia

2004             Molecular epidemiology of TB in Sverdlosk, Russia
Invited Lecture
International Union Against Tuberculosis and Lung Disease (IUTLD) Meeting
Moscow, Russia

2005             The fitness of MDR-TB strains
Invited Lecture
Desmond Tutu Center for Tuberculosis Research
University of Stellenbosch, Matieland, South Africa

2005             The current and future status of Multi-Drug Resistant TB
Invited Lecture
Novartis Symposium on TB Drug Development, Bagamoyo, Tanzania

2006             XDR-TB surveillance
Task Force on XDR-TB
World Health Organization, Geneva, Switzerland

2007             Mathematical models of population effects of potential TB vaccines
Keystone Symposium of Challenges of Global Vaccine Development
Cape Town, South Africa

2007             Modeling vaccine effects
Modeling Symposium at the 38th Union World Conference on Lung Health
Cape Town, South Africa

2007             Genomic epidemiology of infectious diseases: a new science
US-Japan Meeting
Hainan, China

2008             The molecular evolution of extensively drug resistant tuberculosis
Keystone Symposium of Pathogenesis and Control of Emerging
Infections and Drug-Resistant Organisms

Case 1:20-cv-00457-WO-JLW   Document 12-1   Filed 06/05/20   Page 75 of 100

Bangkok, Thailand

2008           TB Drug Resistance Mutation Database
39th Union World Conference 2008
International Union of TB and Lung Disease
Paris, France

2009           The evolution of multi-drug resistance in *M. tuberculosis*
Engineering and Physical Sciences Research Council Workshop
on the Evolution of Antibiotic Resistance
Imperial College, London, England

2009           The evolution of multi-drug resistance in *M. tuberculosis*
School of Biosciences Seminar Series
University of Birmingham, Birmingham, England

2009           Diagnosis of drug resistant TB
Fondation Mérieux International Scientific Conference on Latest Approaches to HIV
Infection Management: A Focus on HIV, TB and HIV/Hepatitis Co-Infection
New Delhi, India

2009           Tuberculosis and diabetes: interactions between two epidemics
TB/DM Expert Meeting
International Union of TB and Lung Disease
Paris, France

2009           Differences between epidemiology of TB in rich and poor countries
Union World Conference of Lung Health
Cancun, Mexico

2009           Modeling the potential impact of changing risk factors and social determinants
Union World Conference of Lung Health
Cancun, Mexico

2010           The evolution of drug resistance in TB
Ecole Polytechnique Federale de Lausanne
Lausanne, Switzerland

2010           Identification of drug resistance mutations in *M. tuberculosis*
Fondation Mérieux
Annecy, France

2010           Guidelines for management of tuberculosis and diabetes
World Health Organization
Geneva, Switzerland

Case 1:20-cv-00457-WO-JLW   Document 12-1   Filed 06/05/20   Page 76 of 100

| 2010 | Data for developing diagnostics for MDR TB |
| | Christian Medical College |
| | Vellore, India |

2010      Data for developing diagnostics for MDR TB
Christian Medical College
Vellore, India

2010      Beyond labs and pills for improved tuberculosis control: what role for TB programmes?
41st Union World Conference on Lung Health
Berlin, Germany

2011      Iron transport polymorphisms and TB susceptibility
Ecole Polytechnique Federale de Lausanne
Lausanne, Switzerland

2011      Evaluating health interventions using DHS oversamples
Doris Duke Charitable Foundation Population Health Implementation Training Partnership
Grantee Meeting
Ifakara, Tanzania

2012      Overview: Transmission dynamics and epidemiology of drug resistant TB
Lima, Peru

2012      The transmission dynamics of drug resistant TB
Harvard China Fund
Shanghai, China

2012      Understanding the epidemic dynamics of drug resistant TB
Keystone Symposia Conference – Drug Resistance and Persistence in Tuberculosis
Kampala, Uganda

2012      The social, environmental and biologic determinants of tuberculosis
TB Day in Braga: From the hospital to the bench and back.
Braga, Portugal

2012      Studying the link between nutrition and TB Risk:  problems and strategies
International Conference of the Union for TB and Lung Disease
Kuala Lumpur, Malaysia

2012      TB and diabetes: what we know, what we don't know
International Conference of the Union for TB and Lung Disease
Kuala Lumpur, Malaysia

2013      Genetic diversity of DR TB:  implication for future diagnostics
Institute of Medicine and Chinese Academy of Sciences Workshop

The Global Crisis of Drug-Resistant Tuberculosis and the Leadership of the BRICS Countries: Challenges and Opportunities
Beijing, China

2013 Evolution of drug-resistance in TB genomes
International Conference of the Union for TB and Lung Disease
Paris, France

2014 The genetics and pathogenesis of MDR and XDR TB drug resistance
Conference on Retroviruses and Opportunistic Infections (CROI)
Boston, MA

2014 Genetic basis for transmission of MDR-TB
9th International Conference on the Pathogenesis of Mycobacterial Infections
Stockholm, Sweden

2015 Issues in the management and prevention of drug resistant and sensitive TB
Invited Lecture
Bogomolets National Medical University
Kiev, Ukraine

2015 TB and diabetes mellitus outcomes
19th Annual Conference of the Union-North America Region
Vancouver, BC, Canada

2015 The transmissibility of drug resistant TB
RePort Consortium Meeting
Boston University
Boston, Massachusetts

2015 The TB drug resistance database
46th Union World Conference on Lung Health
Cape Town, South Africa

2016 Diabetes and environmental co-morbidities with TB
Keystone Symposia Conference - Tuberculosis Co-Morbidities and Immunopathogenesis
Keystone, Colorado

2016 Enabling next generation whole genome sequencing readouts directly from sputum samples and in the clinic: hype or hope?
47th Union World Conference on Lung Health
Liverpool, United Kingdom

Case 1:20-cv-00457-WO-JLW   Document 12-1   Filed 06/05/20   Page 78 of 100

2017        Infectiousness and transmission of tuberculosis
            American Thoracic Society 2017 International Meeting
            Washington, DC

2017        Recent insights in the meaning of latency in tuberculosis
            30th Annual Doctor Dorothy Wiselberg Seminar
            McGill University
            Montreal, QC, Canada

2017        Next generation whole genome sequencing for tuberculosis: ready for clinical practice?
            48th Union World Conference on Lung Health
            Guadalajara, Mexico

2017        Estimating the adolescent tuberculosis burden in the 30 high-TB burden countries
            48th Union World Conference on Lung Health
            Guadalajara, Mexico

2017        Insights into TB from a longitudinal cohort study in Lima, Peru
            National TB program
            Lima, Peru

2018        Insights into TB from a longitudinal cohort study in Lima, Peru
            Otago University
            Dunedin, New Zealand

2018        Grant Writing
            Mongolian National University of Medical Sciences
            Ulaanbaatar, Mongolia

2019        Bacterial determinants of TB progression
            50th Union World Conference on Lung Health
            Hyderabad, India

2019        Genetic variations of mycobacterium tuberculosis that are associated with tuberculosis
            transmission
            50th Union World Conference on Lung Health
            Hyderabad, India

2020        The COVID-19 Research Agenda
            Partners in Health

2020        SARS-CoV-2
            Partners in Health

Case 1:20-cv-00457-WO-JLW   Document 12-1   Filed 06/05/20   Page 79 of 100

**Report of Clinical Activities and Innovations**

**Current Licensure and Certification**

| | |
|---|---|
| 1996 | Licensed in Medicine in Massachusetts |
| 1996 | Board Certified in Internal Medicine |
| 1997 | Board Certified in Infectious Disease |

Practice Activities

| | | | |
|---|---|---|---|
| 1998 – 2007 | Attending Physician | Infectious Disease Consult Services, MGH, Boston, MA | 3-5 new consults, 20-30 follow-ups per day 3-6 weeks per year |

The unit provides consults on infectious disease issues to all medical, surgical and other specialty wards. I saw patients referred to the specialty unit in conjunction with a team that includes an infectious disease fellow and rotating medical students and residents. In addition to this bedside clinical teaching, I also participated in weekly clinical conferences and seminars that are designed to maximize teaching.

**Report of Scholarship**

**Peer reviewed publications in print or other media**

Research investigations

1. Murray MJ, Murray NJ, Murray AB, **Murray MB**. Refeeding-malaria and hyperferraemia. Lancet 1975;1:653-4.
2. Murray MJ, Murray AB, **Murray MB**, Murray CJ. Somali food shelters in the Ogaden famine and their impact on health. Lancet 1976 Jun 12;1:1283-5.
3. Murray MJ, Murray AB, **Murray MB**, Murray CJ. Parotid enlargement, forehead edema, and suppression of malaria as nutritional consequences of ascariasis. Am J Clin Nutr. 1977 Dec;30(12):2117-21.
4. Murray MJ, Murray AB, Murray NJ, **Murray MB**. Diet and cerebral malaria: the effect of famine and refeeding. Am J Clin Nutr. 1978 Jan;31(1):57-61.
5. Murray MJ, Murray AB, Murray NJ, **Murray MB**. Serum cholesterol, triglycerides and heart disease of nomadic and sedentary tribesmen consuming isoenergetic diets of high and low fat content. Br J Nutr. 1978 Jan;39(1):159-63.

80

6. Murray MJ, Murray AB, Murray NJ, **Murray MB**. The effect of iron status of Nigerien mothers on that of their infants at birth and 6 months, and on the concentration of Fe in breast milk. Br J Nutr. 1978 May;39(3):627-30.

7. Murray MJ, Murray AB, **Murray MB**, Murray CJ. The adverse effect of iron repletion on the course of certain infections. Br Med J 1978 Oct 21;2:1113-5.

8. Murray MJ, Murray AB, Murray NJ, **Murray MB**, Murray CJ. Molluscum contagiosum and herpes simplex in Maasai pastoralists; refeeding activation of virus infection following famine? Trans R Soc Trop Med Hyg. 1980;74(3):371-4.

9. Murray JM, Murray AB, **Murray MB**, Murray CJ. Rarity of planar warts in Cushite nomads: antiviral effect of milk?  Lancet. 1980 Jul 19;2(8186):143-4.

10. Murray MJ, Murray AB, Murray NJ, **Murray MB**. Infections during severe primary undernutrition and subsequent refeeding: paradoxical findings. Aust N Z J Med. 1995 Oct;25(5):507-11.

11. **Murray M**, Rasmussen Z. Measles Outbreak in a Northern Pakistani village: epidemiology and vaccine effectiveness.  Am J Epidemiology 2000;1:811-9.

12. Piatek A, Telenti A, **Murray M**, El-Hajj H, Jacobs WR Jr, Kramer FR, Alland D. Genotypic analysis of *M. tuberculosis* in two distinct populations using molecular beacons: implications for rapid susceptibility testing. Antimicrob Agents Chemother 2000;1:103-10.

