| | |
|---|---|
| DEMOCRACY NORTH CAROLINA, THE LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA, DONNA PERMAR, JOHN P. CLARK, MARGARET B. CATES, LELIA BENTLEY, REGINA WHITNEY EDWARDS, ROBERT K. PRIDDY II, WALTER HUTCHINS, AND SUSAN SCHAFFER,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE NORTH CAROLINA STATE BOARD OF ELECTIONS; DAMON CIRCOSTA, in his official capacity as CHAIR OF THE STATE BOARD OF ELECTIONS; STELLA ANDERSON, in her official capacity as SECRETARY OF THE STATE BOARD OF ELECTIONS; KEN RAYMOND, in his official capacity as MEMBER OF THE STATE BOARD OF ELECTIONS; JEFF CARMON III, in his official capacity as MEMBER OF THE STATE BOARD OF ELECTIONS; DAVID C. BLACK, in his official capacity as MEMBER OF THE STATE BOARD OF ELECTIONS; KAREN BRINSON BELL, in her official capacity as EXECUTIVE DIRECTOR OF THE STATE BOARD OF ELECTIONS; THE NORTH CAROLINA DEPARTMENT OF TRANSPORTATION; J. ERIC BOYETTE, in his official capacity as TRANSPORTATION SECRETARY; THE NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES; MANDY COHEN, in her official capacity as SECRETARY OF HEALTH AND HUMAN SERVICES,<br><br>*Defendants*,<br><br>and | Civil Action<br><br>No. 20-cv-00457<br><br>**<u>LEGISLATIVE DEFENDANTS'</u>**<br>**<u>MOTION TO DISMISS IN PART</u>**<br>**<u>PLAINTIFFS' SECOND AMENDED</u>**<br>**<u>COMPLAINT</u>** |

PHILIP E. BERGER, in his official
capacity as PRESIDENT PRO TEMPORE OF
THE NORTH CAROLINA SENATE; and
TIMOTHY K. MOORE, in his official
capacity as SPEAKER OF THE NORTH
CAROLINA HOUSE OF REPRESENTATIVES,

        *Legislative Defendant-Intervenors.*

**LEGISLATIVE DEFENDANTS' MOTION TO DISMISS
PLAINTIFFS' SECOND AMENDED COMPLAINT IN PART**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Legislative Defendants respectfully move for this Court to dismiss counts 1, 2, 3, and 4 of Plaintiffs' second amended complaint (Doc. 30). The motion should be granted for the reasons stated in the accompanying brief in support.

Dated: July 2, 2020

/s/ Nicole J. Moss
Nicole J. Moss (State Bar No. 31958)
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, NW
Washington, D.C. 20036
(202) 220-9600
nmoss@cooperkirk.com

*Local Civil Rule 83.1 Counsel for Legislative Defendant-Intervenors*

Respectfully submitted,

/s/ David H. Thompson
David H. Thompson
Peter A. Patterson
Steven J. Lindsay*
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, NW
Washington, D.C. 20036
(202) 220-9600
dthompson@cooperkirk.com

*Counsel for Legislative Defendant-Intervenors*

*\*Notice of Appearance Forthcoming*

1

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on the 2nd day of July, 2020, she electronically filed the foregoing Legislative Defendants' Motion To Dismiss in Part Plaintiffs' Second Amended Complaint with the Clerk of the Court using the CM/ECF system, which will send notification of such to all counsel of record in this matter.

/s/ Nicole J. Moss
Nicole J. Moss
