DEMOCRACY NORTH CAROLINA, THE
LEAGUE OF WOMEN VOTERS OF NORTH
CAROLINA, DONNA PERMAR, JOHN P.
CLARK, MARGARET B. CATES, LELIA
BENTLEY, REGINA WHITNEY EDWARDS,
ROBERT K. PRIDDY II, WALTER
HUTCHINS, AND SUSAN SCHAFFER,

        Plaintiffs,

   v.

THE NORTH CAROLINA STATE BOARD OF
ELECTIONS; DAMON CIRCOSTA, in his
official capacity as CHAIR OF THE
STATE BOARD OF ELECTIONS; STELLA
ANDERSON, in her official capacity
as SECRETARY OF THE STATE BOARD OF
ELECTIONS; KEN RAYMOND, in his
official capacity as MEMBER OF THE
STATE BOARD OF ELECTIONS; JEFF
CARMON III, in his official
capacity as MEMBER OF THE STATE
BOARD OF ELECTIONS; DAVID C. BLACK,
in his official capacity as MEMBER
OF THE STATE BOARD OF ELECTIONS;
KAREN BRINSON BELL, in her official
capacity as EXECUTIVE DIRECTOR OF
THE STATE BOARD OF ELECTIONS; THE
NORTH CAROLINA DEPARTMENT OF
TRANSPORTATION; J. ERIC BOYETTE, in
his official capacity as
TRANSPORTATION SECRETARY; THE NORTH
CAROLINA DEPARTMENT OF HEALTH AND
HUMAN SERVICES; MANDY COHEN, in her
official capacity as SECRETARY OF
HEALTH AND HUMAN SERVICES,

        Defendants,

Civil Action No. 20-cv-457

1

PHILIP E. BERGER, in his official
capacity as PRESIDENT PRO TEMPORE
OF THE NORTH CAROLINA SENATE;
TIMOTHY K. MOORE, in his official
capacity as SPEAKER OF THE NORTH
CAROLINA HOUSE OF REPRESENTATIVES,

                    *Defendant-Intervenors.*

## REPLY DECLARATION OF CHRISTOPHER KETCHIE

I, Christopher Ketchie, hereby declare:

1.   All facts set forth herein are based on my
personal knowledge, and if called upon to testify as to the
contents of this Declaration, I could and would do so.

2.   I am a demographer and data analyst for Southern
Coalition for Social Justice, where I specialize in
research, analysis, and spatial visualization of
demographic and electoral data.

3.   This is the second declaration I am submitting in
this matter.

4.   In this matter, I have used public data sets to
isolate certain statistics for reference in the Complaint
and the Brief in Support of Plaintiffs' Motion for
Preliminary Injunction.

5.   To determine the number of registrations received
in the last month before the close of books for the 2016

2

and 2018 North Carolina general elections, I used the *November 8, 2016 and November 6, 2018 Voter Registration Snapshots*, published by the North Carolina State Board of Elections and available at

https://s3.amazonaws.com/dl.ncsbe.gov/data/Snapshots/VR_Snapshot_20161108.zip and

https://s3.amazonaws.com/dl.ncsbe.gov/data/Snapshots/VR_Snapshot_20181106.zip. The data files are accessible by going to https://www.ncsbe.gov/Public-Records-Data-Info/Election-Results-Data, and navigating to "FTP Site" → "data" → "Snapshots" → "VR_Snapshot_20161108.zip" and "VR_Snapshot_20181106.zip". For 2016, I selected all record with "registr_dt" values ranging from 9/14/2016 to 10/14/2016 that did not have "DENIED" or "REMOVED" in the "voter_status_desc" field. The results for 2016 can be found in Exhibit 1. Similarly, for 2018, I selected all records with "registr_dt" values ranging from 9/12/2018 to 10/12/2018 that did not have "DENIED" or "REMOVED" in the "voter_status_desc" field. The results for 2018 can be found in Exhibit 2.

