**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| DEMOCRACY NORTH CAROLINA, THE LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA, DONNA PERMAR, JOHN P. CLARK, MARGARET B. CATES, LELIA BENTLEY, REGINA WHITNEY EDWARDS, ROBERT K. PRIDDY II, WALTER HUTCHINS, AND SUSAN SCHAFFER, <br><br> *Plaintiffs*, <br><br> v. <br><br> THE NORTH CAROLINA STATE BOARD OF ELECTIONS; DAMON CIRCOSTA, in his official capacity as CHAIR OF THE STATE BOARD OF ELECTIONS; STELLA ANDERSON, in her official capacity as SECRETARY OF THE STATE BOARD OF ELECTIONS; KEN RAYMOND, in his official capacity as MEMBER OF THE STATE BOARD OF ELECTIONS; JEFF CARMON III, in his official capacity as MEMBER OF THE STATE BOARD OF ELECTIONS; DAVID C. BLACK, in his official capacity as MEMBER OF THE STATE BOARD OF ELECTIONS; KAREN BRINSON BELL, in her official capacity as EXECUTIVE DIRECTOR OF THE STATE BOARD OF ELECTIONS; THE NORTH CAROLINA DEPARTMENT OF TRANSPORTATION; J. ERIC BOYETTE, in his official capacity as TRANSPORTATION SECRETARY; THE NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES; MANDY COHEN, in her official capacity as SECRETARY OF HEALTH AND HUMAN SERVICES, <br><br> *Defendants*, <br><br> and | Civil Action <br><br> No. 20-cv-00457 <br><br> **<u>LEGISLATIVE DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' JULY 2ND DECLARATIONS</u>** |

PHILIP E. BERGER, in his official
capacity as PRESIDENT PRO TEMPORE OF
THE NORTH CAROLINA SENATE; and
TIMOTHY K. MOORE, in his official
capacity as SPEAKER OF THE NORTH
CAROLINA HOUSE OF REPRESENTATIVES,

*Legislative Defendant-Intervenors.*

## **LEGISLATIVE DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' JULY 2ND DECLARATIONS**

Defendant-Intervenors Philip E. Berger, President Pro Tempore of the North Carolina Senate, and Timothy K. Moore, Speaker of the North Carolina House of Representatives ("Legislative Defendants"), for the reasons set forth in the accompanying brief, respectfully move to strike the declarations submitted by Plaintiffs on July 2, 2020 and for an order requiring Plaintiffs, by July 7, 2020 to refile the reply in support of their motion for a preliminary injunction without references to the stricken declarations and their contents.

In the alternative, to the extent the Court allows any portion of the July 2nd declarations into the record, Legislative Defendants respectfully request (1) leave to depose the authors of such declarations between now and July 17, 2020; (2) leave to file a surreply of no more than 5,000 words, along with rebuttal evidence, by July 21, 2020; and (3) that the Court reschedule the preliminary injunction hearing for July 23, 2020 or as soon thereafter as the matter may be heard.

1

| | |
|---|---|
| Dated: July 6, 2020 | Respectfully submitted, |
| /s/ Nicole J. Moss<br>Nicole J. Moss (State Bar No. 31958)<br>COOPER & KIRK, PLLC<br>1523 New Hampshire Avenue, NW<br>Washington, D.C. 20036<br>(202) 220-9600<br>nmoss@cooperkirk.com<br><br>*Local Civil Rule 83.1 Counsel for Legislative Defendant-Intervenors* | /s/ David H. Thompson<br>David H. Thompson<br>Peter A. Patterson<br>Steven J. Lindsay*<br>COOPER & KIRK, PLLC<br>1523 New Hampshire Avenue, NW<br>Washington, D.C. 20036<br>(202) 220-9600<br>dthompson@cooperkirk.com<br><br>*Counsel for Legislative Defendant-Intervenors*<br><br>*\*Notice of Appearance Forthcoming* |

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on the 6th day of July, 2020, she electronically filed the foregoing Legislative Defendants' Motion To Strike Plaintiffs' July 2nd Declarations with the Clerk of the Court using the CM/ECF system, which will send notification of such to all counsel of record in this matter.

/s/ Nicole J. Moss
Nicole J. Moss