**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| DEMOCRACY NORTH CAROLINA, THE LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA, DONNA PERMAR, JOHN P. CLARK, MARGARET B. CATES, LELIA BENTLEY, REGINA WHITNEY EDWARDS, ROBERT K. PRIDDY II, WALTER HUTCHINS, AND SUSAN SCHAFFER, *Plaintiffs,* vs. THE NORTH CAROLINA STATE BOARD OF ELECTIONS; DAMON CIRCOSTA, in his official capacity as CHAIR OF THE STATE BOARD OF ELECTIONS; STELLA ANDERSON, in her official capacity as SECRETARY OF THE STATE BOARD OF ELECTIONS; KEN RAYMOND, in his official capacity as MEMBER OF THE STATE BOARD OF ELECTIONS; JEFF CARMON III, in his official capacity as MEMBER OF THE STATE BOARD OF ELECTIONS; DAVID C. BLACK, in his official capacity as MEMBER OF THE STATE BOARD OF ELECTIONS; KAREN BRINSON BELL, in her official capacity as EXECUTIVE DIRECTOR OF THE STATE BOARD OF ELECTIONS; THE NORTH CAROLINA DEPARTMENT OF TRANSPORTATION; J. ERIC BOYETTE, in his official capacity as TRANSPORTATION SECRETARY; THE NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES; MANDY COHEN, in her official capacity as SECRETARY OF HEALTH AND HUMAN SERVICES, | Civil Action No. 20-cv-457 |

|  |
|---|
| *Defendants,* |
| PHILIP E. BERGER, in his official capacity as PRESIDENT PRO TEMPORE OF THE NORTH CAROLINA SENATE; TIMOTHY K. MOORE, in his official capacity as SPEAKER OF THE NORTH CAROLINA HOUSE OF REPRESENTATIVES, |
| *Defendant-Intervenors.* |

## **PLAINTIFFS' NOTICE OF WITHDRAWAL IN PART OF AMENDED MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs have requested relief, through their June 18, 2020, Amended Motion for a Preliminary Injunction, to protect their right to vote in the upcoming General Election given the continued threat posed by Covid-19. Doc. 31. In the Amended Motion, Plaintiffs assert, *inter alia*, that North Carolina election laws violate the U.S. Constitution and federal statutes due to restrictions on who is allowed to assist voters in requesting absentee ballots.

Plaintiff Walter Hutchins, who is legally blind and lives in a nursing home, filed a declaration in support of Plaintiffs' Motion for Preliminary Injunction dated June 4, 2020. Hutchins Decl., Doc 11-09 ("Hutchins Declaration"). Plaintiffs will not rely on the words "request and" in the

3

third sentence of paragraph 8, and the second through fourth sentences of paragraph 10 of the Hutchins Declaration. A redline of the Hutchins Declaration reflecting these changes is attached as Exhibit 1. Plaintiffs further will withdraw portions of their Amended Motion for a Preliminary Injunction that sought relief for Plaintiff Hutchins in connection with restrictions on who may assist voters in requesting absentee ballots (*i.e.*, portions of the Amended Motion that concern: a cure procedure for Plaintiff Hutchins regarding absentee ballot request forms only (Counts One and Four) and restrictions applicable to Plaintiff Hutchins on assistance with absentee ballot request forms only (Count Nine)).

Dated: July 8, 2020.                                   Respectfully submitted,

| /s/ *Jon Sherman* | /s/ *Allison Riggs* |
|---|---|
| Jon Sherman | Allison J. Riggs (State |
| D.C. Bar No. 998271 | Bar #40028) |
| Michelle Kanter Cohen | Jeffrey Loperfido (State |
| D.C. Bar No. 989164 | Bar #52939) |
| Cecilia Aguilera | Hilary Klein (State Bar |
| D.C. Bar No. 1617884 | #53711) |
| FAIR ELECTIONS CENTER | Southern Coalition for |
| 1825 K St. NW, Ste. 450 | Social Justice |
| Washington, D.C. 20006 | 1415 West Highway 54, |
| Telephone: (202) 331-0114 | Suite 101 |
| Email: | Durham, NC 27707 |
| jsherman@fairelectionscenter.or | Telephone: 919-323-3380 |

4

| | |
|---|---|
| g<br>mkantercohen@fairelectionscenter.org<br>caguilera@fairelectionscenter.org | Facsimile: 919-323-3942<br>Email:<br>Allison@southerncoalition.org<br>jeff@southerncoalition.org<br>hilaryhklein@scsj.org |

/s/ *George P. Varghese*
George P. Varghese (Pa. Bar No. 94329)
Joseph J. Yu (NY Bar No. 4765392)
Stephanie Lin (MA Bar No. 690909)
Rebecca Lee (DC Bar No. 229651)
Richard A. Ingram (DC Bar No. 1657532)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
Email:
george.varghese@wilmerhale.com
joseph.yu@wilmerhale.com
stephanie.lin@wilmerhale.com
rebecca.lee@wilmerhale.com
rick.ingram@wilmerhale.com

5