**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| DEMOCRACY NORTH CAROLINA, THE LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA, DONNA PERMAR, JOHN P. CLARK, MARGARET B. CATES, LELIA BENTLEY, REGINA WHITNEY EDWARDS, ROBERT K. PRIDDY II, WALTER HUTCHINS, AND SUSAN SCHAFFER, *Plaintiffs*, vs. THE NORTH CAROLINA STATE BOARD OF ELECTIONS; DAMON CIRCOSTA, in his official capacity as CHAIR OF THE STATE BOARD OF ELECTIONS; STELLA ANDERSON, in her official capacity as SECRETARY OF THE STATE BOARD OF ELECTIONS; KEN RAYMOND, in his official capacity as MEMBER OF THE STATE BOARD OF ELECTIONS; JEFF CARMON III, in his official capacity as MEMBER OF THE STATE BOARD OF ELECTIONS; DAVID C. BLACK, in his official capacity as MEMBER OF THE STATE BOARD OF ELECTIONS; KAREN BRINSON BELL, in her official capacity as EXECUTIVE DIRECTOR OF THE STATE BOARD OF ELECTIONS; THE NORTH CAROLINA DEPARTMENT OF TRANSPORTATION; J. ERIC BOYETTE, in his official capacity as TRANSPORTATION SECRETARY; THE NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES; MANDY COHEN, in her official capacity as SECRETARY OF HEALTH AND HUMAN SERVICES, *Defendants*, PHILIP E. BERGER, in his official | Civil Action No. 20-cv-457<br><br>**JOINT NOTICE OF FILING** |

capacity as PRESIDENT PRO TEMPORE
OF THE NORTH CAROLINA SENATE;
TIMOTHY K. MOORE, in his official
capacity as SPEAKER OF THE NORTH
CAROLINA HOUSE OF REPRESENTATIVES,

*Defendant-Intervenors.*

The Parties in this case respectfully submit this Notice of Filing to enter into the record for the Court's consideration exhibits that the Parties have either stipulated can be filed, or that were introduced without objection during the direct or cross-examinations of the witnesses who testified remotely through video-recorded testimony.

Those exhibits are as follows:

I. <u>Plaintiffs</u>:

   a. Plush Virtual Testimony, Ex. 1: *Public Health Guidance for Community-Related Exposure*, Centers for Disease Control and Prevention (Jun. 5, 2020);

   b. Plush Virtual Testimony, Ex. 2: *Coronavirus Disease 2019 (COVID-19) 2020 Interim Case Definition, Approved April 5, 2020*, Centers for Disease Control and Prevention (Apr. 5, 2020);

c. Plush Virtual Testimony, Ex. 3, Murray Virtual Testimony, Ex. 5: *Morbidity and Mortality Weekly Report*, Centers for Disease Control and Prevention (Mar. 6, 2020);

d. Plush Virtual Testimony, Ex. 5: *It is Time to Address Airborne Transmission of COVID-19,* Oxford University Press for the Infectious Diseases Society of America (July 14, 2020);

e. Plush Virtual Testimony, Ex. 6: *The Precautionary Principle Also Applies to Public Health Actions,* The Precautionary Principle and Public Health (Sept. 2001);

f. Plush Virtual Testimony, Ex. 7: *People of Any Age with Underlying Medical Conditions,* Centers for Disease Control and Prevention (June 25, 2020);

g. Plush Virtual Testimony, Ex. 9: *The Relationship Between In-Person Voting and COVID-19: Evidence from the Wisconsin Primary*, National Bureau of Economic Research (May 2020); and

h. Plush Virtual Testimony, Ex. 10: *A Rapid Systematic Review of the Efficacy of Face Masks and Respirators Against Coronaviruses and Other*

3

*Respiratory Transmissible Viruses for the Community, Healthcare Workers and Sick Patients*, International Journal of Nursing Studies (Apr. 21, 2020).

II. <u>Legislative Defendants</u>:

a. Affidavit of Brian Neesby in *North Carolina State Conference of the NAACP*, *et. al. v. Roy Asberry Cooper, III*, et al., No. 18-cv-01034 (M.D.N.C. Oct. 30, 2019);

b. *In the Matter of*: Investigation of Election Irregularities Affecting Counties Within the 9TH Congressional District, Order (N.C. Cty. of Wake March 13, 2019).

Dated: July 20, 2020.     Respectfully submitted,

| /s/Alexander McClure Peters | /s/Allison Riggs |
|---|---|
| Alexander McClure Peters | Allison J. Riggs |
| N.C. Department of Justice | (State Bar #40028) |
| POB 629 | Jeffrey Loperfido |
| Raleigh, NC  27602-0629 | (State Bar #52939) |
| Telephone: 919-716-6913 | Hilary Harris Klein |
| Fax: 919-716-6763 | (State Bar #53711) |
| Email: apeters@ncdoj.gov | Southern Coalition for Social |
| khathcock@ncdoj.gov | Justice |
|  | 1415 West Highway 54 |
| Kathryne E. Hathcock | Suite 101 |
| N.C. Department of Justice | Durham, NC 27707 |
| POB 629 | Telephone: 919-323-3380 |
| Raleigh, NC 27602-0629 | Facsimile: 919-323-3942 |
| Telephone: 919-716-6650 |  |

Fax: 919-716-6708
Email: khathcock@ncdoj.gov

*Counsel for Defendants*

/s/Nicole Jo Moss
Nicole Jo Moss
N.C. Bar. No. 31958
COOPER & KIRK, PLLC
David H. Thompson
Peter A. Patterson
1523 New Hampshire Ave., NW
Washington, D.C. 20036
(202) 220-9600
nmoss@cooperkirk.com
dthompson@cooperkirk.com
ppatterson@cooperkirk.com

*Counsel for Legislative Defendant-Intervenors*

Email:
Allison@southerncoalition.org
jeff@southerncoalition.org
hilaryhklein@scsj.org

/s/*Jon Sherman*
Jon Sherman
D.C. Bar No. 998271
Michelle Kanter Cohen
D.C. Bar No. 989164
Cecilia Aguilera
D.C. Bar No. 1617884
FAIR ELECTIONS CENTER
1825 K St. NW, Ste. 450
Washington, D.C. 20006
Telephone: (202) 331-0114
Email:jsherman@fairelectionscenter.org
mkantercohen@fairelectionscenter.org
caguilera@fairelectionscenter.org

/s/*George P. Varghese*
George P. Varghese
Joseph J. Yu
Stephanie Lin
Rebecca Lee
Richard A. Ingram
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
Email:
george.varghese@wilmerhale.com
joseph.yu@wilmerhale.com
stephanie.lin@wilmerhale.com
rebecca.lee@wilmerhale.com
rick.ingram@wilmerhale.com
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that, on July 20, 2020, I electronically filed the foregoing Notice with the Clerk of the Court using the CM/ECF system.

/s/Nicole J. Moss
Nicole J. Moss