WILMERHALE

July 20, 2020

Joseph J. Yu

+1 212 295 6551 (t)
+1 212 230 8888 (f)
joseph.yu@wilmerhale.com

**By ECF**

The Hon. William L. Osteen, Jr.
United States District Court
L. Richardson Preyer Courthouse
324 W. Market Street
Greensboro, NC 27401-2544

Re: *Democracy North Carolina, et al. v. The North Carolina State Board of Elections, et al.*, No. 20-cv-00457

Dear Judge Osteen:

Please see the Declaration of Gary Bartlett in Support of Virtual Testimony, enclosed as Attachment A.

Sincerely,

Joseph J. Yu

Enclosure

cc: All counsel of record (by ECF)

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007

Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    San Francisco    Washington