AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

League of Woman Voters of NC
v.
NC State Board of Elections

EXHIBIT AND WITNESS LIST

Case Number: 1:20CV457

| | PRESIDING JUDGE William L. Osteen, Jr. | PLAINTIFF'S ATTORNEY J. Klein, A. Riggs | DEFENDANT'S ATTORNEY A. Peters |
| --- | --- | --- | --- |
| | TRIAL DATE(S) July 20, 21 | COURT REPORTER J. Armstrong | COURTROOM DEPUTY K. Welch |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| --- | --- | --- | --- | --- | --- |
| ✓ | | 7/20 | | | Dr. Megan Murray - video testimony 7/17/2020 |
| 1 | | | Video Deposition Exhibits | | Dr. Murray's Declaration (video) |
| 2 | | | | | Reply Declaration (video) |
| 3 | | | | | Airborne Transmission of COVID-19 (video) |
| 4 | | | | | WHO, How is COVID-19 Transmitted (video) |
| 5 | | | | | CDC, Monitoring Persons Exposed to Patients (video) |
| 6 | | | | | Considerations Polling Locations + Voters (video) |
| ✓ | | 7/20 | | | Marshall Sutor - video testimony 7/17/2020 |
| ✓ | | 7/20 | | | Gary Bartlett - video testimony 7/17/2020 |
| ✓ | | 7/21 | | | Gary Bartlett (resumed from 7/20) - video testimony |
| ✓ | | 7/21 | | | Dr. Paul Gronke - Prof. Reed College/Director Early Voting video testimony 7/17/2020 |
| | LD ✓ | 7/21 | | | Dr. Theodore Plush - video testimony 7/17/2020 |
| | SD ✓ | 7/21 | | | Karen Brinson Bell, Executive Director NC State Board of Elections |
| | SD 1 | 7/21 | | 7/22 | Declaration of Ms. Bell |
| | SD 2 | " | | 7/22 | Emergency Order dated 7/17/2020 |
| | SD 6 | " | | 7/22 | Top Memo 2020-11 |

LD - Legislative Defendants
SD - State Defendants

# EXHIBIT AND WITNESS LIST – CONTINUATION

League of Women Voters vs. NC State Board of Elections   CASE NO 1:20CV457

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | SD 3 | 7/21 | 7/21 | 7/22 | Memo sent w/ 15 recommendations re: COVID-19 |
| | SD 4 | | 7/21 | 7/22 2020-12 | Memo 4/23/2020 second primary and election |
| | SD 5 | | " | 7/22 2020-13 | Memo to all 100 counties re: one-stop plans |
| 1 | | | 7/21 | 7/22 | Email to Katelyn Love |
| 2 | | | 7/21 | 7/22 | Letter from Karen B. Bell to Gov. Cooper 4/22/2020 |

Page 2 of ___ Pages