UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Civil Action No. 1:20-cv-457

| | |
|---|---|
| DEMOCRACY NORTH CAROLINA, *et al.*, | )<br>)<br>) |
| Plaintiffs,<br>v. | )<br>)<br>) |
| THE NORTH CAROLINA STATE BOARD OF ELECTIONS; *et al.*, | )<br>)<br>) |
| Defendants, | )<br>) |
| and | )<br>) |
| PHILIP E. BERGER, etc., *et al.*,<br>Intervenors. | )<br>)<br>) |

**NOTICE OF FILING**

**NOW COME** defendants—the North Carolina State Board of Elections; Damon Circosta, in his official capacity as Chair of the State Board of Elections; Stella Anderson, in her official capacity as Secretary of the State Board of Elections; Ken Raymond, Jeff Carmon III, and David C. Black in their official capacity as Members of The State Board of Elections; Karen Brinson Bell, in her official capacity as Executive Director of the State Board of Elections; the North Carolina Department of Transportation; J. Eric Boyette, in his official capacity as Transportation Secretary; the North Carolina Department of Health and Human Services; Mandy Cohen, in her official capacity as Secretary of Health and Human Services (collectively "the State Defendants")—and hereby respond to the Text Order entered by the Court on 24 July 2020 by filing the following documents:

1

1. Ten sample preliminary ballots, with placeholders for races in which party candidates are not yet official, of the 89 ballot styles that will be used in Wake County for the 2020 General Election. (Ex. A.) These ballots styles are representative of the ballot styles that will be used throughout North Carolina for the 2020 General Election.

2. A representative design for the absentee ballot return envelope, this design being for absentee ballots that will be returned to the Buncombe County Board of Elections. (Ex B.)

This, the 27th day of July 2020.

JOSHUA H. STEIN
Attorney General

/s/ Alexander McC. Peters
Alexander McC. Peters
N.C. State Bar No. 13654
Chief Deputy Attorney General
Email: apeters@ncdoj.gov

Kathryne E. Hathcock
N.C. State Bar No. 33041
Assistant Attorney General
Email: khathcock@ncdoj.gov

Neal T. McHenry
N.C. State Bar No. 40995
Assistant Attorney General
Email: nmchenry@ncdoj.gov

N.C. Dept. of Justice
Post Office Box 629
Raleigh, NC 27602
Telephone: (919) 716-6900
Facsimile: (919) 716-6763