FILED: August 26, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1728
(1:20-cv-00457-WO-JLW)

_____

LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA; DEMOCRACY
NORTH CAROLINA; DONNA PERMAR; JOHN P. CLARK; MARGARET B.
CATES; LELIA BENTLEY; REGINA WHITNEY EDWARDS; ROBERT K.
PRIDDY, III; SUSAN SCHAFFER; WALTER HUTCHINS

　　　　　Plaintiffs - Appellees

v.

REPUBLICAN NATIONAL COMMITTEE; NATIONAL REPUBLICAN
SENATORIAL COMMITTEE; NATIONAL REPUBLICAN
CONGRESSIONAL COMMITTEE; REPUBLICAN PARTY OF NORTH
CAROLINA

　　　　　Appellants

and

NORTH CAROLINA STATE BOARD OF ELECTIONS; DAMON CIRCOSTA,
in his official capacity as Chair of the State Board of Elections; STELLA
ANDERSON, in her official capacity of Secretary of the State Board of Elections;
KEN RAYMOND, in his official capacity as member of the State Board of
Elections; JEFF CARMON, III, in his official capacity as member of the State
Board of Elections; KAREN BRINSON BELL, in her official capacity as
Executive Director of the State Board of Elections; NORTH CAROLINA
DEPARTMENT OF TRANSPORTATION; J. ERIC BOYETTE, in his official

capacity as Transportation Secretary; The North Carolina Deparment of Health and Human Services; NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES; MANDY COHEN, in her official capacity as Secretary of Health and Human Resources; DAVID C. BLACK, in his official capacity as member of the State Boards of Elections

            Defendants

and

PHILIP E. BERGER, in his official capacity a President Pro Tempore of the North Carolina Senate; TIMOTHY K. MOORE, in his official capacity as Speaker of the North Carolina House of Representatives

            Intervenors

---

## O R D E R

---

Upon consideration of appellants' unopposed motion to place the appeal in abeyance, the court grants the motion and places this case in abeyance pending the resolution of ongoing district court proceedings.

The parties shall file a status report on September 25, 2020, and every 30 days thereafter, and shall immediately notify this court when the district court proceedings have concluded.

            For the Court

            /s/ Patricia S. Connor, Clerk