# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

DEMOCRACY NORTH CAROLINA,
et al.

      v.                                Civil Action No. 1:20CV457

THE NORTH CAROLINA STATE
BOARD OF ELECTIONS, et al.

# NOTICE OF HEARING

Take notice that a special setting in this case has been **set** as indicated below:

          **PLACE:**    L. Richardson Preyer Bldg.,
                            324 W. Market St., Greensboro, N.C.
**COURTROOM NO:**    # 2
 **DATE AND TIME:**    October 7, 2020 at 2:00 PM
     **PROCEEDING:**    Status Conference

---

John S. Brubaker, Clerk

By:     /s/ Kelly H. Welch, Deputy Clerk

Date:    September 30, 2020

To:     ALL COUNSEL AND/OR PARTIES OF RECORD