FILED:  October 6, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1728
(1:20-cv-00457-WO-JLW)

_____

LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA; DEMOCRACY
NORTH CAROLINA; DONNA PERMAR; JOHN P. CLARK; MARGARET B.
CATES; LELIA BENTLEY; REGINA WHITNEY EDWARDS; ROBERT K.
PRIDDY, II; SUSAN SCHAFFER; WALTER HUTCHINS

Plaintiffs - Appellees

v.

REPUBLICAN NATIONAL COMMITTEE; NATIONAL REPUBLICAN
SENATORIAL COMMITTEE; NATIONAL REPUBLICAN
CONGRESSIONAL COMMITTEE; REPUBLICAN PARTY OF NORTH
CAROLINA

Appellants

and

NORTH CAROLINA STATE BOARD OF ELECTIONS; DAMON CIRCOSTA,
in his official capacity as Chair of the State Board of Elections; STELLA
ANDERSON, in her official capacity of Secretary of the State Board of Elections;
KEN RAYMOND, in his official capacity as member of the State Board of
Elections; JEFF CARMON, III, in his official capacity as member of the State
Board of Elections; KAREN BRINSON BELL, in her official capacity as
Executive Director of the State Board of Elections; NORTH CAROLINA
DEPARTMENT OF TRANSPORTATION; J. ERIC BOYETTE, in his official
capacity as Transportation Secretary; The North Carolina Deparment of Health
and Human Services; NORTH CAROLINA DEPARTMENT OF HEALTH AND
HUMAN SERVICES; MANDY COHEN, in her official capacity as Secretary of
Health and Human Resources; DAVID C. BLACK, in his official capacity as

member of the State Boards of Elections

       Defendants

and

PHILIP E. BERGER, in his official capacity a President Pro Tempore of the
North Carolina Senate; TIMOTHY K. MOORE, in his official capacity as
Speaker of the North Carolina House of Representatives

       Intervenors

—————————————

O R D E R

—————————————

Upon consideration of the motion to voluntarily dismiss this case pursuant to

Rule 42(b) of the Federal Rules of Appellate Procedure, and there appearing no

opposition, the court grants the motion.

       For the Court--By Direction

       /s/ Patricia S. Connor, Clerk