# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DEMOCRACY NORTH CAROLINA, *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> THE NORTH CAROLINA STATE BOARD OF ELECTIONS, *et al.*, <br><br> *Defendants*, <br><br> and <br><br> PHILIP E. BERGER, in his official capacity as President Pro Tempore of the North Carolina Senate, *et al.*, <br><br> *Defendant-Intervenors.* | Civil Action 20-cv-00457 <br><br> **NOTICE OF FILING** |

Defendant-Intervenors Philip E. Berger, in his official capacity as President Pro Tempore of the North Carolina Senate, and Timothy K. Moore, in his official capacity as Speaker of the North Carolina House of Representatives ("Legislative Defendants"), respectfully submit this Notice of Filing to hereby request the Court take notice of the following document that was referenced by Counsel for Defendant-Intervenors in yesterday's hearing:

1. Executive Defendants' Brief in Support of the Joint Motion for Entry of a Consent Judgment, *N.C. Alliance for Retired Ams., et al., v. N.C. State Bd. of Elections, et al.*, No.

1

20 CVS 8881 (Wake Cnty. Super. Ct. Sept. 30, 2020) (attached hereto as Exhibit A).

Dated: October 8, 2020

Respectfully submitted,

/s/ Nicole J. Moss
COOPER & KIRK, PLLC
Nicole J. Moss (State Bar No. 31958)
1523 New Hampshire Avenue, NW
Washington, D.C. 20036
(202) 220-9600
nmoss@cooperkirk.com
*Local Civil Rule 83.1 Counsel for Proposed Intervenors*

/s/ David H. Thompson
COOPER & KIRK, PLLC
David H. Thompson
Peter A. Patterson
Steven J. Lindsay*
1523 New Hampshire Avenue, NW
Washington, D.C. 20036
(202) 220-9600
dthompson@cooperkirk.com
**Notice of Appearance forthcoming*
*Counsel for Proposed Intervenors*

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that, on October 8, 2020, I electronically filed the foregoing Notice with the Clerk of the Court using the CM/ECF system.

/s/ Nicole J. Moss
Nicole J. Moss
