IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
DEMOCRACY NORTH CAROLINA,           )
THE LEAGUE OF WOMEN VOTERS          )
OF NORTH CAROLINA,                  )
DONNA PERMAR, JOHN P. CLARK,        )
MARGARET B. CATES,                  )
LELIA BENTLEY, REGINA WHITNEY       )
EDWARDS, ROBERT K. PRIDDY II,       )
SUSAN SCHAFFER, and                 )
WALTER HUTCHINS,                    )
                                    )
            Plaintiffs,             )
                                    )
    v.                              )         1:20CV457
                                    )
THE NORTH CAROLINA STATE            )
BOARD OF ELECTIONS,                 )
DAMON CIRCOSTA, in his              )
official capacity as CHAIR          )
OF THE STATE BOARD OF               )
ELECTIONS, STELLA ANDERSON,         )
in her official capacity as         )
SECRETARY OF THE STATE              )
BOARD OF ELECTIONS,                 )
KEN RAYMOND, in his official        )
capacity as MEMBER OF THE           )
STATE BOARD OF ELECTIONS,           )
JEFF CARMON, III, in his            )
official capacity as MEMBER         )
OF THE STATE BOARD OF               )
ELECTIONS, DAVID C. BLACK,          )
in his official capacity as         )
MEMBER OF THE STATE BOARD           )
OF ELECTIONS, KAREN BRINSON         )
BELL, in her official               )
capacity as EXECUTIVE               )
DIRECTOR OF THE STATE BOARD         )
OF ELECTIONS, THE NORTH             )
CAROLINA DEPARTMENT OF              )
TRANSPORTATION, J. ERIC             )
BOYETTE, in his official            )
capacity as TRANSPORTATION          )
```

```
SECRETARY, THE NORTH             )
CAROLINA DEPARTMENT OF           )
HEALTH AND HUMAN SERVICES,       )
and MANDY COHEN, in her          )
official capacity as             )
SECRETARY OF HEALTH AND          )
HUMAN SERVICES,                  )
                                 )
            Defendants.          )
                                 )
    and                          )
                                 )
PHILIP E. BERGER, in his         )
official capacity as             )
PRESIDENT PRO TEMPORE OF THE     )
NORTH CAROLINA SENATE, and       )
TIMOTHY K. MOORE, in his         )
official capacity as SPEAKER     )
OF THE NORTH CAROLINA HOUSE      )
OF REPRESENTATIVES,              )
                                 )
        Defendant-Intervenors.   )
```

## ORDER

This matter is before the court on Plaintiffs' Motion for Leave to File a Fourth Amended Complaint, (Doc. 204). Having considered the motion, with the consent of Defendants and Defendant-Intervenors, and for good cause shown, the court will allow the motion. However, to clarify the record, the court will require Plaintiffs to initially file voluntary dismissals as to Plaintiffs and Defendants who are no longer parties to this action.

**IT IS HEREBY ORDERED** that Plaintiffs' motion, (Doc. 204), is **GRANTED** and that Plaintiffs shall have five (5) days from the

- 2 -

date of this Order to file and serve voluntary dismissals as to Plaintiffs and Defendants who are no longer parties to this action. Plaintiffs shall then have five (5) days from the date of the dismissals to file and serve their Fourth Amended Complaint.

**IT IS FURTHER ORDERED** that Defendants shall have up to and including twenty-eight (28) days after service of the Fourth Amended Complaint is file responsive pleadings.

This the 6th day of July, 2021.

_____
United States District Judge