**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| DEMOCRACY NORTH CAROLINA, THE LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA, JOHN P. CLARK, LELIA BENTLEY, REGINA WHITNEY EDWARDS, ROBERT K. PRIDDY II, WALTER HUTCHINS, AND SUSAN SCHAFFER, <br><br> *Plaintiffs,* <br><br> *vs.* <br><br> THE NORTH CAROLINA STATE BOARD OF ELECTIONS; DAMON CIRCOSTA, in his official capacity as CHAIR OF THE STATE BOARD OF ELECTIONS; STELLA ANDERSON, in her official capacity as SECRETARY OF THE STATE BOARD OF ELECTIONS; STACY EGGERS IV, in his official capacity as MEMBER OF THE STATE BOARD OF ELECTIONS; JEFF CARMON III, in his official capacity as MEMBER OF THE STATE BOARD OF ELECTIONS; TOMMY TUCKER, in his official capacity as MEMBER OF THE STATE BOARD OF ELECTIONS; KAREN BRINSON BELL, in her official capacity as EXECUTIVE DIRECTOR OF THE STATE BOARD OF ELECTIONS, <br><br> *Defendants,* <br><br> PHILIP E. BERGER, in his official capacity as PRESIDENT PRO TEMPORE OF THE NORTH CAROLINA SENATE; TIMOTHY K. MOORE, in his official capacity as SPEAKER OF THE NORTH CAROLINA HOUSE OF REPRESENTATIVES, <br><br> *Defendant-Intervenors.* | Civil Action No. 20-cv-457 <br><br> **RULE 25 STATEMENT NOTING DEATH** |

Plaintiffs suggest upon the record, pursuant to Rule 25(a), the death of Plaintiff Walter Hutchins during the pendency of this action. Counsel for Plaintiffs today learned of Mr. Hutchins' passing, which occurred on March 7, 2022.

Dated: March 15, 2022.

Respectfully submitted,

>*/s/ Hilary H. Klein*
>Allison J. Riggs
>(State Bar #40028)
>Jeffrey Loperfido (State Bar #52939)
>Hilary H. Klein (State Bar #53711)
>Southern Coalition for Social Justice
>1415 West Highway 54
>Suite 101
>Durham, NC 27707
>Telephone: 919-323-3380
>Facsimile: 919-323-3942
>Email: Allison@southerncoalition.org
>jeff@southerncoalition.org
>hilaryhklein@scsj.org
>
>*/s/ Jon Sherman*
>Jon Sherman
>D.C. Bar No. 998271
>Michelle Kanter Cohen
>D.C. Bar No. 989164
>Cecilia Aguilera
>D.C. Bar No. 1617884
>FAIR ELECTIONS CENTER
>1825 K St. NW, Ste. 450
>Washington, D.C. 20006
>Telephone: (202) 331-0114
>Email:jsherman@fairelectionscenter.org
>mkantercohen@fairelectionscenter.org

caguilera@fairelectionscenter.org

/s/ *George P. Varghese*
George P. Varghese
Stephanie Lin
Rebecca Lee

WILMER CUTLER PICKERING HALE AND DORR LLP

60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
Email:
george.varghese@wilmerhale.com
stephanie.lin@wilmerhale.com
rebecca.lee@wilmerhale.com

*Counsel for Plaintiffs*