# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DEMOCRACY NORTH CAROLINA, THE LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA, JOHN P. CLARK, LELIA BENTLEY, REGINA WHITNEY EDWARDS, ROBERT K. PRIDDY II, WALTER HUTCHINS, and SUSAN SCHAFFER,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE NORTH CAROLINA STATE BOARD OF ELECTIONS; DAMON CIRCOSTA, in his official capacity as CHAIR OF THE STATE BOARD OF ELECTIONS; STELLA ANDERSON, in her official capacity as SECRETARY OF THE STATE BOARD OF ELECTIONS; STACY EGGERS IV, in his official capacity as MEMBER OF THE STATE BOARD OF ELECTIONS; JEFF CARMON III, in his official capacity as MEMBER OF THE STATE BOARD OF ELECTIONS; TOMMY TUCKER, in his official capacity as MEMBER OF THE STATE BOARD OF ELECTIONS; and KAREN BRINSON BELL, in her official capacity as EXECUTIVE DIRECTOR OF THE STATE BOARD OF ELECTIONS,<br><br>*Defendants*,<br><br>and<br><br>PHILIP E. BERGER, in his official capacity as PRESIDENT PRO TEMPORE OF THE NORTH CAROLINA SENATE, and TIMOTHY K. MOORE, in his official capacity as SPEAKER OF THE NORTH CAROLINA HOUSE OF REPRESENTATIVES,<br><br>*Legislative Defendant-Intervenors*. | Civil Action<br><br>No. 20-cv-00457<br><br>**UNOPPOSED MOTION TO DISMISS COUNT THREE OF PLAINTIFFS' FOURTH AMENDED COMPLAINT AND BRIEF IN SUPPORT** |

Pursuant to Federal Rule of Civil Procedure 12(b)(1), Defendant-Intervenors Philip E. Berger, in his official capacity as President Pro Tempore of the North Carolina Senate, and Timothy K. Moore, in his official capacity as Speaker of the North Carolina House of Representatives ("Legislative Defendants"), together with the State Board Defendants, move to dismiss Count Three of the operative Fourth Amendment Complaint. Plaintiffs do not oppose this Motion.

Count Three alleges a claim for declaratory and injunctive relief under Section 208 of the Voting Rights Act, 52 U.S.C. § 10508. *See* Fourth Am. Compl., Doc. 208, ¶¶ 55-62 (July 8, 2021). As the Court noted in its recent opinion, "only Plaintiff Hutchins' standing is relevant as to the Section 208 claim." Mem. Op. & Order, Doc. 224, at 34 n.8 (Mar. 10, 2022). With Plaintiff Hutchins' passing, *see* Rule 25 Statement Noting Death, Doc. 225 (Mar. 15, 2022), the Section 208 claim is now moot and Count Three must be dismissed. *See, e.g.*, *Wicomico Nursing Home v. Padilla*, 910 F.3d 739, 749 (4th Cir. 2018).

Plaintiffs' position: Plaintiffs do not oppose this motion to dismiss. Counsel for Plaintiff further notes that they understand their attorney-client relationship with Mr. Hutchins terminated upon his passing and thus they are unable to voluntarily dismiss his claim. *See Coppinger v. Schantag*, No. DKC 2005-2380, 2006 U.S. Dist. LEXIS 222 (D. Md. Jan 5. 2006). Counsel for Plaintiff also

1

understand that Mr. Hutchins' claim for permanent injunctive relief pursuant to Section 208 of the Voting Rights Act extinguished upon his passing, and thus is not appropriate for substitution by his estate or executor. *See* N.C.G.S. § 28A-18-1(b)(3) (stating rights of action do not survive where the relief sought could not be enjoyed, or granting it would be nugatory after death); *Brown v. Town of Cary*, 706 F.3d 294, 299-300 (4th Cir. 2013) (holding where a federal statute does not provide for survival of claims, courts consult the law of the forum state to determine whether the claim survives).

Legislative and State Board Defendants therefore request that the Court dismiss Count Three of the Fourth Amended Complaint.

Dated: March 21, 2022                   Respectfully submitted,

/s/ Nicole J. Moss                      /s/ David H. Thompson
Nicole J. Moss (State Bar No. 31958)    David H. Thompson
                                        Peter A. Patterson
COOPER & KIRK, PLLC                     COOPER & KIRK, PLLC
1523 New Hampshire Avenue, NW           1523 New Hampshire Avenue, NW
Washington, D.C. 20036                  Washington, D.C. 20036
(202) 220-9600                          (202) 220-9600
nmoss@cooperkirk.com                    dthompson@cooperkirk.com
                                        ppatterson@cooperkirk.com

*Local Civil Rule 83.1 Counsel*
*for Legislative Defendant-*            *Counsel for Legislative*
*Intervenors*                           *Defendant-Intervenors*


/s/ Terence Steed
Terence Steed
N.C. State Bar No. 52809
Special Deputy Attorney General
Email: tsteed@ncdoj.gov

N.C. Dept. of Justice
Post Office Box 629
Raleigh, NC 27602
Telephone: (919) 716-6900
Facsimile: (919) 716-6763

*Counsel for State Board*
*Defendants*

3

**CERTIFICATE OF WORD COUNT**

Pursuant to Local Rule 7.3(d)(1), the undersigned counsel hereby certifies that the foregoing Motion and Brief in Support, including body, headings, and footnotes, contains 351 words as measured by Microsoft Word.

/s/ Nicole J. Moss
Nicole J. Moss

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on the 21st day of March, 2022, she electronically filed the foregoing Motion and Brief in Support with the Clerk of the Court using the CM/ECF system, which will send notification of such to all counsel of record in this matter.

/s/ Nicole J. Moss
Nicole J. Moss