13. **Murray MB**, Determinants of cluster distribution in the molecular epidemiology of tuberculosis.  Proc Natl Acad Sci U S A 2002 Feb; 99:1538-43.

14. **Murray MB**, Alland D.  Methodological problems in the molecular epidemiology of tuberculosis. Am. J. Epidemiology 2002;155: 565-71.

15. **Murray MB**.  Sampling bias in the molecular epidemiology of tuberculosis.  Emerg Infect Dis 2002 Apr; 4:363-9.

16. Hughes A, Friedman R, **Murray M**.  Genomewide pattern of synonymous nucleotide substitution in two complete genomes of *Mycobacterium tuberculosis.*  Emerg Infect Dis 2002 Nov;8:1342-6.

17. **Murray MB**. Molecular epidemiology and the dynamics of tuberculosis transmission among foreign-born people.  CMAJ 2002;167:355-6.

18. Lipsitch M**, Murray MB**. Multiple equilibria: Tuberculosis transmission require unrealistic assumptions. Theor Popul Biol 2003 Mar; 63:169-7.

19. Alland D, Whittam T, **Murray M**, Cave DM, Hazbon M, Dix K, Kokoris M, Duesterhoeft A, Eisen JA, Fraser CM, Fleischmann RD.  Modeling bacterial evolution with comparative-genome based marker systems. Application to *M. tuberculosis* evolution and pathogenesis. J Bacteriol 2003;185:3392-9.

20. Lipsitch M, Cohen T, Cooper B, Robins JM, Ma S, James L, Gopalakrishna G, Chew SK, Tan CC, Fisman D, Samore M, **Murray M**. Transmission dynamics and control of severe acute respiratory syndrome. Science 2003; 300:1966-70.

21. Kudva IT, Griffin RW, **Murray M,** John M, Perna NT, Barrett TJ, and Calderwood SB. Insertions, deletions and single nucleotide polymorphisms at rare restriction enzyme sites enhance discriminatory power of polymorphic amplified typing sequences, a novel strain typing system for escherichia coli O157:H7. J Clin Microbiol 2004 Jun;42:2388-97.

81

22. Cohen T**, Becerra MC, **Murray MB.** Isoniazid resistance and the future of drug-resistant tuberculosis. Microb Drug Resist 2004;10:280-5.

23. Cohen T**, **Murray M**. Modeling epidemics of multidrug-resistant *M. tuberculosis* of heterogeneous fitness. Nat Med 2004 Oct;10:1117-21.

24. Becerra MC, Pachao-Torreblanca IF, Bayona J, Celi R, Shin S, Kim JY, Farmer P, **Murray M.** Expanding tuberculosis case detection by screening household contacts. Public Health Rep 2005;120:271-7.

25. Cohen T**, **Murray M**. Incident tuberculosis among recent US immigrants and exogenous reinfection. Emerg Infect Dis 2005;11:725-8.

26. Korves C**, Goldie S, **Murray M**. Cost-effectiveness of alternative blood screening strategies for West Nile Virus in the United States. PLoS Med 2006; 3:0211-21.

27. Louw GE, Warren RM, Donald PR, **Murray MB**, Bosman M, Van Helden PD, Young D, Victor TC. Frequency and implications of pyrazinamide resistance in managing previously treated tuberculosis patients. Int J Tuberc Lung Dis 2006 Jul;10:802-7.

28. Cohen T**, Lipsitch M, Walensky R, **Murray M**. Beneficial and perverse effects of isoniazid preventive therapy for latent tuberculosis infection in HIV-TB co-infected populations. Proc Natl Acad Sci U S A 2006 May 2;103:7042-7.

29. Resch S, Salomon J, **Murray M,** Weinstein M. Cost-effectiveness of treating multidrug-resistant tuberculosis. PLoS Med 2006 Jul;3:1302-9.

30. Mathew TA, Shin SS, Ovsynakova TN, Gelmanova I, Balbuena D, Atwood S, Peremetin GG, Strelis AK, **Murray M.** Causes of death during TB treatment in Tomsk Oblast, Russia. Int J Tuberc Lung Dis 2006; 10:857-63.

31. Korves C**, Goldie S, **Murray M.** Blood screening for the West Nile virus: the cost-effectiveness of a real-time trigger-based strategy. Clin Infect Dis 2006 Aug 15;43:490-3.

32. Hazbón MH, Brimacombe M, Bobadilla del Valle M, Cavatore M, Guerrer MI, Varma-Basil M, Billman-Jacobe H, Lavender B, Fyfe J, García-García L, León C, Bose M, Chaves G, **Murray M**, Eisenach KD, Sifuentes-Osornio J, Cave MD, Ponce de León A, Alland D. Population genetics study of isoniazid resistance mutations and evolution of multidrug-resistant *Mycobacterium tuberculosis.* Antimicrob Agents Chemother 2006;50:2640-9.

33. Johnson R, Warren R, Strauss OJ, Jordaan AM, Falmer AA, Beyers N, Schaaf HS, Cloete K, **Murray M**, van Helden PD, Victor TC. An outbreak of drug resistant tuberculosis caused by a Beijing strain in the Western Cape, South Africa. Int J Tuberc Lung Dis 2006;10:1412-4.

34. Lipsitch M, Cohen T, **Murray M**, Levin BR. Antiviral resistance and the control of pandemic influenza. *PLoS Med* 2007 Jan;4:0111-21.

35. Lin HH**, Ezzati M, **Murray M**. Tobacco smoke, indoor air pollution and tuberculosis – A systematic review and meta-analysis. PLoS Med 2007: 0173-89.

36. Gelmanova I, Keshavjee S, Golubchikova VT, Berezina VI, Sterlis AK, Yanova GV, Atwood S, **Murray M.** Barriers to successful tuberculosis treatment in Tomsk, Russia: Non-adherence, default and the acquisition of multi-drug resistance. Bull WHO 2007;85:703-11.

37. Victor TC, Streicher EM, Kewley C, Jordaan AM, van der Spuy GD, Bosman M, Louw H, **Murray M**, Young D, van Helden PD, Warren RM. Spread of an emerging *Mycobacterium tuberculosis* drug-resistant strain in the Western Cape of South Africa. Int J Tuberc Lung Dis 2007;11:195-201.

82

38. Colijn C**, Cohen T, **Murray M.** Emergent heterogeneity in tuberculosis epidemics. J Theor Biol 2007 Aug 21;247:765-74.

39. *Cohen T**, Colijn C, Wright A, Zignol M, Pym A, **Murray M.** Challenges in estimating the total burden of drug resistant tuberculosis. Am J Respir Crit Care Med 2008 Jun 15; 177:1302-6.*

40. Cohen T**, Colijn C, Finklea B, **Murray M.** Exogenous re-infection and the dynamics of tuberculosis epidemics: local effects in a network model of transmission. J R Soc Interface 2007 Jun 22;4:523-31.

41. Franke MF**, Appleton SC, Bayona J, Arteaga F, Palacios E, Llaro K, Shin SS, Becerra MC, **Murray MB**, Mitnick CD. Risk factors and mortality associated with default from multidrug-resistant tuberculosis treatment. Clin Infect Dis 2008 June 15;46:1844-51.

42. Cohen T**, Colijn C, Finklea B, Wright A, Zignol M, Pym A, **Murray M.** Are survey based estimates of the burden of drug resistant TB too low?: Insight from a simulation study. PLoS One 2008;3:e2363.

43. Jeon CY**, **Murray M.** Diabetes mellitus increases the risk of active tuberculosis: A systematic review of 13 observational studies. PLoS Med 2008; 5:e152.

44. Cohen T**, Colijn C, **Murray M.** Modeling the effects of strain diversity and mechanisms of strain competition on the potential performance of new tuberculosis vaccines. Proc Natl Acad Sci U S A. 2008 Oct 21;105(42):16302-7.

45. Lin HH**, **Murray M**, Cohen T, Colijn C, Ezzati M. Integrated analysis of respiratory diseases and risk factors in China: The effects of smoking and solid fuel use on COPD, lung cancer, and tuberculosis. Lancet 2008; 372:1473-83.

46. Cohen T**, Colijn C, **Murray M.** Latent coinfection and maintenance of strain diversity. Bull Math Biol 2009;71:247-63.

47. Sandgren A**, Strong M, Muthukrishnan P, Weiner BK, Church GM, **MB Murray.** Tuberculosis drug resistance mutation database. PLoS Med 2009;6:e2.

48. Uys PW, Warren R, van Helden PD, **Murray M**, Victor TC. Potential of rapid diagnosis for controlling drug-susceptible and drug-resistant tuberculosis in communities where *Mycobacterium tuberculosis* infections are highly prevalent. J Clin Microbiol 2009;47:1484-90.

49. Lin HH**, Ezzati M, Chang HY, **Murray M.** Association between tobacco smoking and active tuberculosis in Taiwan: prospective cohort study. Am J Respir Crit Care *Med* 2009 Sep 1;180(5):475-80.

50. Colijn C**, Brandes A, Zucker J, Lun DS, Weiner B, Farhat MR, Cheng TY, Moody DB, **Murray M,** Galagan JE. Interpreting expression data with metabolic flux models: predicting Mycobacterium tuberculosis mycolic acid production. PLoS Comput Biol. 2009;5(8):e1000489.

51. Brooks-Pollock E**, Cohen T, **Murray M**. The impact of realistic age structure in simple models of tuberculosis transmission. PLoS One. 2010 Jan 7;5(1):e8479.

52. Johnson EE**, Srikanth C, Sandgren A, Harrington L, Trebicka E, Wang L, Borregaard N, **Murray M**, Cherayil B. Siderocalin inhibits the intracellular replication of *Mycobacterium tuberculosis* in macrophages. FEMS Immunol Med Microbiol. 2010 Feb;58(1):138-45.

Case 1:20-cv-00457-WO-JLW   Document 12-1   Filed 06/05/20   Page 83 of 100

53. Harries AD, **Murray MB**, Jeon CY, Ottmani S, Lonnroth K, Barreto, ML, Billo N, Brostron R, Bygbjerg IC, Fisher-Hock S, Mori T, Ramaiya K, Roglic G, Stransgaard H, Unwin N, Viswanathan V, Whiting D, Kapur A. Defining the research agenda to reduce the joint burden of disease from Diabetes Mellitus and Tuberculosis. Trop Med Int Health. 2010;15(6):659-63.

54. Calver AD, Falmer AA, **Murray M**, Strauss OJ, Streicher EM, Hanekom M, Liversage M, Masibi M, van Helden PD, Warren RM, Victor TC. Emergence of increased resistance and extensively drug-resistant tuberculosis despite treatment adherence, South Africa. Emerg Infect Dis. 2010 Feb;16(2):264-71.