6. To determine the number of Same Day Registrations (SDR) during the early voting periods of the 2016 and 2018

3

North Carolina general elections, I used the *November 8, 2016 and November 6, 2018 Absentee Files*, published by the North Carolina State Board of Elections and available at https://s3.amazonaws.com/dl.ncsbe.gov/ENRS/2016_11_08/absentee_20161108_w_ethnicity.zip and https://s3.amazonaws.com/dl.ncsbe.gov/ENRS/2018_11_06/absentee_20181106_w_ethnicity.zip. The data files are accessible by going to https://www.ncsbe.gov/Public-Records-Data-Info/Election-Results-Data, and navigating to "FTP Site" → "ENRS" → "2016_11_08" → "absentee_20161108_w_ethnicity.zip" and "2018_11_06" → "absentee_20181106_w_ethnicity.zip". For both 2016 and 2018, I selected all records with "sdr" values of "Y", "ballot_req_type" values of "ONE-STOP", and removed records with duplicate "ncid" values. The results of this analysis show that 100,262 individuals took advantage of SDR during the early voting period in 2016, and 45,532 individuals took advantage of SDR during the early voting period in 2018.

7. To determine the percentage breakdown of the reasons for absentee mail-in ballots rejected for the March 2020 North Carolina primary, I used data from the *March 3,*

4

*2020 Absentee File*, published by the North Carolina State Board of Elections and available at https://s3.amazonaws.com/dl.ncsbe.gov/ENRS/2020_03_03/absentee_20200303.zip. This data file is accessible by going to https://www.ncsbe.gov/Public-Records-Data-Info/Election-Results-Data and navigating to "FTP Site" → "ENRS" → "2020_03_03" → "absentee_20200303.zip". I aggregated absentee mail-in ballots by the "ballot_rtn_status" field and divided the total number for each specific ballot rejection reason by the total number of all rejected ballots. These data show at least 41% (1,843) of all rejected mail-in ballots were rejected due to non-compliance with form requirements (not properly notarized, signature different, voter signature missing, and witness info incomplete). However, depending on the interpretation of what a "spoiled" mail-in ballot is, the percentage could be as high as 78% if spoiled ballots (1,705) are included. The full results can be found in Exhibit 3.

8.   To determine the number of registered voters ineligible to use the Online Voter Registration (OVR) system, I used the most recent *DMV ID "No Match" List*, published September 25, 2019, by the North Carolina State

5

Board of Elections and available at

https://s3.amazonaws.com/dl.ncsbe.gov/Requests/ID_no_match_public_09252019.xlsx. The data file is accessible by going to https://www.ncsbe.gov/Public-Records-Data-Info/Election-Results-Data, and navigating to "FTP Site" → "Requests" → "ID_no_match_public_09252019.xlsx". Of the 617,029 registered voters included in this list, 348,838 did not match with any record of having a DMV issued ID. The remaining 268,191 registered voters matched with a record of having a DMV issued ID, however these IDs were expired. Given the limited amount of data contained in this "no match" file, I do not know how many of these registered voters with expired IDs are more than 2 years expired, requiring them to renew in-person at a DMV office. Additionally, I am unaware if not being able to renew online precludes them from using OVR. Therefore, at least 348,838 registered voters are ineligible to use OVR, but this number could be as high as 617,029.

9. To determine the number and percentage of single-person households for each county in North Carolina, I used the *S2501 Occupancy Characteristics Table* from the *2018 ACS 5-year Estimates Dataset*, published by the United States

6

Census Bureau and available at

https://data.census.gov/cedsci/table?g=0400000US37.050000&t id=ACSST5Y2018.S2501&text=S2501&vintage=2018&hidePreview=fa lse&layer=VT_2018_050_00_PY_D1&cid=S2501_C01_001E, and the results can be found in Exhibit 4.