55. Cohen T**, **Murray M**, Wallengren K, Samuel L, Wilson D. The prevalence of drug sensitive and drug resistant tuberculosis among patients dying in hospital in KwaZulu-Natal, South Africa: a postmortem study. PLoS Med. 2010;7(6):e1000296.

56. Jacobson KR**, Tierney DB, Jeon CY, Mitnick CD, **Murray M**. Treatment outcomes among patients with extensively drug-resistant tuberculosis: systematic review and meta-analysis. Clin Infect Dis. 2010 Jul 1;51(1):6-14.

57. Becerra MC, Appleton SC, Franke MF, Chalco K, Bayona J, **Murray M,** Mitnick CD. Recurrence after treatment for pulmonary multidrug-resistant tuberculosis. Clin Infect Dis. 2010 Sep 15;51(6):709-11.

58. Wirth KE**, Tchetgen Tchetgen EJ, **Murray M**. Adjustment for missing data in complex surveys using doubly robust estimation: Application to commercial sexual contact among Indian men. Epidemiology. 2010 Nov;21(6):863-71.

59. Jeon CY**, Harries AD, Baker MA, Hart JA, Gooneskera S, **Murray MB**. Bi-directional screening for tuberculosis and diabetes: a systematic review. Trop Med Int Health. 2010 Nov;15(11):1300-14.

60. Ottmani S, **Murray MB**, Jeon CY**, Baker MA**, Kapur A, Lonnroth K, Harries AD. Consultation: Meeting on Tuberculosis and Diabetes Mellitus: Meeting summary and recommendations. Int J Tuberc Lung Dis. 2010 Dec;14(12):1513-7.

61. Johnson EE**, Sandgren A, Cherayil BJ, **Murray M**, Wessling-Resnick M. The role of ferroportin in macrophage-mediated immunity. Infect Immun. 2010 Dec;78(12):5099-106.

62. Jeon CY**, Calver AD, Victor TC, Warren RM, Shin SS, **Murray MB**. Use of fluoroquinolone antibiotics leads to tuberculosis treatment delay in a South African gold mining community. Int J Tuberc Lung Dis. 2011 Jan;15(1):77-83.

63. Cohen T**, Wilson D, Wallengren K, Samuel EY, **Murray M**. Mixed strain M. tuberculosis infections among patients dying in hospital in KwaZulu-Natal, South Africa. J Clin Microbiol. 2011;49(1):385-8.

64. Becerra MC, Appleton SC, Franke MF, Chalco F, Arteaga F, Bayona J, **Murray M**, Atwood SS, Mitnick CD. Tuberculosis burden in households of patients with multi-drug resistant tuberculosis and extensively drug resistant tuberculosis. Lancet. 2011 Jan 8;377(9760):147-52.

65. Colijn C**, Cohen T, Ganesh A, **Murray M**. Spontaneous emergence of multiple drug resistance in TB before and during therapy. PLoS One. 2011 Mar 30;6(3):e18327.

66. Goldhaber-Fiebert JD, Jeon CY, Cohen T, **Murray MB**. Diabetes mellitus and tuberculosis in countries with high tuberculosis burdens: individual risks and social determinants. Int J Epidemiol. 2011 Apr;40(2):417-28.

67. Franke MF**, Robins JM, Mugabo J, Kaigamba F, Cain LE, Fleming JG, **Murray M**. Effectiveness of early Antiretroviral Therapy initiation to improve survival among HIV-infected adults with tuberculosis: a retrospective study. PLoS Med. 2011 May;8(5):e1001029.

68. **Murray M**, Oxlade O, Lin HH. Modeling social, environmental, and biological determinants of tuberculosis. Int J Tuberc Lung Dis. 2011 Jun;15 S 2:64-70.

69. Brooks-Pollock E**, Becerra M, Goldstein E, Cohen T, **Murray M**. Epidemiological inference from the distribution of tuberculosis cases in households in Lima, Peru. J Infect Dis. 2011 Jun 1;203(11):1582-9.

70. Cohen T**, **Murray M**, Abubakaar I, Zhang A, Sloutsky A, Arteaga F, Chalco K, Franke F, Becerra MC. Multiple introductions of multidrug resistant tuberculosis into households. Emerg Infect Dis. 2011 Jun;17(6):969-75.

71. Baker MA**, Harries A, Lonnroth K, **Murray M**.  The impact of diabetes on tuberculosis treatment outcome: A systematic review. BMC Med. 2011 Jul 1;9(1):81.

72. Louw GE, Warren RM, Gey van Pittius NC, Leon R, Jimenez A, Pando RH, McEvoy CR, Grobbelaar M, **Murray M,** van Helden PD, Victor TC. Rifampicin Reduces Susceptibility to Ofloxacin in Rifampicin Resistant *Mycobacterium tuberculosis* through Efflux. Am J Respir Crit Care Med. 2011 Jul 15;184(2):269-76.

73. Lin H**, Langley I, Mwenda R, Doulla B, Egwaga S, Millington KA, Mann GH, **Murray M**, Squire SB, Cohen T. A modelling framework to support the selection and implementation of new tuberculosis diagnostic tools. Int J Tuberc Lung Dis. 2011 Aug;15(8):996-1004.

74. Jacobson KR**, Theron D, Victor TC, Streicher EM, Warren R, **Murray M**. Treatment outcomes of Isoniazid-Resistant Tuberculosis patients, Western Cape Province, South Africa. Clin Infect Dis. 2011 Aug;53(4):369-72.

75. Izu A, Mitnick C, Cohen T, **Murray M**, DeGruttola V. Bayesian methods of identifying and comparing branching tree structures: An application to development of resistant TB strains. Stat Med. 2011 Sep 30;30(22):2708-20.

76. Franke MF**, **Murray MB**, Muñoz M, Hernández-Díaz S, Sebastián JL, Atwood S, Caldas A, Bayona J, Shin S. Food insufficiency is a risk factor for suboptimal Antiretroviral Therapy adherence among HIV-Infected adults in urban Peru. AIDS Behav. 2011 Oct;15(7):1483-9.

77. Harries AD, Lin Y, Satyanarayana S, Lönnroth K, Li L, Wilson N, Chauhan LS, Zachariah R, Baker MA, Jeon CY**, **Murray MB**, Maher D, Bygbjerg IC, Enarson DA, Billo NE, Kapur A. The looming epidemic of diabetes-associated tuberculosis - learning lessons from HIV-associated tuberculosis. Int J Tuberc Lung Dis. 2011 Nov;15(11):1436-44.

78. Jeon CY**, Kang H, Kim M, **Murray MB**, Kim H, Cho EH, Park YK. Clustering of Mycobacterium tuberculosis strains from foreign-born patients in Korea. J Med Microbiol. 2011 Dec;60(Pt 12):1835-40.

79. Layre E, Sweet L, Hong S, Madigan CA, Desjardins D, Young DC, Cheng TY, Annand JW, Kim K, Shamputa IC, McConnell MJ, Debono CA, Behar SM, Minnaard, AJ, **Murray M**, Barry CE 3rd,

Matsunaga I, Moody BD. A comparative lipidomics platform for chemotaxonomic analysis of Mycobacterium tuberculosis. Chem Biol. 2011 Dec 23;18(12):1537-49.

80. Weiner B, Gomez J, Victor TC, Warren RB, Sloustky A, Plikyatis BB, Posey J, van Helden P, van Pittius, NG, Koerhsen M, Sisk P, Stolte C, While J, Gagneux S, Birren B, Hung D, **Murray M**, Galagan J. Independent Large Scale Duplications in Multiple *M. tuberculosis* Lineages Overlapping the Same Genomic Region. PLoS One. 2012;7(2):e26038.

81. Rich M, Miller AC, Niyigena, P, Franke M, Niyonzima JB, Socci A, Drobac P, Hakizamungu, Mayfield A, Ruhayisah R, Epino H, Stulac S, Cancedda C, Karamaga A, Niyonzima S, Yarbrough C Fleming J, Amoroso C, Mukherjee J, **Murray M**, Farmer P, Binagwaho A. Excellent Clinical Outcomes and High Retention in Care Among Adults in a Community-based HIV Treatment Program in Rural Rwanda. J Acquir Immune Defic Syndr. 2012 Mar 1;59(3):e35-42.

82. Baker M**, Lin HH, Chang HY, **Murray M.** The risk of tuberculosis disease among people with diabetes*, a prospective cohort study. Clin Infect Dis. 2012 Mar;54(6):818-25.

83. Baker MA**, Wilson D, Wallengren K, Sandgren A, Iartchouk O, Broodie N, Goonesekera S, Sabeti P, **Murray** M. Polymorphisms in the gene encoding the iron transport protein ferroportin 1 influence susceptibility to tuberculosis. J Infect Dis. 2012 Apr;205(7):1043-7.

84. Bompangue D, Vesenbeckh SM, Giraudoux P, Castro M, Muyembe Tamfun J, Kebela Ilunga B, **Murray M**. Cholera ante portas – The re-emergence of cholera in Kinshasa after a ten-year hiatus. Version 2. PLoS Curr. 2012 Feb 17 [revised 2012 Mar 12];4:RRN1310.

85. Rinaldo A, Bertuzzo E, Mari L, Righetto L, Blokesch M, Gatto M, Casagrandi R, **Murray M**, Vesenbeckh S, Rodriguez-Iturbe I. Reassessment of the 2010-2011 Haiti cholera outbreak and multi-season projections. Proc Natl Acad Sci U S A. 2012 Apr 24;109(17):6602-7.

86. Lu C**, Chin B, Lewandowski JL, Basinga P, Hirschhorn LR, Hill K, **Murray M**, Binagwaho A. Towards universal health coverage: an evaluation of Rwanda Mutuelles in its first eight years. PLoS One. 2012;7(6):e39282.

87. Sergeev R, Colijn C, **Murray M**, Cohen T. Modeling the dynamic relationship between HIV and the risk of drug-resistant tuberculosis. Sci Transl Med. 2012 May 23;4(135):135ra67.

88. Jeon CY, **Murray MB**, Baker MA. Managing tuberculosis in patients with diabetes mellitus: why we care and what we know. Expert Rev Anti Infect Ther. 2012 Aug;10(8):863-8.

89. Arbour M**, Murray KA, Atwood SS, **Murray M**, Angel Cordero Vega M. Choosing the Best Child Assessment Instrument for a Specific Context: A Methodology for Engaging Local Experts Applied in Chile. J Dev Behav Pediatr. 2012 Oct;33(8):666-675.

90. Lin HH**, Dowdy D, Dye C, **Murray M**, Cohen T. The impact of new tuberculosis diagnostics on transmission: why context matters. Bull World Health Organ. 2012 Oct 1;90(10):739-747A.