10. To determine the age distribution of single-person households for each county in North Carolina, I used the same dataset from paragraph 9, and the results can be found in Exhibit 5.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 1st day of July, 2020

/s/ _____
Christopher Ketchie

7

# Exhibit 1

| Date | Registrations |
|---|---|
| September 14, 2016 | 5,254 |
| September 15, 2016 | 4,697 |
| September 16, 2016 | 4,667 |
| September 17, 2016 | 960 |
| September 18, 2016 | 403 |
| September 19, 2016 | 6,377 |
| September 20, 2016 | 3,999 |
| September 21, 2016 | 3,837 |
| September 22, 2016 | 4,910 |
| September 23, 2016 | 5,236 |
| September 24, 2016 | 963 |
| September 25, 2016 | 660 |
| September 26, 2016 | 5,758 |
| September 27, 2016 | 7,213 |
| September 28, 2016 | 5,419 |
| September 29, 2016 | 5,622 |
| September 30, 2016 | 6,156 |
| October 1, 2016 | 1,997 |
| October 2, 2016 | 548 |
| October 3, 2016 | 7,668 |
| October 4, 2016 | 7,714 |
| October 5, 2016 | 9,229 |
| October 6, 2016 | 6,793 |
| October 7, 2016 | 7,608 |
| October 8, 2016 | 1,892 |
| October 9, 2016 | 819 |
| October 10, 2016 | 9,252 |
| October 11, 2016 | 11,371 |
| October 12, 2016 | 10,386 |
| October 13, 2016 | 13,921 |
| October 14, 2016 | 45,672 |
| Grand Total | 207,001 |

# Exhibit 2

| Date | Registrations |
|------|--------------|
| September 12, 2018 | 2,164 |
| September 13, 2018 | 1,742 |
| September 14, 2018 | 866 |
| September 15, 2018 | 150 |
| September 16, 2018 | 132 |
| September 17, 2018 | 1,818 |
| September 18, 2018 | 2,389 |
| September 19, 2018 | 2,070 |
| September 20, 2018 | 1,971 |
| September 21, 2018 | 2,362 |
| September 22, 2018 | 351 |
| September 23, 2018 | 119 |
| September 24, 2018 | 3,343 |
| September 25, 2018 | 3,179 |
| September 26, 2018 | 3,772 |
| September 27, 2018 | 3,098 |
| September 28, 2018 | 3,504 |
| September 29, 2018 | 581 |
| September 30, 2018 | 304 |
| October 1, 2018 | 4,819 |
| October 2, 2018 | 3,416 |
| October 3, 2018 | 3,757 |
| October 4, 2018 | 4,614 |
| October 5, 2018 | 4,019 |
| October 6, 2018 | 746 |
| October 7, 2018 | 230 |
| October 8, 2018 | 4,489 |
| October 9, 2018 | 5,785 |
| October 10, 2018 | 5,682 |
| October 11, 2018 | 6,196 |
| October 12, 2018 | 21,500 |
| Grand Total | 99,168 |

# Exhibit 3

| March 3, 2020 Primary Absentee Mail-In Rejected Ballots | | |
|---|---|---|
| Ballot Return Status (Rejected) | # of Rejected Ballots | % of Rejected Ballots |
| DUPLICATE | 6 | 0.13% |
| E-TRANSMISSION FAILURE | 1 | 0.02% |
| NOT PROPERLY NOTARIZED | 13 | 0.29% |
| PENDING | 13 | 0.29% |
| RETURNED AFTER DEADLINE | 800 | 17.64% |
| RETURNED UNDELIVERABLE | 166 | 3.66% |
| SIGNATURE DIFFERENT | 25 | 0.55% |
| SPOILED | 1,705 | 37.60% |
| VOTER SIGNATURE MISSING | 1,543 | 34.03% |
| WITNESS INFO INCOMPLETE | 262 | 5.78% |
| TOTAL | 4,534 | 100.00% |