91. Oxlade O**, **Murray M**. Tuberculosis and Poverty: Why Are the Poor at Greater Risk in India? PLoS One 2012; 7(11): e47533.

92. Kudva I. Griffin RW, **Murray M,** John M, Hovda CJ, Calderwood SB. Polymorphic Amplified Typing Sequences and Pulsed-Field Gel Electrophoresis Yield Comparable Results in the Strain Typing of a Diverse Set of Bovine Escherichia coli O157:H7 Isolates. Int J Microbiol. 2012;2012:140105.

86

93. Menzies NA, Cohen T, Lin H-H, **Murray M**, Salomon JA. Population Health Impact and Cost-Effectiveness of Tuberculosis Diagnosis with Xpert MTB/RIF: A Dynamic Simulation and Economic Evaluation. PLoS Med 2012; 9(11): e1001347.

94. Fraser HS, Thomas D, Tomaylla J, Garcia N, Lecca L, **Murray M**, Becerra MC. Adaptation of a web-based, open source electronic medical record system platform to support a large study of tuberculosis epidemiology. BMC Med Inform Decis Mak. 2012 Nov 7;12:125.

95. Barter DM**, Agboola SO, **Murray MB**, Bärnighausen T. Tuberculosis and poverty: the contribution of patient costs in sub-Saharan Africa—a systematic review. BMC Public Health. 2012 Nov 14; 12(1):980.

96. Jacobson KR**, Theron D, Kendall EA, Franke MF, Barnard M, van Helden PD, Victor TC, Streicher EM, **Murray MB**, Warren RM. Implementation of GenoType MTBDRplus Reduces Time to Multidrug-Resistant Tuberculosis Therapy Initiation in South Africa. Clin Infect Dis. 2013 Feb;56(4):503-8.

97. Wirth KE**, Tchetgen Tchetgen EJ, Silverman JG, **Murray MB**. How does sex trafficking increase the risk of HIV Infection? An observational study from Southern India. Am J Epidemiol. 2013 Feb 1;177(3):232-41.

98. Franke MF**, Appleton SC, Mitnick CD, Furin JJ, Bayona J, Chalco K, Shin SS, **Murray MB**, Becerra MC. Aggressive Regimens for Multidrug-Resistant Tuberculosis Reduce Recurrence. Clin Infect Dis. 2013 Mar;56(6):770-6.

99. Kato-Maeda M, Ho C, Passarelli B, Banaei N, Grinsdale J, Flores L, Anderson J, **Murray M**, Rose G, Kawamura LM, Pourmand N, Tariq MA, Gagneux S, Hopewell PC. Use of Whole Genome Sequencing to Determine the Microevolution of Mycobacterium tuberculosis during an Outbreak. PLoS One. 2013 Mar 15;8(3): e58235.

100. Reeves AZ, Campbell PJ, Sultana R, Malik S, **Murray M**, Plikaytis BB, Shinnick TM, Posey JE. Aminoglycoside Cross-Resistance in Mycobacterium tuberculosis Due to Mutations in the 5' Untranslated Region of whiB7. Antimicrob Agents Chemother. 2013 Apr;57(4):1857-65.

101. Drobac PC, Basinga P, Condo J, Farmer PE, Finnegan KE, Hamon JK, Amoroso C, Hirschhorn LR, Kakoma JB, Lu C, Murangwa Y, **Murray M**, Ngabo F, Rich M, Thomson D, Binagwaho A. Comprehensive and integrated district health systems strengthening: the Rwanda Population Health Implementation and Training (PHIT) Partnership. BMC Health Serv Res. 2013;13 Suppl 2:S5.

102. Galea JT, Contreras C, Lecca L, Shin S, Lobatón R, Zhang Z, Calderón R, **Murray M**, Becerra MC. Rapid home-based HIV testing to reduce costs in a large tuberculosis cohort study. Public Health Action. 2013 Jun 21;3(2):172-174.

103. Ford CB, Shah RR, Maeda MK, Gagneux S, **Murray MB**, Cohen T, Johnston JC, Gardy J, Lipsitch M, Fortune SM. Mycobacterium tuberculosis mutation rate estimates from different lineages predict substantial differences in the emergence of drug-resistant tuberculosis. Nat Genet. 2013 Jul;45(7):784-90.

104. Farhat MR**, Shapiro BJ, Kieser KJ, Sultana R, Jacobson KR, Victor TC, Warren RM, Streicher EM, Calver A, Sloutsky A, Kaur D, Posey JE, Plikaytis B, Oggioni MR, Gardy JL, Johnston JC, Rodrigues M, Tang PK, Kato-Maeda M, Borowsky ML, Muddukrishna B, Kreiswirth BN, Kurepina N, Galagan J, Gagneux S, Birren B, Rubin EJ, Lander ES, Sabeti PC, **Murray M**.

Case 1:20-cv-00457-WO-JLW   Document 12-1   Filed 06/05/20   Page 87 of 100

Genomic analysis identifies targets of convergent positive selection in drug-resistant Mycobacterium tuberculosis. Nat Genet. 2013 Oct; 45(10):1183-9.

105. Lin HH**, Chiang YT, Chuang JH, Yang SL, Chang HY, Ezzati M, **Murray M**. Exposure to secondhand smoke and risk of tuberculosis: prospective cohort study. PLoS One. 2013 Oct 25;8(10):e77333.

106. Kudva IT, Smole S, Griffin RW, Garren J, Kalia N, **Murray M**, John M, Timperi R, Calderwood SB. Polymorphic Amplified Typing Sequences (PATS) Strain Typing System Accurately Discriminates a Set of Temporally and Spatially Disparate Escherichia coli O157 Isolates Associated with Human Infection. Open Microbiol J. 2013 Oct 31;7:123-9.

107. Kendall EA, Theron D, Franke MF, van Helden P, Victor TC, **Murray MB**, Warren RM, Jacobson KR. Alcohol, hospital discharge, and socioeconomic risk factors for default from multidrug resistant tuberculosis treatment in rural South Africa: a retrospective cohort study. PLoS One. 2013 Dec 13;8(12):e83480.

108. Johnson AD, Thomson DR, Atwood S, Alley I, Beckerman JL, Koné I, Diakité D, Diallo H, Traoré B, Traoré K, Farmer PE, **Murray M**, Mukherjee J. Assessing Early Access to Care and Child Survival during a Health System Strengthening Intervention in Mali: A Repeated Cross Sectional Survey. PLoS One. 2013 Dec 11;8(12):e81304.

109. Franke MF, Del Castillo H, Pereda Y, Lecca L, Cárdenas L, Fuertes J, **Murray MB**, Bayona J, Becerra MC. Modifiable Factors Associated with Tuberculosis Disease in Children: A Case-Control Study. Pediatr Infect Dis J. 2014 Jan;33(1):109-11.

110. Franke MF, Del Castillo H, Pereda Y, Lecca L, Fuertes J, Cárdenas L, Becerra MC, Bayona J, **Murray M**. Parasite Infection and Tuberculosis Disease among Children: A Case-Control Study.
Am J Trop Med Hyg. 2014 Feb;90(2):279-82.

111. Nebenzahl-Guimaraes H**, Jacobson KR, Farhat MR, **Murray MB**. Systematic review of allelic exchange experiments aimed at identifying mutations that confer drug resistance in Mycobacterium tuberculosis. J Antimicrob Chemother. 2014 Feb;69(2):331-42.

112. Huang CC**, Tchetgen ET, Becerra M, Cohen T, Hughes KC, Zhang Z, Calderon R, Yataco R, Contreras C, Galea J, Lecca L, **Murray M**. The effect of HIV-related immunosuppression on the risk of tuberculosis transmission to household contacts. Clin Infect Dis. 2014 Mar;58(6):765-74.

113. Zelner JL, **Murray MB**, Becerra MC, Galea J, Lecca L, Calderon R, Yataco R, Contreras C, Zhang Z, Grenfell BT, Cohen T. Bacillus Calmette-Guérin and isoniazid preventive therapy protect contacts of tuberculosis patients. Am J Respir Crit Care Med. 2014 Apr 1;189(7):853-9.

114. Ngonghala CN, Pluciński MM, **Murray MB**, Farmer PE, Barrett CB, Keenan DC, Bonds MH. Poverty, disease, and the ecology of complex systems. PLoS Biol. 2014 Apr 1;12(4):e1001827.

115. Nebenzahl-Guimaraes H**, Borgdorff MW, **Murray MB**, van Soolingen D. A Novel Approach - The Propensity to Propagate (PTP) Method for Controlling for Host Factors in Studying the Transmission of Mycobacterium Tuberculosis. PLoS One. 2014 May 21;9(5):e97816.

116. Zelner JL, **Murray MB**, Becerra MC, Galea J, Lecca L, Calderon R, Yataco R, Contreras C, Zhang Z, Grenfell BT, Cohen T. Age-Specific Risks of Tuberculosis Infection from Household

and Community Exposures and Opportunities for Interventions in a High-Burden Setting. Am J Epidemiol. 2014 Oct 15;180(8):853-61.

117. Langley I, Lin HH, Egwaga S, Doulla B, Ku CC, **Murray M**, Cohen T, Squire SB. Assessment of the patient, health system, and population effects of Xpert MTB/RIF and alternative diagnostics for tuberculosis in Tanzania: an integrated modelling approach. Lancet Glob Health. 2014 Oct;2 (10):e581-91.

118. Farhat MR**, Shapiro BJ, Sheppard SK, Colijn C, **Murray M**. A phylogeny-based sampling strategy and power calculator informs genome-wide associations study design for microbial pathogens. Genome Med. 2014 Nov 15;6(11):101.

119. Menzies NA, Cohen T, **Murray M**, Salomon JA. Effect of empirical treatment on outcomes of clinical trials of diagnostic assays for tuberculosis. Lancet Infect Dis. 2015 Jan;15(1):16-7.

120. Krumme AA, Kaigamba F, Binagwaho A, **Murray MB**, Rich ML, Franke MF. Depression, adherence and attrition from care in HIV-infected adults receiving antiretroviral therapy. J Epidemiol Community Health. 2015 Mar;69(3):284-9.

121. Ivers LC, Hilaire IJ, Teng JE, Almazor CP, Jerome JG, Ternier R, Boncy J, Buteau J, **Murray MB**, Harris JB, Franke MF. Effectiveness of reactive oral cholera vaccination in rural Haiti: a case-control study and bias-indicator analysis. Lancet Glob Health. 2015 Mar;3(3):e162-8. doi: 10.1016/S2214-109X(14)70368-7.