# Exhibit 4

| County | Occupied Housing Units | Householder Living Alone | Householder Living Alone % |
|--------|------------------------|--------------------------|----------------------------|
| Warren | 7,780 | 2,905 | 37.34% |
| Bertie | 7,976 | 2,953 | 37.02% |
| Washington | 5,073 | 1,869 | 36.84% |
| Buncombe | 107,093 | 36,526 | 34.11% |
| Polk | 9,047 | 3,038 | 33.58% |
| Durham | 123,444 | 40,853 | 33.09% |
| New Hanover | 93,636 | 30,975 | 33.08% |
| Hertford | 8,899 | 2,919 | 32.80% |
| Cumberland | 124,418 | 40,405 | 32.48% |
| Anson | 9,516 | 3,089 | 32.46% |
| Forsyth | 146,685 | 47,136 | 32.13% |
| Swain | 5,443 | 1,749 | 32.13% |
| Bladen | 13,968 | 4,461 | 31.94% |
| Rutherford | 26,345 | 8,362 | 31.74% |
| Pamlico | 5,352 | 1,689 | 31.56% |
| Beaufort | 19,325 | 6,064 | 31.38% |
| Mitchell | 6,361 | 1,992 | 31.32% |
| Columbus | 22,306 | 6,980 | 31.29% |
| Macon | 15,699 | 4,901 | 31.22% |
| Moore | 38,965 | 12,138 | 31.15% |
| Haywood | 26,336 | 8,176 | 31.04% |
| Halifax | 21,116 | 6,539 | 30.97% |
| Tyrrell | 1,631 | 505 | 30.96% |
| Wilson | 32,128 | 9,886 | 30.77% |
| Jackson | 16,642 | 5,112 | 30.72% |
| Richmond | 18,546 | 5,683 | 30.64% |
| Mecklenburg | 403,546 | 123,141 | 30.51% |
| Henderson | 48,281 | 14,725 | 30.50% |
| Pender | 21,766 | 6,625 | 30.44% |
| Guilford | 202,731 | 61,548 | 30.36% |
| Lenoir | 23,121 | 7,004 | 30.29% |
| Chowan | 5,984 | 1,809 | 30.23% |
| Carteret | 29,690 | 8,958 | 30.17% |
| Rockingham | 37,201 | 11,220 | 30.16% |
| Jones | 4,137 | 1,237 | 29.90% |
| Sampson | 23,537 | 7,013 | 29.80% |
| Alamance | 64,059 | 19,046 | 29.73% |
| Graham | 3,288 | 977 | 29.71% |
| Nash | 36,720 | 10,872 | 29.61% |
| Pitt | 69,169 | 20,427 | 29.53% |
| Wilkes | 28,355 | 8,340 | 29.41% |
| Clay | 5,062 | 1,478 | 29.20% |
| Vance | 16,854 | 4,911 | 29.14% |
| Scotland | 13,113 | 3,818 | 29.12% |
| Cherokee | 11,895 | 3,439 | 28.91% |
| Northampton | 8,628 | 2,490 | 28.86% |
| Robeson | 45,969 | 13,155 | 28.62% |