122. Farhat MR**, Mitnick CD, Franke MF, Kaur D, Sloutsky A, **Murray M**, Jacobson KR. Concordance of *Mycobacterium tuberculosis* fluoroquinolone resistance testing: implications for treatment.  Int J Tuberc Lung Dis. 2015 Mar;19(3):339-41.

123. Childs LM, Abuelezam NN, Dye C, Gupta S, **Murray MB**, Williams BG, Buckee CO. Modelling challenges in context: lessons from malaria, HIV, and tuberculosis. Epidemics. 2015 Mar;10:102-7.

124. Oxlade O**, Huang CC, **Murray M**. Estimating the impact of reducing under-nutrition on the tuberculosis epidemic in the central eastern states of India: a dynamic modeling study. PLoS One. 2015 Jun 5;10(6):e0128187.

125. Broadhurst MJ, Kelly JD, Miller A, Semper A, Bailey D, Groppelli E, Simpson A, Brooks T, Hula S, Nyoni W, Sankoh AB, Kanu S, Jalloh A, Ton Q, Sarchet N, George P, Perkins MD, Wonderly B, **Murray M**, Pollock NR. ReEBOV Antigen Rapid Test kit for point-of-care and laboratory-based testing for Ebola virus disease: a field validation study. Lancet. 2015 Aug 29;386(9996):867-74.

126. Odone A**, Calderon R, Becerra MC, Zhang Z, Contreras CC, Yataco R, Galea J, Lecca L, Bonds, MH, Mitnick CD, **Murray MB**. Acquired and Transmitted Multidrug Resistant Tuberculosis: The Role of Social Determinants. PLoS One. 2016 Jan 14;11(1):e0146642.

127. Zelner JL, **Murray MB**, Becerra MC, Galea J, Lecca L, Calderon R, Yataco R, Contreras C, Zhang Z, Manjourides J, Grenfell BT, Cohen T. Identifying Hotspots of Multidrug-Resistant Tuberculosis Transmission Using Spatial and Molecular Genetic Data. J Infect Dis. 2016 Jan 15;213(2):287-94.

128. Velásquez GE, Cegielski JP, **Murray MB**, Yagui MJ, Asencios LL, Bayona JN, Bonilla CA, Jave HO, Yale G, Suárez CZ, Sanchez E, Rojas C, Atwood SS, Contreras CC, Santa Cruz J, Shin SS. Impact of HIV on mortality among patients treated for tuberculosis in Lima, Peru: a prospective cohort study. BMC Infect Dis. 2016 Feb 1;16:45.

129. Farhat MR**, Jacobson KR, Franke MF, Kaur D, Sloutsky A, Mitnick CD, **Murray M.** Gyrase mutations are associated with variable levels of Fluoroquinolone resistance in *Mycobacterium tuberculosis.* J Clin Microbiol. 2016 Mar;54(3):727-33.

130. Semper AE, Broadhurst MJ, Richards J, Foster GM, Simpson AJ, Logue CH, Kelly JD, Miller A, Brooks TJ, **Murray M**, Pollock NR. Performance of the GeneXpert Ebola assay for diagnosis of Ebola virus disease in Sierra Leone: a field evaluation study. PLoS Med. 2016 Mar;13(3):e1001980.

131. Miller AC, **Murray MB**, Thomson DR, Arbour MC. How consistent are associations between stunting and child development? Evidence from a meta-analysis of associations between stunting and multidimensional child development in fifteen low- and middle-income countries. Public Health Nutr. 2016 Jun;19(8):1339-47.

132. Lahiri N, Shah RR, Layre E, Young D, Ford C, **Murray MB**, Fortune SM, Moody DB. Rifampin Resistance mutations are associated with broad chemical remodeling of *Mycobacterium tuberculosis.* J Biol Chem. 2016 Jul 1;291(27):14248-56.

133. Atre SR**, **Murray MB**. Management and control of multidrug-resistant tuberculosis (MDR-TB): Addressing policy needs for India. J Public Health Policy. 2016 Aug 37:277-299.

134. Mukabutera A**, Thomson D, **Murray M**, Basinga P, Nyirazinyoye L, Atwood S, Savage KP, Ngirimana A, Hedt-Gauthier BL. Rainfall variation and child health: effect of rainfall on diarrhea among under 5 children in Rwanda, 2010. BMC Public Health. 2016 Aug 5;16:731.

135. Diakite I**, Mooring EQ, Velasquez GE, **Murray MB.** Novel Ordered Stepped-Wedge Cluster Trial Designs for Detecting Ebola Vaccine Efficacy Using a Spatially Structured Mathematical Model. PLoS Negl Trop Dis. 2016 Aug 10;10(8):e0004866.

136. Farhat MR**, Sultana R, Iartchouk O, Bozeman S, Galagan J, Sisk P, Stolte C, Nebenzahl-Guimaraes H, Jacobson K, Sloutsky A, Kaur D, Posey J, Kreiswirth BN, Kurepina N, Rigouts L, Streicher EM, Victor TC, Warren RM, van Soolingen D, **Murray M.** Genetic Determinants of Drug Resistance in Mycobacterium tuberculosis and Their Diagnostic Value. Am J Respir Crit Care Med. 2016 Sep 1;194(5):621-30.

137. Thomson DR, Semakula M, Hirschhorn LR, **Murray M,** Ndahindwa V, Manzi A, Mukabutera A, Karema C, Condo J, Hedt-Gauthier B. Applied statistical training to strengthen analysis and health research capacity in Rwanda. Health Res Policy Syst. 2016 Sep 29;14(1):73.

138. Cancedda C, Davis SM, Dierberg KL, Lascher J, Kelly JD, Barrie MB, Koroma AP, George P, Kamara AA, Marsh R, Sumbuya MS, Nutt CT, Scott KW, Thomas E, Bollbach K, Sesay A, Barrie A, Barrera E, Barron K, Welch J, Bhadelia N, Frankfurter RG, Dahl OM, Das S, Rollins RE, Eustis B, Schwartz A, Pertile P, Pavlopoulos I, Mayfield A, Marsh RH, Dibba Y, Kloepper D, Hall A, Huster K, Grady M, Spray K, Walton DA, Daboh F, Nally C, James S, Warren GS, Chang J, Drasher M, Lamin G, Bangura S, Miller AC, Michaelis AP, McBain R, Broadhurst MJ, **Murray M**, Richardson ET, Philip T, Gottlieb GL, Mukherjee JS, Farmer PE. Strengthening Health Systems While Responding to a Health Crisis: Lessons Learned by a Nongovernmental Organization During the Ebola Virus Disease Epidemic in Sierra Leone. J Infect Dis. 2016 Oct 15;214(suppl 3):S153-S163.

139. Velasquez GE**, Calderon RI, Mitnick CD, Becerra MC, Huang CC, Zhang Z, Contreras CC, Yataco RM, Galea JT, Lecca LW, **Murray MB.** Pyrazinamide Resistance Assays and Two-

Month Sputum Culture Status in MDR-TB Patients. Antimicrob Agents Chemother. 2016 Nov;60(11):6766-6773.

140. Aibana O\*\*, Acharya X, Huang CC, Becerra MC, Galea JT, Chiang SS, Contreras C, Calderon R, Yataco R, Velasquez GE, Tintaya K, Jimenez J, Lecca L, **Murray MB.** Nutritional Status and Tuberculosis Risk in Adult and Pediatric Household Contacts. PLoS One. 2016 Nov 11;11(11):e0166333.

141. Richardson ET\*\*, Kelly JD, Barrie MB, Mesman AW, Karku S, Quiwa K, Marsh RH, Koedoyoma S, Daboh F, Barron KP, Grady M, Tucker E, Dierberg KL, Rutherford GW, Barry M, Jones JH, **Murray MB,** Farmer PE. Minimally Symptomatic Infection in an Ebola 'Hotspot': A Cross-Sectional Serosurvey. PLoS Negl Trop Dis. 2016 Nov 15;10(11):e0005087.

142. Miller AC, Ramananjato RH, Garchitorena A, Rabeza VR, Gikic D, Cripps A, Cordier L, Rahaniraka Razanadrakato HT, Randriamanambintsoa M, Hall L, **Murray M,** Safara Razanavololo F, Rich ML, Bonds MH. Baseline population health conditions ahead of a health system strengthening program in rural Madagascar. Glob Health Action. 2017;10(1):1329961.

143. Aibana O\*\*, Bachmaha M, Krasiuk V, Rybak N, Flanigan TP, Petrenko V, **Murray MB.** Risk factors for poor multidrug-resistant tuberculosis treatment outcomes in Kyiv Oblast, Ukraine. BMC Infect Dis. 2017 Feb 7;17(1):129.

144. Nebenzahl-Guimaraes H\*\*, van Laarhoven A, Farhat MR, Koeken VACM, Mandemakers JJ, Zomer A, van Hijum SAFT, Netea MG, **Murray M**, van Crevel R, van Soolingen D. Transmissible *Mycobacterium tuberculosis* strains share genetic markers and immune phenotypes. Am J Respir Crit Care Med. 2017 Jun 1;195(11):1519-1527.

145. Garchitorena A, Miller AC, Cordier LF, Ramananjato R, Rabeza VR, **Murray M**, Cripps A, Hall L, Farmer P, Rich M, Orlan AV, Rabemampionona A, Rakotozafy G, Randriantsimaniry D, Gikic D, Bonds MH. In Madagascar, use of health care services increased when fees were removed: lessons for universal health coverage. Health Aff (Millwood). 2017 Aug 1;36(8):1443-1451.

146. Aibana O\*\*, Franke MF, Huang CC, Galea JT, Calderon R, Zhang Z, Becerra MC, Smith ER, Ronnenberg AG, Contreras C, Yataco R, Lecca L, **Murray MB.** Impact of Vitamin A and Carotenoids on the Risk of Tuberculosis Progression. Clin Infect Dis. 2017 Sep 15;65(6):900-909.

147. Rodriguez CA, Smith ER, Villamor E, Zaveleta N, Respicio-Torres G, Contreras C, Perea S, Jimenez J, Tintaya K, Lecca L, **Murray MB**, Franke MF. Development and validation of a food frequency questionnaire to estimate intake among children and adolescents in urban Peru. Nutrients. 2017 Oct 14;9(10).

148. Farhat MR\*\*, Jacobson KR, Franke MF, Kaur D, **Murray M**, Mitnick CD. Fluoroquinolone resistance mutation detection is equivalent to culture-based drug sensitivity testing for predicting multidrug-resistant tuberculosis treatment outcome: a retrospective cohort study. Clin Infect Dis. 2017 Oct 15;65(8):1364-1370.

149. Aibana O, Slavuckij A, Bachmaha M, Krasiuk V, Rybak N, Flanigan TP, Petrenko V, **Murray MB.** Patient predictors of poor drug sensitive tuberculosis treatment outcomes in Kyiv Oblast, Ukraine. F1000Research 2017 Oct 23;6:1873.