# Exhibit 4

| County | Occupied Housing Units | Householder Living Alone | Householder Living Alone % |
|---|---|---|---|
| Surry | 28,985 | 8,287 | 28.59% |
| Burke | 34,672 | 9,901 | 28.56% |
| Cleveland | 36,882 | 10,517 | 28.52% |
| Craven | 40,871 | 11,622 | 28.44% |
| North Carolina | 3,918,597 | 1,113,548 | 28.42% |
| Watauga | 20,355 | 5,782 | 28.41% |
| Orange | 52,529 | 14,921 | 28.41% |
| Pasquotank | 14,780 | 4,172 | 28.23% |
| Edgecombe | 21,371 | 6,021 | 28.17% |
| Alleghany | 4,746 | 1,335 | 28.13% |
| Dare | 15,441 | 4,311 | 27.92% |
| Yancey | 7,402 | 2,065 | 27.90% |
| Montgomery | 10,411 | 2,902 | 27.87% |
| Wayne | 48,153 | 13,399 | 27.83% |
| Stokes | 19,302 | 5,357 | 27.75% |
| Duplin | 21,781 | 6,013 | 27.61% |
| Avery | 6,587 | 1,816 | 27.57% |
| Martin | 9,471 | 2,611 | 27.57% |
| Yadkin | 15,448 | 4,253 | 27.53% |
| Gaston | 81,494 | 22,393 | 27.48% |
| Caldwell | 32,594 | 8,838 | 27.12% |
| Person | 15,744 | 4,269 | 27.12% |
| Caswell | 9,110 | 2,462 | 27.03% |
| Madison | 8,452 | 2,283 | 27.01% |
| Gates | 4,477 | 1,208 | 26.98% |
| Rowan | 52,301 | 14,078 | 26.92% |
| Ashe | 11,805 | 3,176 | 26.90% |
| Lee | 21,744 | 5,844 | 26.88% |
| Perquimans | 5,919 | 1,590 | 26.86% |
| Randolph | 56,041 | 15,042 | 26.84% |
| Chatham | 28,527 | 7,654 | 26.83% |
| Brunswick | 54,226 | 14,470 | 26.68% |
| Greene | 7,259 | 1,921 | 26.46% |
| Alexander | 13,722 | 3,589 | 26.16% |
| Catawba | 61,099 | 15,790 | 25.84% |
| Wake | 390,498 | 100,691 | 25.79% |
| Stanly | 23,717 | 6,046 | 25.49% |
| Transylvania | 14,123 | 3,596 | 25.46% |
| Davidson | 65,471 | 16,322 | 24.93% |
| Granville | 21,030 | 5,157 | 24.52% |
| Harnett | 45,086 | 11,021 | 24.44% |
| Hoke | 17,722 | 4,324 | 24.40% |
| McDowell | 17,961 | 4,342 | 24.17% |
| Franklin | 24,749 | 5,916 | 23.90% |
| Davie | 15,999 | 3,816 | 23.85% |
| Iredell | 65,246 | 15,223 | 23.33% |
| Onslow | 64,065 | 14,755 | 23.03% |

# Exhibit 4

| County | Occupied Housing Units | Householder Living Alone | Householder Living Alone % |
|--------|------------------------|--------------------------|----------------------------|
| Cabarrus | 72,299 | 16,364 | **22.63%** |
| Johnston | 67,154 | 14,769 | **21.99%** |
| Lincoln | 32,022 | 6,762 | **21.12%** |
| Currituck | 10,148 | 2,000 | **19.71%** |
| Hyde | 1,769 | 316 | **17.86%** |
| Union | 75,165 | 12,464 | **16.58%** |
| Camden | 3,836 | 634 | **16.53%** |