91

150. Nathavitharana RR, Shi CX, Chindelevitch L, Calderon R, Zhang Z, Galea JT, Contreras C, Yataco R, Lecca L, Becerra MC, **Murray MB**, Cohen T. Polyclonal Pulmonary Tuberculosis Infections and Risk for Multidrug Resistance, Lima, Peru. Emerg Infect Dis 2017 Nov;11:1883-86.

151. Mukabutera A, Thomson DR, Hedt-Gauthier BL, Atwood S, Basinga P, Nyirazinyoye L, Savage KP, Habimana M, **Murray M.** Exogenous factors matter when interpreting the results of an impact evaluation: a case study of rainfall and child health programme intervention in Rwanda. Trop Med Int Health. 2017 Dec;22(12):1505-1513.

152. Miotto P, Tessema B, Tagliani E, Chindelevitch L, Starks AM, Emerson C, Hanna D, Kim PS, Liwski R, Zignol M, Gilpin C, Niemann S, Denkinger CM, Fleming J, Warren RM, Crook D, Posey J, Gagneux S, Hoffner S, Rodrigues C, Comas I, Engelthaler DM, **Murray M,** Alland D, Rigouts L, Lange C, Dheda K, Hasan R , Ranganathan UDK, McNerney R, Ezewudo M, Cirillo DM, Schito M, Köser CU, Rodwell TC. A standardised method for interpreting the association between mutations and phenotypic drug-resistance in *Mycobacterium tuberculosis*. Eur Respir J. 2017 Dec 28;50(6).

153. Aibana O**, Franke MF, Huang CC, Galea JT, Calderon R, Zhang Z, Becerra MC, Smith ER, Contreras C, Yataco R, Lecca L, **Murray MB**. Vitamin E Status is inversely associated with risk of incident tuberculosis disease among household contacts. J Nutr. 2018 Jan 1;148(1):56-62.

154. Zelner J, **Murray M**, Becerra M, Galea J, Lecca L, Calderon R, Yataco R, Zhang Z, Cohen T. Protective effects of household-based TB interventions are robust to neighbourhood-level variation in exposure risk in Lima, Peru: a model-based analysis. Int J Epidemiol. 2018 Feb 1;47(1):185-192.

155. Linger Y, Knickerbocker C, Sipes D, Golova J, Franke M, Calderon R, Lecca L, Thakore N, Holmberg R, Qu P, Kukhtin A, **Murray MB**, Cooney CG, Chandler DP. Genotyping Multidrug-Resistant Mycobacterium tuberculosis from Primary Sputum and Decontaminated Sediment with an Integrated Microfluidic Amplification Microarray Test. J Clin Microbiol. 2018 Feb 22;56(3). Print 2018 Mar.

156. Wun KS, Reijneveld JF, Cheng TY, Ladell K, Uldrich AP, Le Nours J, Miners KL, McLaren JE, Grant EJ, Haigh OL, Watkins TS, Suliman S, Iwany S, Jimenez J, Calderon R, Tamara KL, Leon SR, **Murray MB**, Mayfield JA, Altman JD, Purcell AW, Miles JJ, Godfrey DI, Gras S, Price DA, Van Rhijn I, Moody DB, Rossjohn J. T cell autoreactivity directed toward CD1c itself rather than toward carried self lipids. Nat Immunol. 2018 Apr;19(4):397-406.

157. Thomson DR, Amoroso C, Atwood S, Bonds MH, Rwabukwisi FC, Drobac P, Finnegan KE, Farmer DB, Farmer PE, Habinshuti A, Hirschhorn LR, Manzi A, Niyigena P, Rich ML, Stulac S, **Murray MB**, Binagwaho A. Impact of a health system strengthening intervention on maternal and child health outputs and outcomes in rural Rwanda 2005-2010. BMJ Glob Health. 2018 Apr 9;3(2):e000674.

158. Garchitorena A, Miller AC, Cordier L, Rabeza VR, Randriamanambintsoa M, Razanadrakato HR, Hall L, Haruna J, Randrianambinina A, Thomson DR, Atwood S, **Murray MB**, Ratsirarson J, Ouenzar MA, Bonds MH. Early changes in intervention coverage and mortality rates following the implementation of an integrated health system intervention in Madagascar: a cohort study. BMJ Glob Health. 2018 Jun 4;3(3):e000762.

Case 1:20-cv-00457-WO-JLW   Document 12-1   Filed 06/05/20   Page 92 of 100

159. Thakore N, Norville R, Franke M, Calderon R, Lecca L, Villanueva M, **Murray MB**, Cooney CG, Chandler DP, Holmberg RC. Automated TruTip nucleic acid extraction and purification from raw sputum. PLoS One. 2018 Jul 5;13(7):e0199869.

160. McIntosh AI, Jenkins HE, White LF, Barnard M, Thomson DR, Dolby T, Simpson J, Streicher EM, Kleinman MB, Ragan EJ, van Helden PD, **Murray MB**, Warren RM, Jacobson KR. Using routinely collected laboratory data to identify high rifampicin-resistant tuberculosis burden communities in the Western Cape Province, South Africa: A retrospective spatiotemporal analysis. PLOS Med. 2018 Aug 21;15(8):e1002638. eCollection 2018 Aug.

161. Miller AC, Garchitorena A, Rabeza V, Randriamanambintsoa M, Rahaniraka Razanadrakato HT, Cordier L, Ouenzar MA, **Murray MB**, Thomson DR, Bonds MH. Cohort Profile: Ifanadiana Health Outcomes and Prosperity longitudinal Evaluation (IHOPE). Int J Epidemiol. 2018 Oct 1;47(5):1394-1395e.

162. CRyPTIC Consortium and the 100,000 Genomes Project, Allix-Béguec C, Arandjelovic I, Bi L, Beckert P, Bonnet M, Bradley P, Cabibbe AM, Cancino-Muñoz I, Caulfield MJ, Chaiprasert A, Cirillo DM, Clifton DA, Comas I, Crook DW, De Filippo MR, de Neeling H, Diel R, Drobniewski FA, Faksri K, Farhat MR, Fleming J, Fowler P, Fowler TA, Gao Q, Gardy J, Gascoyne-Binzi D, Gibertoni-Cruz AL, Gil-Brusola A, Golubchik T, Gonzalo X, Grandjean L, He G, Guthrie JL, Hoosdally S, Hunt M, Iqbal Z, Ismail N, Johnston J, Khanzada FM, Khor CC, Kohl TA, Kong C, Lipworth S, Liu Q, Maphalala G, Martinez E, Mathys V, Merker M, Miotto P, Mistry N, Moore DAJ, **Murray M,** Niemann S, Omar SV, Ong RT, Peto TEA, Posey JE, Prammananan T, Pym A, Rodrigues C, Rodrigues M, Rodwell T, Rossolini GM, Sánchez Padilla E, Schito M, Shen X, Shendure J, Sintchenko V, Sloutsky A, Smith EG, Snyder M, Soetaert K, Starks AM, Supply P, Suriyapol P, Tahseen S, Tang P, Teo YY, Thuong TNT, Thwaites G, Tortoli E, van Soolingen D, Walker AS, Walker TM, Wilcox M, Wilson DJ, Wyllie D, Yang Y, Zhang H, Zhao Y, Zhu B. Prediction of Susceptibility to First-Line Tuberculosis Drugs by DNA Sequencing. N Engl J Med. 2018 Oct 11;379(15):1403-1415.

163. Mooring EQ**, **Mitjà O, Murray MB**. Spatial-temporal clustering analysis of yaws on Lihir Island, Papua New Guinea to enhance planning and implementation of eradication programs. PLoS Negl Trop Dis. 2018 Oct 29;12(10):e0006840.

164. Hedt-Gauthier B, Airhihenbuwa CO, Bawah AA, Burke KS, Cherian T, Connelly MT, Hibberd PL, Ivers LC, Jerome JG, Kateera F, Manabe YC, Maru D, **Murray M**, Shankar AH, Shuchman M, Volmink J. Academic promotion policies and equity in global health collaborations. Lancet. 2018 Nov 3;392(10158):1607-1609.

165. Gupta N, Hirschhorn LR, Rwabukwisi FC, Drobac P, Sayinzoga F, Mugeni C, Nkikabahizi F, Bucyana T, Magge H, Kagabo DM, Nahimana E, Rouleau D, VanderZanden A, **Murray M**, Amoroso C. Causes of death and predictors of childhood mortality in Rwanda: a matched case-control study using verbal social autopsy. BMC Public Health. 2018 Dec 17;18(1):1378.

166. Farhat MR, Freschi L, Calderon R, Ioerger T, Snyder M, Meehan CJ, de Jong B, Rigouts L, Sloutsky A, Kaur D, Sunyaev S, van Soolingen D, Shendure J, Sacchettini J, **Murray M.** GWAS for quantitative resistance phenotypes in *Mycobacterium tuberculosis* reveals resistance genes and regulatory regions. Nat Commun. 2019 May 13;10(1):2128.

Case 1:20-cv-00457-WO-JLW   Document 12-1   Filed 06/05/20   Page 93 of 100

167. Farhat MR, Sixsmith J, Calderon R, Hicks ND, Fortune SM, **Murray M**. Rifampicin and rifabutin resistance in 1003 *Mycobacterium tuberculosis* clinical isolates. J Antimicrob Chemother. 2019 Jun 1;74(6):1477-1483.

168. Mesman AW**, Soto M, Coit J, Calderon R, Aliaga J, Pollock NR, Mendoza M, Mestanza FM, Mendoza CJ, **Murray MB**, Lecca L, Holmberg R, Franke MF. Detection of *Mycobacterium tuberculosis* in pediatric stool samples using TruTip technology. BMC Infect Dis. 2019 Jun 27;19(1):563.

169. Bellerose M, Baek SH, Huang CC, Moss C, Koh EI, Proulx M, Smith C, Baker R, Lee J, Eum S, Shin SJ, Cho SN, **Murray M**, Sassetti C. Common variants in the glycerol kinase gene reduce tuberculosis drug efficacy. mBio. 2019 Jul 30;10(4).

170. Ezran C, Bonds MH, Miller AC, Cordier LF, Haruna J, Mwanawabenea D, Randriamanambintsoa M, Razanadrakato HR, Ouenzar MA, Razafinjato BR, **Murray M**, Garchitorena A. Assessing trends in the content of maternal and child care following a health system strengthening initiative in rural Madagascar: a longitudinal cohort study. PLoS Med. 2019 Aug 20;16(8):e1002869.