# Exhibit 5

| County | Householder Living Alone | Householder Living Alone (15 to 34) | Householder Living Alone (35 to 64) | Householder Living Alone (65 and over) | Householder Living Alone (15 to 34) % | Householder Living Alone (35 to 64) % | Householder Living Alone (65 and over) % |
|---|---|---|---|---|---|---|---|
| Hyde | 316 | 0 | 130 | 186 | 0.00% | 41.14% | 58.86% |
| Mitchell | 1,992 | 215 | 645 | 1,132 | 10.79% | 32.38% | 56.83% |
| Davie | 3,816 | 218 | 1,442 | 2,156 | 5.71% | 37.79% | 56.50% |
| Macon | 4,901 | 545 | 1,595 | 2,761 | 11.12% | 32.54% | 56.34% |
| Camden | 634 | 37 | 243 | 354 | 5.84% | 38.33% | 55.84% |
| Chowan | 1,809 | 184 | 626 | 999 | 10.17% | 34.60% | 55.22% |
| Chatham | 7,654 | 618 | 2,893 | 4,143 | 8.07% | 37.80% | 54.13% |
| Madison | 2,283 | 195 | 876 | 1,212 | 8.54% | 38.37% | 53.09% |
| Cherokee | 3,439 | 189 | 1,434 | 1,816 | 5.50% | 41.70% | 52.81% |
| Transylvania | 3,596 | 472 | 1,228 | 1,896 | 13.13% | 34.15% | 52.73% |
| Martin | 2,611 | 84 | 1,167 | 1,360 | 3.22% | 44.70% | 52.09% |
| Duplin | 6,013 | 447 | 2,436 | 3,130 | 7.43% | 40.51% | 52.05% |
| Tyrrell | 505 | 20 | 224 | 261 | 3.96% | 44.36% | 51.68% |
| Lenoir | 7,004 | 364 | 3,030 | 3,610 | 5.20% | 43.26% | 51.54% |
| Beaufort | 6,064 | 490 | 2,466 | 3,108 | 8.08% | 40.67% | 51.25% |
| Jones | 1,237 | 48 | 555 | 634 | 3.88% | 44.87% | 51.25% |
| Carteret | 8,958 | 725 | 3,647 | 4,586 | 8.09% | 40.71% | 51.19% |
| Northampton | 2,490 | 166 | 1,050 | 1,274 | 6.67% | 42.17% | 51.16% |
| Bertie | 2,953 | 145 | 1,312 | 1,496 | 4.91% | 44.43% | 50.66% |
| Moore | 12,138 | 1,202 | 4,804 | 6,132 | 9.90% | 39.58% | 50.52% |
| Rutherford | 8,362 | 648 | 3,490 | 4,224 | 7.75% | 41.74% | 50.51% |
| Wilkes | 8,340 | 678 | 3,473 | 4,189 | 8.13% | 41.64% | 50.23% |
| Polk | 3,038 | 221 | 1,292 | 1,525 | 7.27% | 42.53% | 50.20% |
| Montgomery | 2,902 | 196 | 1,252 | 1,454 | 6.75% | 43.14% | 50.10% |
| Pamlico | 1,689 | 156 | 688 | 845 | 9.24% | 40.73% | 50.03% |
| Ashe | 3,176 | 149 | 1,445 | 1,582 | 4.69% | 45.50% | 49.81% |
| Yadkin | 4,253 | 386 | 1,786 | 2,081 | 9.08% | 41.99% | 48.93% |
| Edgecombe | 6,021 | 335 | 2,754 | 2,932 | 5.56% | 45.74% | 48.70% |
| Caswell | 2,462 | 210 | 1,056 | 1,196 | 8.53% | 42.89% | 48.58% |
| Columbus | 6,980 | 766 | 2,835 | 3,379 | 10.97% | 40.62% | 48.41% |
| Haywood | 8,176 | 843 | 3,385 | 3,948 | 10.31% | 41.40% | 48.29% |
| Yancey | 2,065 | 208 | 860 | 997 | 10.07% | 41.65% | 48.28% |
| Surry | 8,287 | 585 | 3,713 | 3,989 | 7.06% | 44.81% | 48.14% |
| Warren | 2,905 | 252 | 1,258 | 1,395 | 8.67% | 43.30% | 48.02% |
| Henderson | 14,725 | 1,234 | 6,427 | 7,064 | 8.38% | 43.65% | 47.97% |
| Scotland | 3,818 | 258 | 1,736 | 1,824 | 6.76% | 45.47% | 47.77% |
| Alexander | 3,589 | 354 | 1,532 | 1,703 | 9.86% | 42.69% | 47.45% |
| Halifax | 6,539 | 453 | 2,991 | 3,095 | 6.93% | 45.74% | 47.33% |
| Sampson | 7,013 | 449 | 3,248 | 3,316 | 6.40% | 46.31% | 47.28% |
| Hertford | 2,919 | 242 | 1,297 | 1,380 | 8.29% | 44.43% | 47.28% |
| Rockingham | 11,220 | 637 | 5,313 | 5,270 | 5.68% | 47.35% | 46.97% |
| Clay | 1,478 | 164 | 621 | 693 | 11.10% | 42.02% | 46.89% |
| Alleghany | 1,335 | 114 | 598 | 623 | 8.54% | 44.79% | 46.67% |
| Stokes | 5,357 | 347 | 2,525 | 2,485 | 6.48% | 47.13% | 46.39% |