171. Luo Y, Suliman S, Asgari S, Amariuta T, Calderon R, Lecca L, León SR, Jimenez J, Yataco R, Contreras C, Galea JT, Becerra M, Nejentsev S, Martínez-Bonet M, Nigrovic PA, Moody DB, **Murray MB**, Raychaudhuri S. Early progression to active tuberculosis is a highly heritable trait driven by 3q23 in Peruvians. Nat Commun. 2019 Aug 21;10(1):3765.

172. Buter J, Cheng TY, Ghanem M, Grootemaat AE, Raman S, Feng X, Plantijn AR, Ennis T, Wang J, Cotton RN, Layre E, Ramnarine AK, Mayfield J, Young DC, Martinot A, Siddiqi N, Wakabayashi S, Botella H, Calderon R, **Murray M**, Ehrt S, Snider BB, Reed MB, Oldfield E, Tan S, Rubin EJ, Behr MA, van der Wel NN, Minnaard AJ, Moody DB. *Mycobacterium tuberculosis* releases an antacid that remodels phagosomes. Nat Chem Biol. 2019 Sep;15(9):889-899.

173. Aibana O, Huang CC, Aboud S, Arnedo-Pena A, Becerra MC, Bellido-Blasco JB, Bhosale R, Calderon R, Chiang S, Contreras C, Davaasambuu G, Fawzi WW, Franke MF, Galea JT, Garcia-Ferrer D, Gil-Fortuño M, Gomila-Sard B, Gupta A, Gupte N, Hussain R, Iborra-Millet J, Iqbal NT, Juan-Cerdán JV, Kinikar A, Lecca L, Mave V, Meseguer-Ferrer N, Montepiedra G, Mugusi FM, Owolabi OA, Parsonnet J, Roach-Poblete F, Romeu-García MA, Spector SA, Sudfeld CR, Tenforde MW, Togun TO, Yataco R, Zhang Z, **Murray MB**. Vitamin D status and risk of incident tuberculosis disease: A nested case-control study, systematic review, and individual-participant data meta-analysis. PLoS Med. 2019 Sep 11;16(9):e1002907.

174. Becerra MC, Huang CC, Lecca L, Bayona J, Contreras C, Calderon R, Yataco R, Galea J, Zhang Z, Atwood S, Cohen T, Mitnick CD, Farmer P, **Murray M**. Transmissibility and potential for disease progression of drug resistant *Mycobacterium tuberculosis:* prospective cohort study. BMJ. 2019 Oct 24;367:l5894.

175. Reinink P, Shahine A, Gras S, Cheng TY, Farquhar R, Lopez K, Suliman SA, Reijneveld JF, Le Nours J, Tan LL, León SR, Jimenez J, Calderon R, Lecca L, **Murray MB**, Rossjohn J, Moody DB, Van Rhijn I. A TCR β-Chain Motif Biases toward Recognition of Human CD1 Proteins. J Immunol. 2019 Dec 15;203(12):3395-3406.

176. Li R**, Nordio F, Huang CC, Contreras C, Calderon R, Yataco R, Galea JT, Zhang Z, Becerra MC, Lecca L, **Murray MB**. Two clinical prediction tools to improve tuberculosis contact investigation. Clin Infect Dis. 2020 Jan 6. [Epub ahead of print]

94

177. Aibana O, Dauria E, Kiriazova T, Makarenko O, Bachmaha M, Rybak N, Flanigan TP, Petrenko V, Becker AE, **Murray MB**. Patients' perspectives of tuberculosis treatment challenges and barriers to treatment adherence in Ukraine: a qualitative study. BMJ Open. 2020 Feb 2;10(1):e032027.

178. Lopez K, Iwany SK, Suliman S, Reijneveld JF, Ocampo TA, Jimenez J, Calderon R, Lecca L, **Murray MB**, Moody DB, Van Rhijn I. CD1b tetramers broadly detect T cells that correlate with mycobacterial exposure but not tuberculosis disease state. Front Immunol. 2020 Feb 14;11:199.

179. Huang CC, Chu AL, Becerra MC, Galea JT, Calderon R, Contreras C, Yataco R, Zhang Z, Lecca L, **Murray MB**. *Mycobacterium tuberculosis* Beijing lineage and the risk of tuberculosis in child household contacts. Emerg Infect Dis. 2020 Mar;26(3):568-578.

180. Martinez L, Cords O, Horsburgh CR, Andrews JR; Pediatric TB Contact Studies Consortium. The risk of tuberculosis in children after close exposure: a systematic review and individual-participant meta-analysis. Lancet. 2020 Mar 21;395(10228):973-984.

181. Kukhtin A, Norville R; Bueno A, Qu P, Parrish N, **Murray M**, Chandler D, Holmberg R, Cooney C. A benchtop automated sputum-to-genotype system using a Lab-on-a-Film assembly for detection of multidrug-resistant *Mycobacterium tuberculosis*. Anal Chem. 2020 Apr 7;92(7):5311-5318.

182. Suliman S, Gela A, Mendelsohn SC, Iwany SK, Tamara KL, Mabwe S, Bilek N, Darboe F, Fisher M, Corbett AJ, Kjer-Nielsen L, Eckle SBG, Huang CC, Zhang Z, Lewinsohn DM, McCluskey J, Rossjohn J, Hatherill M, León SR, Calderon RI, Lecca L, **Murray M**, Scriba TJ, Van Rhijn I, Moody DB; South African Tuberculosis Vaccine Initiative (SATVI) Clinical Immunology Team. Peripheral blood mucosal-associated invariant T (MAIT) cells in tuberculosis patients and healthy Mycobacterium tuberculosis-exposed controls. J Infect Dis. 2020 Apr 8. [Epub ahead of print]

183. Penn-Nicholson A, Mbandi SK, Thompson E, Mendelsohn SC, Suliman S, Chegou NN, Malherbe ST, Darboe F, Erasmus M, Hanekom WA, Bilek N, Fisher M, Kaufmann SHE, Winter J, Murphy M , Wood R, Morrow C, Van Rhijn I, Moody DB, **Murray M**, Andrade BB, Sterling TR, Sutherland J, Naidoo K, Padayatchi N, Walzl G, Hatherill M, Zak D, Scriba TJ, and the Adolescent Cohort Study team, GC6-74 Consortium, the SATVI Clinical and Laboratory Team, The ScreenTB and AE-TBC teams, CAPRISA IMPRESS team, RePORT Brazil Consortium and Peruvian Household Contacts Cohort study group. RISK6, a 6-gene transcriptomic signature of TB disease risk, diagnosis and treatment response. Sci Rep. 2020. In press.

184. Li R**, Rivers C, Tan Q, **Murray MB**, Toner E, Lipsitch M. Estimated Demand for US Hospital Inpatient and Intensive Care Unit Beds for Patients With COVID-19 Based on Comparisons with Wuhan and Guangzhou, China. JAMA Netw Open. 2020 May 6;3(5):e208297.

185. Sonenthal PD, Masiye J, Kasomekera N, Marsh RH, Wroe EB, Scott KW, Li R, **Murray MB**, Bukhman A, Connolly E, Minyaliwa T, Katete M, Banda G, Nyirenda M, Rouhani SA. SARS-CoV-2 preparedness in Malawi: results of a national facility-based critical care assessment. Lancet Glob Health. 2020. In press.

186. Asgari, S., Luo, Y., Akbari, A, Belbin GM, Li X, Harris DN, Selig M, Bartell E, Calderon R, Slowikowski K, Contreras C, Yataco R, Galea JT, Jimenez J, Coit JM, Farroñay C, Nazarian RM, O'Connor TD, Dietz HC, Hirschhorn JN, Guio H, Lecca L, Kenny

EE, Freeman EE, **Murray MB**, Raychaudhuri S. A positively selected FBN1 missense variant reduces height in Peruvian individuals. Nature. 2020 May 13.

(** = mentee)

Other peer-reviewed publications

1. Logigian EL, **Murray MB**. Case 42-1994— A 19-year-old man with rapidly progressive lower-extremity weakness and dysesthesias after a respiratory tract infection. NEJM 1994;331:1437-44.
2. **Murray M**, Nardell E. Molecular epidemiology of tuberculosis: achievements and challenges to current knowledge. Bull World Health Organ. 2002;80(6):477-82.
3. Brickner PW, Vincent RL, First M, Nardell E, **Murray M**, Kaufman W. The application of ultraviolet germicidal irradiation to control transmission of airborne disease: bioterrorism countermeasure. Public Health Rep 2003;118:99-114.
4. Cohen T**, Sommers B, **Murray M**. The effect of drug resistance on the fitness of *Mycobacterium tuberculosis*. Lancet Infect Dis 2003;3:13-21.
5. Gessler D, Dye C, Farmer P, **Murray M**, Navin T, Reves R, Shinnick T, Small PM, Yates T, Simpson G. Public health. A national tuberculosis archive. Science 2006 Mar 3;311:1245-6.
6. **Murray M**. The epidemiology of SARS. In: Kleinman A, Watson JL, editors. SARS in China; prelude to pandemic? Stanford, CA: Stanford University Press; 2006. p. 17-30.
7. Colijn C, Cohen T, **Murray M**. Mathematical models of tuberculosis: accomplishments and future challenges. Proceedings of BIOMAT 2006 - International Symposium on Mathematical and Computational Biology; 2006 Nov 27-30, Manaus, Brazil. World Scientific Publishing Co. 2007.
8. Cohen T, Colijn C, **Murray M**. Mathematical modeling of tuberculosis transmission dynamics. In: Handbook of Tuberculosis: Clinics, Diagnostics, Therapy, and Epidemiology. Kaufman SH, van Helden P, eds. Weinheim: Wiley-VCH; 2008.
9. Cohen T**, Dye C, Colijn C, Williams B, **Murray M.** Mathematical models of the epidemiology and control of drug-resistant TB. Expert Rev Resp Med. 2009;3:67-9.
10. Harries AD, **Murray MB,** Jeon CY, Ottmani SE, Lonnroth K, Kapur A. Response to letter from Sarah Bailey and Peter Godfrey-Faussett. Trop Med Int Health. 2010 Jul 15(11):1402.
11. Boulle A, Clayden P, Cohen K, Cohen T, Conradie F, Dong K, Gelfen N, Grimwood A, Hurtado R, Kenyon C, Lawn S, Maartens G, Meindjes G, Mandelson M, **Murray M**, Sanne I, Spencer D, Taljaand J, Vanieva E, Venter F, Wilson D. Prolonged deferral of antiretroviral therapy in the SAPIT trial: did we need a clinical trial to tell us that this would increase mortality? S Afr Med J. 2010 Sep 7;100(9):566, 568, 570-1.
12. *Rinaldo A, Blokesch M, Bertuzzo E, Mari L, Righetto L, **Murray M**, Gatto M, Casagrandi R, Rodriguez-Iturbe I. A transmission model of the 2010 cholera epidemic in Haiti. Ann Intern Med.* 2011 Sep 20;155(6):403-4.
13. Nahid P, Kim PS, Evans CA, Alland D, Barer M, Diefenbach J, Ellner J, Hafner R, Hamilton CD, Iademarco M, Ireton B, Kimerling M, Lienhardt C, Mackenzie W, **Murray M**, Perkins MD, Posey J, Roberts T, Sizemore S, Stevens WS, Via L, Williams SD, Yew WW, Swindells S.