# Exhibit 5

| County | Householder Living Alone | Householder Living Alone (15 to 34) | Householder Living Alone (35 to 64) | Householder Living Alone (65 and over) | Householder Living Alone (15 to 34) % | Householder Living Alone (35 to 64) % | Householder Living Alone (65 and over) % |
|---|---|---|---|---|---|---|---|
| Stanly | 6,046 | 570 | 2,676 | 2,800 | 9.43% | 44.26% | 46.31% |
| McDowell | 4,342 | 448 | 1,889 | 2,005 | 10.32% | 43.51% | 46.18% |
| Nash | 10,872 | 984 | 4,895 | 4,993 | 9.05% | 45.02% | 45.93% |
| Burke | 9,901 | 808 | 4,557 | 4,536 | 8.16% | 46.03% | 45.81% |
| Graham | 977 | 76 | 455 | 446 | 7.78% | 46.57% | 45.65% |
| Davidson | 16,322 | 1,411 | 7,488 | 7,423 | 8.64% | 45.88% | 45.48% |
| Richmond | 5,683 | 597 | 2,544 | 2,542 | 10.51% | 44.77% | 44.73% |
| Washington | 1,869 | 116 | 918 | 835 | 6.21% | 49.12% | 44.68% |
| Avery | 1,816 | 247 | 765 | 804 | 13.60% | 42.13% | 44.27% |
| Jackson | 5,112 | 903 | 1,947 | 2,262 | 17.66% | 38.09% | 44.25% |
| Brunswick | 14,470 | 1,309 | 6,769 | 6,392 | 9.05% | 46.78% | 44.17% |
| Anson | 3,089 | 443 | 1,285 | 1,361 | 14.34% | 41.60% | 44.06% |
| Lincoln | 6,762 | 723 | 3,060 | 2,979 | 10.69% | 45.25% | 44.06% |
| Cleveland | 10,517 | 979 | 4,939 | 4,599 | 9.31% | 46.96% | 43.73% |
| Gates | 1,208 | 23 | 659 | 526 | 1.90% | 54.55% | 43.54% |
| Randolph | 15,042 | 1,658 | 6,864 | 6,520 | 11.02% | 45.63% | 43.35% |
| Person | 4,269 | 285 | 2,134 | 1,850 | 6.68% | 49.99% | 43.34% |
| Wilson | 9,886 | 927 | 4,679 | 4,280 | 9.38% | 47.33% | 43.29% |
| Perquimans | 1,590 | 66 | 836 | 688 | 4.15% | 52.58% | 43.27% |
| Greene | 1,921 | 95 | 997 | 829 | 4.95% | 51.90% | 43.15% |
| Caldwell | 8,838 | 665 | 4,367 | 3,806 | 7.52% | 49.41% | 43.06% |
| Bladen | 4,461 | 446 | 2,104 | 1,911 | 10.00% | 47.16% | 42.84% |
| Catawba | 15,790 | 1,971 | 7,063 | 6,756 | 12.48% | 44.73% | 42.79% |
| Alamance | 19,046 | 2,392 | 8,582 | 8,072 | 12.56% | 45.06% | 42.38% |
| Vance | 4,911 | 456 | 2,374 | 2,081 | 9.29% | 48.34% | 42.37% |
| Wayne | 13,399 | 1,565 | 6,180 | 5,654 | 11.68% | 46.12% | 42.20% |
| Lee | 5,844 | 539 | 2,842 | 2,463 | 9.22% | 48.63% | 42.15% |
| Union | 12,464 | 950 | 6,360 | 5,154 | 7.62% | 51.03% | 41.35% |
| Rowan | 14,078 | 1,580 | 6,680 | 5,818 | 11.22% | 47.45% | 41.33% |
| Craven | 11,622 | 1,823 | 5,001 | 4,798 | 15.69% | 43.03% | 41.28% |
| Swain | 1,749 | 227 | 803 | 719 | 12.98% | 45.91% | 41.11% |
| Granville | 5,157 | 429 | 2,611 | 2,117 | 8.32% | 50.63% | 41.05% |
| Gaston | 22,393 | 2,563 | 10,824 | 9,006 | 11.45% | 48.34% | 40.22% |
| Franklin | 5,916 | 546 | 3,004 | 2,366 | 9.23% | 50.78% | 39.99% |
| Pasquotank | 4,172 | 533 | 1,988 | 1,651 | 12.78% | 47.65% | 39.57% |
| Robeson | 13,155 | 1,207 | 6,748 | 5,200 | 9.18% | 51.30% | 39.53% |
| Buncombe | 36,526 | 6,124 | 16,199 | 14,203 | 16.77% | 44.35% | 38.88% |
| Currituck | 2,000 | 136 | 1,094 | 770 | 6.80% | 54.70% | 38.50% |
| Johnston | 14,769 | 1,276 | 7,821 | 5,672 | 8.64% | 52.96% | 38.40% |
| Dare | 4,311 | 437 | 2,221 | 1,653 | 10.14% | 51.52% | 38.34% |
| Iredell | 15,223 | 2,209 | 7,226 | 5,788 | 14.51% | 47.47% | 38.02% |
| Harnett | 11,021 | 1,547 | 5,348 | 4,126 | 14.04% | 48.53% | 37.44% |
| North Carolina | 1,113,548 | 177,977 | 519,450 | 416,121 | 15.98% | 46.65% | 37.37% |
| Cabarrus | 16,364 | 1,721 | 8,585 | 6,058 | 10.52% | 52.46% | 37.02% |