Clinical research and development of tuberculosis diagnostics: moving from silos to synergy. J Infect Dis. 2012 May 15; 205(Suppl 2): S159–S168.

14. Dheda K, Gumbo T, Gandhi NR, **Murray M**, Theron G, Udwadia Z, Migliori GB, Warren R. Global control of tuberculosis: from extensively drug-resistant to untreatable tuberculosis. *Lancet Respir Med*. 2014 Apr;2(4):321-338.

15. Ferrara G, **Murray M**, Winthrop K, Centis R, Sotgiu G, Migliori GB, Maeurer M, Zumla A. Risk factors associated with pulmonary tuberculosis: smoking, diabetes and anti-TNF-α drugs. Curr Opin Pulm Med. 2012 May;18(3):233-40.

16. Jeon CY**, **Murray MB**, Baker MA. Managing tuberculosis in patients with diabetes mellitus: why we care and what we know. Expert Rev Anti Infect Ther. 2012 Aug;10(8):863-8.

17. Andrews JR., Basu S, Dowdy DW, **Murray MB**. The epidemiological advantage of preferential targeting of tuberculosis control at the poor. Int J Tuberc Lung Dis. 2015 Apr;19(4):375-80. Review. Erratum in: Int J Tuberc Lung Dis. 2015 Aug;19(8):1000.

18. Velasquez GE**, Aibana O, Ling EJ, Diakite I, Mooring EQ, **Murray MB**. Time from infection to disease and infectiousness for Ebola virus disease, a systematic review. Clin Infect Dis. 2015 Oct 1;61(7):1135-40.

19. Dheda K, Gumbo T, Maartens G, Dooley KE, McNerney R, **Murray M,** Furin J, Nardell EA, London L, Lessem E, Theron G, van Helden P, Niemann S, Merker M, Dowdy D, Van Rie A, Siu GK, Pasipanodya JG, Rodrigues C, Clark TG, Sirgel FA, Esmail A, Lin HH, Atre SR, Schaaf HS, Chang KC, Lange C, Nahid P, Udwadia ZF, Horsburgh CR Jr, Churchyard GJ, Menzies D, Hesseling AC, Nuermberger E, McIlleron H, Fennelly KP, Goemaere E, Jaramillo E, Low M, Jara CM, Padayatchi N, Warren RM. The epidemiology, pathogenesis, transmission, diagnosis, and management of multidrug-resistant, extensively drug-resistant, and incurable tuberculosis. Lancet Respir Med. 2017 Mar 15. pii: S2213-2600(17)30079-6. Review.

20. Dheda K, Gumbo T, Maartens G, Dooley KE, Murray M, Furin J, Nardell EA, Warren RM; Lancet Respiratory Medicine drug-resistant tuberculosis Commission group. The Lancet Respiratory Medicine Commission: 2019 update: epidemiology, pathogenesis, transmission, diagnosis, and management of multidrug-resistant and incurable tuberculosis. Lancet Respir Med. 2019 Sep;7(9):820-826.

(** = mentee)

Research publications without authorship

1. TB Sequencing Consortium, A first for tuberculosis research in South Africa: whole genome sequence of the South African *Mycobacterium tuberculosis* strain F11 released. South African Journal of Science 2005;101:393-5. (*Principal Investigator)

**Non-peer reviewed scientific or medical publications/materials in print or other media**

1. Kim JY, Mitnick C, Bayona J, Blank R, Nardell E, Mukherjee J, Rich M, Farmer P, Becerra M, **Murray M**. Examining assumptions about multi-drug resistant TB control : round table discussion / Jim Yong Kim ...[et al.]. Bull WHO 2002; 80:498.

2. Ryan ET, **Murray M**. Epidemiology and biostatistics. In: Guerrant RL, Walker DH, Weller PF, editors. Tropical Infectious Diseases: Principles, Pathogens, and Practice. Second Edition. New York: Elsevier; 2005.  p. 11-16.
3. Cave DM, Nardell E, **Murray M**. Molecular epidemiology of *Mycobacterium tuberculosis*. In: Jacobs W, Cole ST, editors. Tuberculosis. Washington DC: ASM Press 2005.
4. **Murray M** and King G. The effects of International Monetary Fund loans on health outcomes.
   PLoS Med 2008;5:e162.
5. **Murray M** and Cohen T.  Extensively drug resistant tuberculosis and HIV/AIDS. In: Kaufmann, SHE, Walker, BD, editors. AIDS-TB: A Deadly Liaison, Weinheim. Wiley-VCH; 2009.
6. **Murray M**. Epidemiology of tuberculosis. In: Raviglione, MC, editor.  Tuberculosis: Fourth Edition, The Essentials.  New York: Informa Healthcare USA, Inc. 2009. p. 23-59.
7. **Murray M**, How Epidemics Happen. Nature Medicine 2010:16: 159.  Book review.
8. Farmer PE, **Murray M**, Hedt-Gauthier B. Clinical Trials and Global Health Equity. The Lancet Global Health Blog; 8 July 2013. Available at:
   http://globalhealth.thelancet.com/2013/07/08/clinical-trials-and-global-health-equity
9. Bonds MH, Garchitorena A, Cordier L, Miller AC, McCarty M, Andriamihaja B, Ratsirarson J, Randrianambinina A, Rabeza VR, Finnegan K, Gillespie T, Wright PA, Farmer PE, Loyd T, **Murray MB**, Herrnstein RM, Herrnstein JR, PIVOT Impact Team, Gikic D, Ouenzar MA, Hall L, Rich ML.  Advancing a Science for Sustaining Health: Establishing a Model Health District in Madagascar.  BioRxiv [Preprint].  [posted 2017 May 30).  Available from:
   https://www.biorxiv.org/content/early/2017/05/30/141549
10. Bloom BR, Atun R, Cohen T, Dye C, Fraser H, Gomez GB, Knight G, **Murray M**, Nardell E, Rubin E, Salomon J, Vassall A, Volchenkov G, White R, Wilson D, Yadav P.  Tuberculosis.  In: Holmes KK, Bertozzi S, Bloom BR, Jha P, editors.  Major Infectious Diseases. 3rd edition. Washington (DC): The International Bank for Reconstruction and Development / The World Bank; 2017 Nov 3.
11. Buckee C, Hedt-Gauthier B, Mahmud A, Martinez P, Tedijanto C, **Murray M**, Khan R, Menkir T, Suliman S, Fosdick B, Cobey S, Rasmussen A, Popescu S, Cevik M, Dada S, Fowkes F, Clapham H, Mordecai E, Hampson K, Majumder M, Wesolowski A, Kuppalli K, Rodriguez Barraquer I, Smith TC, Hodcroft E, Christofferson RC, Cormier SA, Gerardin J, Cowley L, Childs L, Keegan LT, Pitzer V, Oldenburg C.  Women in science are battling COVID-19 and patriarchy at the same time.  Times Higher Ed.  15 May 2020.

**Thesis**


Murray, MB. Problems in the Molecular Epidemiology of Tuberculosis [Dissertation]. Boston (MA): Harvard School of Public Health; 2001.


**Narrative**

Case 1:20-cv-00457-WO-JLW   Document 12-1   Filed 06/05/20   Page 98 of 100

To date, my career has focused on two main areas: advancing progress in tuberculosis management and control and developing research capacity in low and middle-income countries.

My work on tuberculosis has shifted over the past twenty years from a focus on dynamical modeling of TB epidemics to field studies on the bacterial and host determinants of TB infection and disease. Between 2008-2013, I led a multi-disciplinary consortium that studied the impact of drug resistance of the transmission dynamics of tuberculosis in Lima, Peru. This project followed over 18000 people for TB-associated outcomes and has generated data that has allowed my team to also address a range of host and environmental factors that contribute to the transmission and disease burden of TB. More recently, our work in this area has centered on the links between host metabolic and immune function as determinants of the outcome of TB infection. This work, which is funded through an NIH consortium grant which I co-lead with Dr. Branch Moody, is another multi-disciplinary collaboration, this time among immunologists, epidemiologists, geneticists and veterinary pathologists.

My work on drug resistant tuberculosis has also led me to use targeted and whole genome sequencing to study "genomic epidemiology" and to elucidate the genetic basis of drug resistance phenotypes. To date, we have sequenced over 1500 TB strains and have created an innovative data interface tool that allows us to use whole genome data in epidemiologic studies. Currently, we are funded by NIH to identify, collect, archive, sequence and analyze the drug resistance genes in *M. tuberculosis* strains from around the world. These data are then passed to our collaborators who attempt to validate our findings by generating and phenotyping *Mtb* variants and to our industry partners who are developing point of care diagnostic tests to detect drug resistance. I am the PI of this collaborative project which is funded through an NIH Center for Excellence in Translational Research.

In addition to my roles on my grant-funded projects, I am the research director for the Division of Global Health Equity in the Department of Medicine at the Brigham and Women's Hospital and the non-governmental organization, Partners In Health (PIH). In that capacity, I support the research mission of the Global Health Delivery Partnership by building research infrastructure and mentoring junior faculty interested in research careers. At HMS, I lead the Department of Global Health and Social Medicine's "research core," a team of eight epidemiologists, biostatisticians and programmers in the task of identifying and developing research opportunities in affiliation with PIH and other NGO's clinical field sites. Much of this work focuses on developing methods to evaluate the health interventions implemented in these sites and in designing and carrying out studies to conduct such evaluations. Increasingly, our mission has encompassed the training and development of independent researchers from the countries in which we work.

Almost all my academic work has been conducted in the context of training graduate students and post-doctoral fellows. I have directly supervised 39 graduate students or post-doctoral fellows, almost all of whom have published with me. Fourteen of my former trainees have gone

Case 1:20-cv-00457-WO-JLW   Document 12-1   Filed 06/05/20   Page 99 of 100

on to tenure track faculty positions and six have joined international and non-governmental organizations focused on global health. Among many committee assignments, I am particularly proud of my contribution to the Task Force on Women in Science and Engineering which made recommendations that I believe have improved the working lives of many women in science at Harvard. I have served on the Human Subjects Committee at HSPH, co-chaired the Community Engagement Mission of the Strategic Leadership Team at the Brigham and Women's Hospital and led a number of junior and senior faculty searches.