# Exhibit 5

| County | Householder Living Alone | Householder Living Alone (15 to 34) | Householder Living Alone (35 to 64) | Householder Living Alone (65 and over) | Householder Living Alone (15 to 34) % | Householder Living Alone (35 to 64) % | **Householder Living Alone (65 and over) %** |
|---|---|---|---|---|---|---|---|
| Forsyth | 47,136 | 7,853 | 22,260 | 17,023 | 16.66% | 47.23% | **36.11%** |
| Pender | 6,625 | 746 | 3,509 | 2,370 | 11.26% | 52.97% | **35.77%** |
| Guilford | 61,548 | 11,861 | 28,578 | 21,109 | 19.27% | 46.43% | **34.30%** |
| Watauga | 5,782 | 1,628 | 2,172 | 1,982 | 28.16% | 37.56% | **34.28%** |
| New Hanover | 30,975 | 6,316 | 14,141 | 10,518 | 20.39% | 45.65% | **33.96%** |
| Orange | 14,921 | 3,693 | 6,466 | 4,762 | 24.75% | 43.33% | **31.91%** |
| Onslow | 14,755 | 4,262 | 6,186 | 4,307 | 28.89% | 41.92% | **29.19%** |
| Pitt | 20,427 | 5,521 | 8,993 | 5,913 | 27.03% | 44.03% | **28.95%** |
| Cumberland | 40,405 | 10,610 | 18,651 | 11,144 | 26.26% | 46.16% | **27.58%** |
| Wake | 100,691 | 21,474 | 51,611 | 27,606 | 21.33% | 51.26% | **27.42%** |
| Hoke | 4,324 | 721 | 2,463 | 1,140 | 16.67% | 56.96% | **26.36%** |
| Durham | 40,853 | 11,511 | 19,254 | 10,088 | 28.18% | 47.13% | **24.69%** |
| Mecklenburg | 123,141 | 31,522 | 61,407 | 30,212 | 25.60% | 49.87% | **24.53%** |